UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SVETLANA KOKAREVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER,<br><br>Defendants. | Case No.  4:19-cv-00509<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF LOUIS MAURO AND DANIEL LILIENFELD FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL |
| DANIEL LILIENFELD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER,<br><br>Defendants. | Case No.  4:19-cv-01064 |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Louis Mauro and Daniel Lilienfeld (collectively, "Mauro and Lilienfeld"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Mauro and Lilienfeld's motion for consolidation, appointment as Lead Plaintiffs for the Class and approval of their selections of Pomerantz as Lead Counsel and The Briscoe Law Firm, PLLC ("BLF") as Liaison Counsel for the Class.

1

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

        Exhibit A:      Press release published on February 14, 2019, announcing the pendency of the first filed above-captioned action;

        Exhibit B:      Shareholder Certifications executed by Mauro and Lilienfeld;

        Exhibit C:      Loss chart of Mauro and Lilienfeld;

        Exhibit D:      Firm resume of Pomerantz; and

        Exhibit E:      Firm resume of BLF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 15, 2019, at New York, New York.

                                */s/ Jeremy A. Lieberman*
                                Jeremy A. Lieberman

## CERTIFICATE OF SERVICE

This is to certify that on April 15, 2019, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman