# EXHIBIT C

**Bristow Group, Inc. (BRS)**
**Class Period: Feb 08, 2018 through Feb 12, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 59-Day* Mean Price $1.2210 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mauro, Louis | 1/25/2019 | 300 | $4.1825 | ($1,255) | 2/4/2019 | (100) | $3.1300 | $313 | | | |
| Mauro, Louis | 1/25/2019 | 1,711 | $4.1850 | ($7,161) | 2/4/2019 | (900) | $3.1200 | $2,808 | | | |
| Mauro, Louis | 1/25/2019 | 2,589 | $4.1899 | ($10,848) | 2/11/2019 | (1,600) | $3.0000 | $4,800 | | | |
| Mauro, Louis | 1/25/2019 | 2,300 | $4.1600 | ($9,568) | 2/11/2019 | (3,400) | $3.0000 | $10,200 | | | |
| Mauro, Louis | 1/25/2019 | 1,100 | $4.1600 | ($4,576) | 2/11/2019 | (100) | $3.0000 | $300 | | | |
| Mauro, Louis | 1/25/2019 | 100 | $4.1500 | ($415) | 2/11/2019 | (5,000) | $3.0000 | $15,000 | | | |
| Mauro, Louis | 1/25/2019 | 100 | $4.1500 | ($415) | 2/11/2019 | (10,000) | $3.0000 | $30,000 | | | |
| Mauro, Louis | 1/25/2019 | 100 | $4.1500 | ($415) | 2/12/2019 | (3,000) | $1.8500 | $5,550 | | | |
| Mauro, Louis | 1/25/2019 | 400 | $4.1500 | ($1,660) | 2/12/2019 | (5,000) | $1.8500 | $9,250 | | | |
| Mauro, Louis | 1/25/2019 | 300 | $4.1500 | ($1,245) | 2/12/2019 | (8,000) | $1.8300 | $14,640 | | | |
| Mauro, Louis | 1/25/2019 | 100 | $4.1500 | ($415) | 2/12/2019 | (10,000) | $1.8300 | $18,300 | | | |
| Mauro, Louis | 1/25/2019 | 2,763 | $4.0000 | ($11,052) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 1,237 | $4.0000 | ($4,948) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 7,500 | $4.0900 | ($30,675) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 6,500 | $4.0000 | ($26,000) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 8,500 | $4.0000 | ($34,000) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 4,777 | $4.1600 | ($19,872) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 4,023 | $4.1000 | ($16,494) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 1,300 | $4.1300 | ($5,369) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 900 | $4.1500 | ($3,735) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 300 | $4.1300 | ($1,239) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 100 | $4.0900 | ($409) | | | | | | | |
| Mauro, Louis | 1/25/2019 | 100 | $4.1600 | ($416) | | | | | | | |
| **Mauro, Louis** | | **47,100** | | **($192,182)** | | **(47,100)** | | **$111,161** | **47,100** | | **($81,021)** |
| Lilienfeld, Daniel | 11/14/2018 | 1,000 | $6.8549 | ($6,855) | | | | | | | |
| Lilienfeld, Daniel | 11/14/2018 | 500 | $6.8550 | ($3,428) | | | | | | | |
| Lilienfeld, Daniel | 11/15/2018 | 700 | $7.1750 | ($5,023) | | | | | | | |
| Lilienfeld, Daniel | 11/21/2018 | 806 | $6.2001 | ($4,997) | | | | | | | |
| Lilienfeld, Daniel | 11/27/2018 | 1,000 | $4.2650 | ($4,265) | | | | | | | |
| **Lilienfeld, Daniel** | | **4,006** | | **($24,567)** | | | | | **4,006** | **$4,891** | **($19,676)** |
| Summary | | | | | | | | | | | |
| Mauro, Louis | | 47,100 | | ($192,182) | | (47,100) | | $111,161 | 47,100 | | ($81,021) |
| Lilienfeld, Daniel | | 4,006 | | ($24,567) | | 0 | | $0 | 4,006 | | ($19,676) |
| **Total** | | **51,106** | | **($216,749)** | | **(47,100)** | | **$111,161** | **51,106** | | **($100,697)** |

Average Closing Prices from Feb 13 to April 12