# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SVETLANA KOKAREVA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, <br><br> Defendants. | Case No.: 4:19-cv-00509 (KPE) |
| DANIEL LILIENFELD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, <br><br> Defendants. | Case No.: 4:19-cv-01064 (EW) |

**MOTION OF THE BRS INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

Meridian Investments I, LLC ("Meridian"), Andrew Abernathey, Jay Abernathey, and Guy Abernathey (collectively, the "BRS Investor Group" or "Movant") respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (i) consolidating the above-captioned actions; (ii) appointing the BRS Investor Group as Lead Plaintiff; (iii) approving its selection of Kirby McInerney LLP ("Kirby McInerney") and Susman Godfrey L.L.P ("Susman Godfrey") as Lead Counsel for the proposed class; and (iv) for any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that the BRS Investor Group believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the BRS Investor Group believes that it has the "largest financial interest" in the relief sought by the class in this action by virtue of, among other things, the approximately $2,931,823.05 in losses that the BRS Investor Group suffered on its investment in Bristow Group Inc.'s common stock. The BRS Investor Group also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other class members' claims and because it will fairly and adequately represent the interests of the class.

This Motion is based upon this Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Barry Barnett and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

This Motion is filed pursuant to the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff; consequently, at this time Movant's counsel has no way of knowing which class members, if any, are filing competing lead plaintiff motions. As a result, Movant's

counsel has been unable to conference with opposing counsel as prescribed in Local Rule 7.1D, and respectfully requests that the conference requirement of Local Rule 7.1D be waived for this motion.

WHEREFORE, the BRS Investor Group respectfully requests that the Court: (i) consolidate the above-captioned actions; (ii) appoint the BRS Investor Group as Lead Plaintiff pursuant to the PSLRA; (iii) approve its selection of Kirby McInerney and Susman Godfrey as Lead Counsel for the proposed class; and (iv) grant such other further relief as the Court may deem just and proper.

Dated: April 15, 2019

By: */s/ Barry Barnett*
Barry Barnett
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: 302-504-4957
Email: bbarnett@susmangodfrey.com

Ira M. Press
Thomas W. Elrod
**KIRBY McINERNEY LLP**
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Email: ipress@kmllp.com
       telrod@kmllp.com

*Counsel for Lead Plaintiff Movant BRS Investor Group and Proposed Lead Counsel for the Class*

2