## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SVETLANA KOKAREVA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER,<br><br>Defendants. | Case No.: 4:19-cv-00509 (KPE) |
| DANIEL LILIENFELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER,<br><br>Defendants. | Case No.: 4:19-cv-01064 (EW) |

**DECLARATION OF BARRY BARNETT IN SUPPORT OF THE MOTION OF THE BRS INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Barry Barnett, hereby declare as follows:

1.    I am a partner in Susman Godfrey L.L.P., counsel for Lead Plaintiff Movants Meridian Investments I, LLC ("Meridian"), Andrew Abernathey, Jay Abernathey, and Guy Abernathey (collectively, the "BRS Investor Group" or "Movant") and proposed Lead Counsel for the class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion to consolidate the above-captioned cases, to appoint Movant to serve as Lead Plaintiff on behalf of the putative class in the Consolidated Action, and to approve Movant's selection of Kirby McInerney LLP and Susman Godfrey L.L.P. as Lead Counsel. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Press release published February 14, 2019, on *Business Wire*, announcing the pendency of the action filed by Glancy Prongay & Murray LLP against Defendants herein.

Exhibit B: Certifications of the BRS Investor Group.

Exhibit C: Table of the calculated losses incurred by members of the BRS Investor Group as a result of transactions in Bristow Group Inc. securities.

Exhibit D: Firm résumé of Kirby McInerney LLP.

Exhibit E: Firm résumé of Susman Godfrey L.L.P.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on April 15, 2019.

/s/ *Barry Barnett*
Barry Barnett

1