# EXHIBIT A





# Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Bristow Group Inc. Investors (BRS)

February 14, 2019 07:46 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of Texas, captioned *Kokareva v. Bristow Group Inc. et al.*, (Case No. 4:19-cv-00509), on behalf of persons and entities that purchased or otherwise acquired Bristow Group Inc. (NYSE: BRS) ("Bristow" or the "Company") securities between **February 8, 2018 and February 12, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, at 310-201-9150, Toll-Free at 888-773-9224, or by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com.

On February 11, 2019, the Company disclosed that it "did not have adequate monitoring control processes in place related to non-financial covenants within certain of its secured financing and lease agreements." The same day, the Company announced that it had terminated its agreement to purchase Columbia Helicopters, Inc. On this news, the Company's share price fell $1.22 per share, or nearly 40%, to close at $1.84 per share on February 12, 2019, on unusually heavy trading volume.

Then on February 12, 2019, the Company filed a Form 8-K with the SEC to announce: (i) that it had terminated its agreement to purchase Columbia Helicopters, Inc.; and (ii) that Jonathan E. Baliff would retire as Chief Executive Officer and would resign from the Board of Directors, effective February 28, 2019. On this news, the Company's share price fell $0.64, or nearly 35%, to close at $1.20 per share on February 13, 2019, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company lacked adequate monitoring processes related to non-financial covenants within its secured financing and lease agreements; (2) that, as a result, the Company could not reasonably assure compliance with certain non-financial covenants; (3) that, as a result, the Company was reasonably likely to breach certain agreements; (4) that, as a result, the Company had understated its short-term debt; (5) the required corrections would materially impact financial statements; (6) that there was a material weakness in the Company's internal controls over financial reporting; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Bristow securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay and Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
www.glancylaw.com
shareholders@glancylaw.com

## #Hashtags

#INVESTORS    #FRAUD    #CLASSACTION

## $Cashtags

$BRS