# EXHIBIT B

## CERTIFICATATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Andrew Abernathey, on behalf of Meridian Investments I, LLC ("Meridian"), declares, as to the claims asserted under the federal securities laws, that:

1.      I am the President of Meridian.  I have reviewed the complaint filed in the action *Kokareva v. Bristow Group, Inc., et al.*, No. 19 Civ. 00509 (S.D. Tex.) (the "class action") and have authorized counsel to seek Meridian's appointment as lead plaintiff in the class action. Meridian has retained the law firm of Kirby McInerney LLP, and as such co-counsel as it deems appropriate to associate with, to pursue this action on a contingent fee basis.

2.      Meridian did not purchase Bristow Group, Inc. ("BRS") securities at the direction of Kirby McInerney LLP or in order to participate in this private action.

3.      Meridian am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Meridian's transactions in BRS securities during the class period, set forth in the class action complaint, are set forth on the attached Schedule A.

5.      During the three years prior to the date of this certification, Meridian has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

6.      Meridian will not accept payment for serving as a representative party on behalf of the class beyond its pro rata share of any class recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of February 2019.

2/19/2019

Andrew Abernathey
President
*Meridian Investments, LLC*

**SCHEDULE A**

Class Period Transactions of Meridian Investments I, LLC
in Bristow, Group Inc. ("BRS") Securities:

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 5/29/2018 | Purchase | 2,305 | $12.58 |
| 5/29/2018 | Purchase | 1,000 | $12.73 |
| 5/29/2018 | Purchase | 9,487 | $12.92 |
| 5/29/2018 | Purchase | 20,075 | $12.84 |
| 5/29/2018 | Purchase | 984 | $12.90 |
| 5/29/2018 | Purchase | 5,700 | $12.98 |
| 5/29/2018 | Purchase | 2,000 | $13.00 |
| 5/29/2018 | Purchase | 10,930 | $12.96 |
| 5/29/2018 | Purchase | 14,850 | $12.99 |
| 5/29/2018 | Purchase | 9,118 | $13.01 |
| 5/29/2018 | Purchase | 7,876 | $13.01 |
| 5/29/2018 | Purchase | 46,158 | $12.88 |
| 5/29/2018 | Purchase | 65,842 | $12.99 |
| 8/3/2018 | Purchase | 9,785 | $12.28 |
| 8/3/2018 | Purchase | 26,937 | $12.34 |
| 8/3/2018 | Purchase | 12,278 | $12.36 |
| 8/3/2018 | Purchase | 4,678 | $12.36 |
| 8/6/2018 | Purchase | 2,400 | $11.44 |
| 8/6/2018 | Purchase | 31,928 | $11.71 |
| 8/7/2018 | Purchase | 33,230 | $11.85 |
| 11/14/2018 | Sale | 16,200 | $6.77 |
| 11/14/2018 | Sale | 19,000 | $6.74 |
| 11/14/2018 | Sale | 12,137 | $6.73 |
| 11/16/2018 | Sale | 8,000 | $6.72 |
| 11/16/2018 | Sale | 168 | $6.71 |
| 11/20/2018 | Sale | 32,200 | $6.05 |
| 11/20/2018 | Sale | 385 | $6.02 |
| 11/23/2018 | Sale | 37,800 | $4.40 |
| 11/23/2018 | Sale | 4,600 | $4.39 |
| 11/23/2018 | Sale | 4,600 | $4.39 |
| 11/23/2018 | Sale | 10,600 | $4.38 |
| 11/23/2018 | Sale | 800 | $4.36 |
| 11/23/2018 | Sale | 2,200 | $4.35 |
| 11/23/2018 | Sale | 2,200 | $4.35 |
| 11/23/2018 | Sale | 2,200 | $4.35 |
| 11/23/2018 | Sale | 200 | $4.35 |
| 11/23/2018 | Sale | 200 | $4.35 |

| 11/23/2018 | Sale | 200 | $4.35 |
|---|---|---|---|
| 11/23/2018 | Sale | 200 | $4.35 |
| 11/23/2018 | Sale | 600 | $4.34 |
| 11/23/2018 | Sale | 200 | $4.35 |
| 11/23/2018 | Sale | 25,600 | $4.33 |
| 11/23/2018 | Sale | 200 | $4.35 |
| 11/23/2018 | Sale | 4,200 | $4.34 |
| 11/23/2018 | Sale | 1,664 | $4.34 |
| 11/23/2018 | Sale | 200 | $4.34 |
| 11/23/2018 | Sale | 1,800 | $4.29 |
| 11/23/2018 | Sale | 3,329 | $4.28 |
| 11/23/2018 | Sale | 589 | $4.26 |
| 11/27/2018 | Sale | 10,858 | $3.81 |
| 11/27/2018 | Sale | 2,511 | $3.79 |
| 11/27/2018 | Sale | 46,631 | $3.75 |
| 12/3/2018 | Sale | 6,000 | $4.12 |
| 12/3/2018 | Sale | 3,036 | $4.12 |
| 12/4/2018 | Purchase | 9,000 | $4.09 |
| 12/4/2018 | Purchase | 1,000 | $4.09 |
| 12/4/2018 | Purchase | 500 | $4.12 |
| 1/10/2019 | Purchase | 72,700 | $3.20 |

## CERTIFICATATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Andrew Abernathey declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint filed in the action *Kokareva v. Bristow Group, Inc., et al.*, No. 19 Civ. 00509 (S.D. Tex.) and have authorized counsel to seek my appointment as lead plaintiff in the class action.  I retain the law firm of Kirby McInerney LLP, and as such co-counsel as it deems appropriate to associate with, to pursue this action on a contingent fee basis.

2.      I did not purchase Bristow Group, Inc. ("BRS") securities at the direction of Kirby McInerney LLP or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in BRS securities during the class period, set forth in the class action complaint, are set forth on the attached Schedule A.

5.      During the three years prior to the date of this certification, I have not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

6.      I will not accept payment for serving as a representative party on behalf of the class beyond my pro rata share of any class recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of February 2019.

2/26/2019                          _____
                                             Andrew Abernathey

**SCHEDULE A**

Class Period Transactions of Andrew Abernathey in Bristow Group, Inc. ("BRS") Securities:

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 5/10/2018 | Sale | 2 | $17.56 |
| 5/10/2018 | Sale | 100 | $17.56 |
| 5/10/2018 | Sale | 200 | $17.56 |
| 5/10/2018 | Sale | 491 | $17.56 |
| 5/29/2018 | Purchase | 20 | $12.60 |
| 5/29/2018 | Purchase | 80 | $12.60 |
| 5/29/2018 | Purchase | 100 | $12.60 |
| 5/29/2018 | Purchase | 200 | $12.60 |
| 5/29/2018 | Purchase | 500 | $12.60 |
| 5/29/2018 | Purchase | 1,100 | $12.60 |
| 5/29/2018 | Sale | 300 | $12.55 |
| 6/1/2018 | Purchase | 5 | $11.88 |
| 6/1/2018 | Purchase | 15 | $11.88 |
| 6/1/2018 | Purchase | 85 | $11.83 |
| 6/1/2018 | Purchase | 95 | $11.88 |
| 6/1/2018 | Purchase | 95 | $11.88 |
| 6/1/2018 | Purchase | 95 | $11.88 |
| 6/1/2018 | Purchase | 95 | $11.88 |
| 6/1/2018 | Purchase | 100 | $11.83 |
| 6/1/2018 | Purchase | 100 | $11.83 |
| 6/1/2018 | Purchase | 100 | $11.83 |
| 8/7/2018 | Purchase | 1,150 | $11.84 |
| 8/10/2018 | Purchase | 146 | $11.35 |
| 8/10/2018 | Purchase | 500 | $11.35 |
| 8/10/2018 | Purchase | 500 | $11.35 |

## CERTIFICATATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Jay Abernathey declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint filed in the action *Kokareva v. Bristow Group, Inc., et al.*, No. 19 Civ. 00509 (S.D. Tex.) and have authorized counsel to seek my appointment as lead plaintiff in the class action.  I retain the law firm of Kirby McInerney LLP, and as such co-counsel as it deems appropriate to associate with, to pursue this action on a contingent fee basis.

2.      I did not purchase Bristow Group, Inc. ("BRS") securities at the direction of Kirby McInerney LLP or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in BRS securities during the class period, set forth in the class action complaint, are set forth on the attached Schedule A.

5.      During the three years prior to the date of this certification, I have not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

6.      I will not accept payment for serving as a representative party on behalf of the class beyond my pro rata share of any class recovery, except as ordered or approved by the Court.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of April 2019.

_____
Jay Abernathey

**SCHEDULE A**

Class Period Transactions of Jay Abernathey in Bristow Group, Inc. ("BRS") Securities:

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 5/29/2018 | Purchase | 1,460 | $13.05 |
| 1/25/2019 | Purchase | 380 | $4.12 |
| 1/28/2019 | Purchase | 633 | $3.92 |

### CERTIFICATATION OF PROPOSED LEAD PLAINTIFF
### PURSUANT TO FEDERAL SECURITIES LAWS

Guy Abernathey declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint filed in the action *Kokareva v. Bristow Group, Inc., et al.*, No. 19 Civ. 00509 (S.D. Tex.) and have authorized counsel to seek my appointment as lead plaintiff in the class action. I retain the law firm of Kirby McInerney LLP, and as such co-counsel as it deems appropriate to associate with, to pursue this action on a contingent fee basis.

2. I did not purchase Bristow Group, Inc. ("BRS") securities at the direction of Kirby McInerney LLP or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in BRS securities during the class period, set forth in the class action complaint, are set forth on the attached Schedule A.

5. During the three years prior to the date of this certification, I have not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

6. I will not accept payment for serving as a representative party on behalf of the class beyond my pro rata share of any class recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of February 2019.

Guy Abernathey

### SCHEDULE A

Class Period Transactions of Guy Abernathey in Bristow Group, Inc. ("BRS") Securities:

| Date | Purchase/Sale | Number of Shares | Price Per Share |
| --- | --- | --- | --- |
| 12/21/2018 | Purchase | 6,700 | $2.28 |
| 12/21/2018 | Purchase | 1,700 | $2.26 |
| 12/21/2018 | Purchase | 900 | $2.27 |
| 12/21/2018 | Purchase | 700 | $2.25 |
| 1/29/2019 | Purchase | 950 | $4.15 |
| 1/29/2019 | Purchase | 302 | $4.14 |
| 1/29/2019 | Purchase | 98 | $4.13 |
| 1/30/2019 | Purchase | 5,000 | $3.74 |
| 2/1/2019 | Purchase | 2,750 | $3.34 |
| 2/1/2019 | Purchase | 600 | $3.34 |
| 2/1/2019 | Purchase | 185 | $3.34 |
| 2/1/2019 | Purchase | 100 | $3.34 |
| 2/1/2019 | Purchase | 15 | $3.34 |
| 2/7/2019 | Purchase | 5,000 | $2.75 |
| 2/12/2019 | Purchase | 4,800 | $2.12 |
| 2/12/2019 | Purchase | 178 | $2.10 |
| 2/12/2019 | Purchase | 22 | $2.09 |
| 2/13/2019 | Purchase | 7,600 | $1.15 |
| 2/13/2019 | Purchase | 2,400 | $1.14 |

