# EXHIBIT C

| | | | | **BRS Investor Group's Summary (LIFO) in Bristow Group** | | | | | | | | |
| | | | | **Class Period: February 2, 2018 - February 12, 2019** | | | | | | | | |
| | **Pre-Class Holdings** | **Class Period Purchases** | **Purchase Expenditures** | **Class Period Sales** | **Class Period Proceeds** | **LIFO-Recognized Sales in Class Period** | **LIFO-Recognized Proceeds in Class Period** | **LIFO-Recognized Shares Sold in 90 Day** | **LIFO-Recognized Proceeds in 90 Day** | **Shares Retained** | **Value of Retained Shares[1]** | **Damages/ Gain** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Meridian Investments I, LLC** | 138,660 | 400,761 | $4,272,986.77 | 261,308 | $1,289,597.99 | 261,308 | $1,289,597.99 | 0 | $0.00 | 139,453 | $170,132.66 | $ (2,813,256.12) |
| **Andrew Abernathey** | 793 | 5,081 | $61,129.65 | 1,093 | $17,690.08 | 300 | $3,765.00 | 0 | $0.00 | 4,781 | $5,832.82 | $ (51,531.83) |
| **Jay Abernathey** | 0 | 2,473 | $23,099.96 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2,473 | $3,017.06 | $ (20,082.90) |
| **Guy Abernathey** | 0 | 30,000 | $83,552.20 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 30,000 | $36,600.00 | $ (46,952.20) |
| **Total** | **139,453** | **438,315** | **$4,440,768.58** | **262,401** | **$1,307,288.07** | **261,608** | **$1,293,362.99** | **0** | **$0.00** | **176,707** | **$215,582.54** | **$ (2,931,823.05)** |

1. Pursuant to 15 U.S.C. § 78u-4(e), shares held at the end of the class period are valued at the average closing price during the 90 days following the corrective disclosure. As 90 days have not yet passed since the end of the Class Period, the shares were valued at the average closing price between February 13, 2019 and April 12, 2019 -- $1.22.

2. The first price drop occurred on February 12, 2019, when the stock price fell from its closing price of $3.06 on February 11, 2019 to its closing price of $1.84 on February 12, 2019, a drop of $1.22.

3. The second price drop occurred on February 13, 2019, when the stock price fell from its closing price of $1.84 on February 12, 2019 to its closing price of $1.20 on February 13, 2019, a drop of $0.64.