**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SVETLANA KOKAREVA, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 4:19-cv-00509 |
| Plaintiff, | Hon. Keith P. Ellison |
| v. | |
| BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, | |
| Defendants. | |
| DANIEL LILIENFELD, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 4:19-cv-01064 |
| Plaintiff, | Hon. Ewing Werlein, Jr. |
| v. | |
| BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING SVETLANA KOKAREVA'S MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered the motion of Svetlana Kokareva for consolidation of related actions, appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1)    The Motion is GRANTED.

2)    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Bristow Group, Inc.*, et al, Master File No. 4:19-cv-00509.

3)    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Svetlana Kokareva as Lead Plaintiff.

4)    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Glancy Prongay & Murray LLP is approved as Lead Counsel for the class, and Kendall Law Group, PLLC is approved as Liaison Counsel.

IT IS SO ORDERED.

Dated: _____                    _____
                                                Hon. Keith P. Ellison
                                                UNITED STATES DISTRICT JUDGE

2