**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SVETLANA KOKAREVA, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 4:19-cv-00509 |
| Plaintiff, | Hon. Keith P. Ellison |
| v. | |
| BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, | |
| Defendants. | |
| DANIEL LILIENFELD, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 4:19-cv-01064 |
| Plaintiff, | Hon. Ewing Werlein, Jr. |
| v. | |
| BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, | |
| Defendants. | |

**DECLARATION OF JOE KENDALL IN SUPPORT OF SVETLANA KOKAREVA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Joe Kendall, hereby declare as follows:

1.      I am a partner of Kendall Law Group, PLLC, counsel for lead plaintiff movant Svetlana Kokareva ("Kokareva" or "Movant")  and proposed liaison counsel for the class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint Movant to serve as lead plaintiff on behalf of the putative class in the consolidated action, and to approve Movant's selection of Glancy Prongay & Murray LLP as lead counsel and Kendall Law Group, PLLC as liaison counsel. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Press release published February 14, 2019, on *Business Wire,* announcing the pendency of the action filed by Kokareva against defendants herein.

Exhibit B:      Certification of Svetlana Kokareva.

Exhibit C:      Table of the calculated losses incurred by Movant as a result of transactions in Bristow Group Inc. securities.

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP .

Exhibit E:      Firm résumé of Kendall Law Group, PLLC.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on April 15, 2019, at Dallas, Texas.

*/s/Joe Kendall*
Joe Kendall

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed or e-mailed the foregoing document and the notice of electronic filing to all non-CM/ECF participants.

*/s/Joe Kendall*
Joe Kendall