UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SVETLANA KOKAREVA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER,<br><br>Defendants. | No.: 4:19-cv-00509-KPE |
| DANIEL LILIENFELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER,<br><br>Defendants. | No.: 4:19-cv-01064-EWJ |

**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION BY SVETLANA KOKAREVA**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE,** after having reviewed the various submissions to the Court, it appears that proposed lead plaintiff movant Svetlana Kokareva ("Movant") does not have the largest financial interest in the above captioned action. As such, Movant hereby withdraws her motion for appointment of lead plaintiff, and approval of selection of lead and liaison counsel filed on April 15, 2019. *See* ECF Dkt. No. 14.

DATED: April 23, 2019                            Respectfully submitted,

By: */s/Joe Kendall*
**KENDALL LAW GROUP, PLLC**
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Tel: (214) 744-3000
Fax: (214) 744-3015

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
rprongay@glancylaw.com

*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Lesley Portnoy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 23, 2019.

Dated: April 23, 2019                                    /s/ *Lesley Portnoy*
                                                                            Lesley Portnoy