UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SVETLANA KOKAREVA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, <br><br> Defendants. | Case No.: 4:19-cv-00509-KPE <br><br> Hon. Keith P. Ellison |
| DANIEL LILIENFELD, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, <br><br> Defendants. | Case No.: 4:19-cv-01064-EWJ <br><br> Hon. Ewing Werlein, Jr. |

**JENS ANDERSEN'S RESPONSE TO COMPETING MOTIONS FOR
CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL**

On April 15, 2019, Jens Andersen ("Mr. Andersen") timely filed his motion for consolidation of related cases, appointment as lead plaintiff, and approval of selection of lead counsel pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PLSRA").

The PSLRA provides that the "court shall adopt a presumption that the most adequate plaintiff" is the movant with the "largest financial interest in the relief sought by the class" that "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motion and supporting papers filed by Meridian Investments, LLC, Andrew Abernathey, Jay Abernathey, and Guy Abernathey (the "BRS Investor Group") (Dkt. No. 13), it appears that Mr. Andersen does not have the "largest financial interest" in the relief sought by the class.  Accordingly, Mr. Andersen provides notice that he does not oppose the competing motion filed by the BRS Investor Group but opposes all competing motions with a smaller financial interest.

Moreover, Mr. Andersen remains willing and able to serve as lead plaintiff or as a named class representative if the Court determines that the BRS Investor Group, or any other class representative, is incapable or inadequate to represent the class or for any other reason.  Further, this Response shall have no impact on Mr. Andersen's membership in the putative class or his right to share in any recovery obtained for the benefit of the class members.

DATED:  May 6, 2019.

Respectfully submitted,

*/s/ Thomas E. Bilek*

Thomas E. Bilek
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720

*Liaison Counsel for Movant Jens Andersen*

Eduard Korsinsky
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY  10006

2

Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

*Counsel for Movant Jens Andersen*

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thomas E. Bilek*
Thomas E. Bilek

3