**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| SVETLANA KOKAREVA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, <br><br> Defendants. | Case No.: 4:19-cv-00509 (KPE) |
| DANIEL LILIENFELD, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOW GROUP INC., JONATHAN E. BALIFF, and L. DON MILLER, <br><br> Defendants. | Case No.: 4:19-cv-01064 (EW) |

**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on May 11, 2019, a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") was filed in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), by Defendant Bristow Group Inc. (the "Debtor") in the following case: *In re Bristow Group Inc., et al.*, Case No. 19-32713 (DRJ) (S.D. Tex.). The Debtor's Notice of Chapter 11 Bankruptcy Case is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that as of the commencement of the Debtor's Chapter 11 case, this action has been automatically stayed as against the Debtor.  Pursuant to Section 362 of the Bankruptcy Code, the filing of a bankruptcy petition automatically stays *inter alia*:

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title . . . [and] any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title[.]

11 U.S.C. § 362(a)(1), (6).

Dated:  May 14, 2019

Respectfully submitted,

/s/ *Paul R. Bessette*
Paul R. Bessette
Attorney-in-Charge
Texas Bar No. 02263050
S.D. Tex. Bar No. 22453
Tyler W. Highful
Texas Bar No. 24083176
S.D. Tex. Bar No. 2897159
Jessica England
Texas Bar No.  24105841
S.D. Tex. Bar No. 3380633
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
(512) 457-2000
(512) 457-2100 (Fax)
pbessette@kslaw.com
thighful@kslaw.com
jengland@kslaw.com

*Counsel for Defendants*
*Bristow Group Inc., Jonathan E.*
*Baliff, and L. Don Miller*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ *Paul R. Bessette*
Paul R. Bessette