# Exhibit A

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 111 of the United States Bankruptcy Code, entered on 05/11/2019 at 09:38 AM and filed on 05/11/2019.

**Bristow Group Inc.**
2103 City West Blvd.
4th Floor
Houston, TX 77042

**BHNA Holdings Inc.**
2103 City West Blvd.
4th Floor
Houston, TX 77042

**Bristow Alaska Inc.**
210 City West Blvd.
4th Floor
Houston, TX 77042

**Bristow Helicopters Inc.**
2103 City West Blvd.
4th Floor
Houston, TX 77042

**Bristow U.S. Leasing LLC**
2103 City West Blvd.
4th Floor
Houston, TX 77042

**Bristow U.S. LLC**
4605 Industrial Drive
Acadiana Regional Airport
New Iberia, LA 70560

**Bristow Equipment Leasing Ltd.**
P.O. Box 309
Ugland House
Grand Cayman KY1-1104
Cayman Islands

**BriLog Leasing Ltd.**
P.O. Box 309
Ugland House
Grand Cayman KY1-1104
Cayman Islands

The case was filed by the debtor's attorney:

**James R Prince**
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
214/953-6612

The case was assigned case number 19-32713 to Judge David R Jones.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David J. Bradley**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/14/2019 15:26:15 | | | |
| **PACER Login:** | kingsp96:2583146:4395341 | **Client Code:** | 28462-850001 |
| **Description:** | Notice of Filing | **Search Criteria:** | 19-32713 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |