# EXHIBIT A

# Exhibit A

## Specific Aircraft Collateralizing Bristow's Secured Debt Financings

| Secured Debt Financing | Aircraft Number | Aircraft* | Serial Number |
|---|---|---|---|
| PK Air Debt | 1 | AgustaWestland AW139 | 41339 |
| PK Air Debt | 2 | Sikorsky S-92A | 920124 |
| PK Air Debt | 3 | AgustaWestland AW139 | 31583 |
| PK Air Debt | 4 | AgustaWestland AW139 | 41370 |
| PK Air Debt | 5 | Sikorsky S-92A | 920221 |
| PK Air Debt | 6 | Sikorsky S-92A | 920159 |
| PK Air Debt | 7 | Sikorsky S-92A | 920068 |
| PK Air Debt | 8 | Sikorsky S-92A | 920065 |
| PK Air Debt | 9 | Sikorsky S-92A | 920066 |
| PK Air Debt | 10 | Sikorsky S-92A | 920228 |
| PK Air Debt | 11 | AgustaWestland AW139 | 31310 |
| PK Air Debt | 12 | Sikorsky S-92A | 920070 |
| PK Air Debt | 13 | AgustaWestland AW139 | 41378 |
| PK Air Debt | 14 | Sikorsky S-92A | 920103 |
| PK Air Debt | 15 | Sikorsky S-92A | 920082 |
| PK Air Debt | 16 | Sikorsky S-92A | 920025 |
| PK Air Debt | 17 | Sikorsky S-92A | 920011 |
| PK Air Debt | 18 | Sikorsky S-92A | 920012 |
| PK Air Debt | 19 | Sikorsky S-92A | 920075 |
| PK Air Debt | 20 | Sikorsky S-76D | 761070 |
| PK Air Debt | 21 | Sikorsky S-76D | 761071 |
| PK Air Debt | 22 | Sikorsky S-76D | 761044 |
| PK Air Debt | 23 | Sikorsky S-76D | 761045 |
| PK Air Debt | 24 | Sikorsky S-76D | 761046 |
| Macquairie Debt | 1 | AgustaWestland AW139 | 41221 |
| Macquairie Debt | 2 | AgustaWestland AW139 | 41234 |
| Macquairie Debt | 3 | AgustaWestland AW139 | 41344 |
| Macquairie Debt | 4 | AgustaWestland AW139 | 41346 |
| Macquairie Debt | 5 | AgustaWestland AW139 | 41363 |
| Macquairie Debt | 6 | AgustaWestland AW139 | 41368 |
| Macquairie Debt | 7 | AgustaWestland AW139 | 41374 |
| Macquairie Debt | 8 | AgustaWestland AW139 | 41395 |
| Macquairie Debt | 9 | AgustaWestland AW139 | 41397 |
| Macquairie Debt | 10 | AgustaWestland AW139 | 41398 |
| Macquairie Debt | 11 | AgustaWestland AW189 | 49007 |
| Macquairie Debt | 12 | AgustaWestland AW189 | 49008 |
| Macquairie Debt | 13 | Sikorsky S-92A | 920033 |
| Macquairie Debt | 14 | Sikorsky S-92A | 920043 |
| Macquairie Debt | 15 | Sikorsky S-92A | 920050 |
| Macquairie Debt | 16 | Sikorsky S-92A | 920088 |
| Macquairie Debt | 17 | Sikorsky S-92A | 920090 |
| Macquairie Debt | 18 | Sikorsky S-92A | 920105 |

*Aircraft means, in each case and as set forth in the relevant Secured Debt Financing credit agreement, the airframe(s) and specific associated engines, rotor blades/components, and associated records/manuals

**Exhibit A**

## Specific Aircraft Collateralizing Bristow's Secured Debt Financings

| Secured Debt Financing | Aircraft Number | Aircraft* | Serial Number |
|---|---|---|---|
| Macquairie Debt | 19 | Sikorsky S-92A | 920243 |
| Macquairie Debt | 20 | Sikorsky S-92A | 920282 |
| Lombard Debt I | 1 | Sikorsky S-92A | 920254 |
| Lombard Debt I | 2 | Sikorsky S-92A | 920257 |
| Lombard Debt I | 3 | Sikorsky S-92A | 920262 |
| Lombard Debt II | 1 | AgustaWestland AW189 | 89001 |
| Lombard Debt II | 2 | AgustaWestland AW189 | 92002 |
| Lombard Debt II | 3 | AgustaWestland AW189 | 92003 |
| Lombard Debt II | 4 | AgustaWestland AW189 | 92004 |
| Lombard Debt II | 5 | AgustaWestland AW189 | 92005 |

*Aircraft means, in each case and as set forth in the relevant Secured Debt Financing credit agreement, the airframe(s) and specific associated engines, rotor blades/components, and associated records/manuals