**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE BRISTOW GROUP INC., SECURITIES LITIGATION | Case No.: 4:19-cv-00509 (KPE) |

**DECLARATION OF MICHAEL J. BILES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Michael J. Biles, declare as follows:

I am admitted to practice before this Court.  I am a partner of the law firm of King & Spalding LLP, and I represent Defendants Jonathan E. Baliff and L. Don Miller in the above-captioned matter.  I submit this declaration on behalf of all Defendants.

Attached to this declaration submitted in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint are true and correct copies of the following documents:

1. Bristow Group SEC Form 10-K, filed with the SEC on May 23, 2018.  A true and correct copy of relevant excerpts is attached as Exhibit 1.

2. Forbes.com article entitled "For Offshore Helicopter Makers, It's Survival of the Fittest as Sales Skid Deepens," dated July 8, 2019.  A true and correct copy is attached as Exhibit 2.

3. AINOnline article entitled "Helicopter Services Company PHI Files for Bankruptcy," dated March 15, 2019. A true and correct copy is attached as Exhibit 3.

4. Bristow Group SEC Form 8-K attaching Term Loan Agreements between Bristow Group and Lombard North Central, filed with the SEC on November 14, 2016. A true and correct copy is attached as Exhibit 4.

5. Bristow Group SEC Form 8-K attaching a Term Loan Agreement between Bristow Group and Macquarie Bank, filed with the SEC on February 2, 2017. A true and correct copy is attached as Exhibit 5.

6. Bristow Group SEC Form 8-K attaching a Credit Agreement between Bristow Group and PK AirFinance, filed with the SEC on July 18, 2017. A true and correct copy is attached as Exhibit 6.

7. Chart listing Bristow Group historic stock prices from June 1, 2017 through February 12, 2019, as appearing on FactSet Research Systems, Inc. database on December 4, 2019. A true and correct copy is attached as Exhibit 7.

8. Bristow Group SEC Form 8-K, filed with the SEC on February 11, 2019. A true and correct copy is attached as Exhibit 8.

9. Bristow Group press release entitled "Bristow Provides Update on Status of Form 10-Q Filing," dated February 19, 2019. A true and correct copy is attached as Exhibit 9.

10. Financial Accounting Standards Board Accounting Standards Update: Presentation of Financial Statements – Going Concern (Subtopic 205-40), published August 2014.  A true and correct copy is attached as Exhibit 10.

11. SEC Form DEF 14A Definitive Proxy Statement, filed with the SEC on June 21, 2018.  A true and correct copy of relevant excerpts is attached as Exhibit 11.

12. Bristow Group SEC Form 8-K, filed with the SEC on November 15, 2018.  A true and correct copy is attached as Exhibit 12.

13. Bristow Group SEC Form 8-K, filed with the SEC on February 12, 2019.  A true and correct copy is attached as Exhibit 13.

14. Bristow Group SEC Form 10-K/A, filed with the SEC on June 19, 2019.  A true and correct copy of relevant excerpts is attached as Exhibit 14.

15. Bristow Group SEC Form 8-K, filed with the SEC on April 15, 2019.  A true and correct copy is attached as Exhibit 15.

16. Bristow Group SEC Form 8-K, filed with the SEC on May 7, 2019.  A true and correct copy is attached as Exhibit 16.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2020.

/s/ Michael J. Biles
Michael J. Biles

## CERTIFICATE OF SERVICE

I certify that on January 3, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/Paul R. Bessette*
Paul R. Bessette