# Exhibit 2

2,673 views | Jul 8, 2019, 08:18am

# For Offshore Helicopter Makers, It's Survival Of The Fittest As Sales Skid Deepens



**Brian Foley** Contributor Aerospace & Defense
*I take on topical general aviation subjects with an analytical eye.*

CAMPOS BASIN, RIO DE JANEIRO STATE, BRAZIL - 2015/04/15: Helicopter landing at oil rig, Bacia de ... [+]   LIGHTROCKET VIA GETTY

The civil helicopter industry hasn't caught a break since oil prices sank below $100 per barrel five years ago. Total delivery values of these aircraft have declined 42% from nearly $7 billion in 2013 to just under $4 billion last year, according to the General Aviation Manufacturers Association (GAMA). The first quarter of 2019 portends another difficult year, as values plummeted 15% compared to the same period in 2018, from $604 million to $514 million.



5 Year Heli Value Drop    BRIFO WITH GAMA DATA

Interestingly the number of unit deliveries didn't change all that much between 2013 and 2018. Rather the mix of sizes changed with fewer high-value big helicopters being shipped.



**First Quarter 2019 Starts Out 15% Below 2018**

Year-Over-Year Heli Value Drop    BRIFO WITH GAMA DATA

Today In: Industry

Compared to the small- to average-sized helicopters used by police, air ambulance, corporate and others, offshore helicopters used by the oil and gas industry are super-sized to move upward of 19 workers and their heavy equipment to far-flung oil rigs miles out in the ocean. Due to their sheer size and performance capability, these queens of the sky cost multiples of what typical rotorcraft cost. As an example, compared to a $1M entry-level helicopter, an offshore machine can easily weigh in at over $25M.

As the price of oil tanked from well over $100 per barrel five years ago to less than $40 a year later, the offshore industry reeled, with oil companies scaling back their rig and exploration activities, greatly reducing the need for air transportation. This was compounded by the rise in fracking, a land-based oil recovery process without the need for helicopter transport.

PROMOTED

The impact to the helicopter industry was devastating, with large offshore helicopters falling from 15% of all industry deliveries five years ago to just 6% last year. Existing aircraft fleets were put into storage as supply outstripped demand for lift. Offshore helicopters are very specialized for the mission and can't easily be repurposed for a non-oil mission without significant and expensive modifications. Even then, the market for these repurposed behemoths is still limited at best.

Harder hit were the companies who operated these helicopters for the oil companies, with 4 leading providers entering Chapter 11 bankruptcy, although each having since reorganized or is in the process of doing so. It is these companies which owned or leased their helicopters and either parked or dumped many of them on the market. Some just handed the helicopter and keys back to their financial institution which caused one exposed lessor to declare bankruptcy.

Unfortunately, shedding debt by declaring bankruptcy by these operators does not solve the original issue of continued excess capacity. It addresses the symptom but not the cause. Now not only is there the possibility of additional operators entering bankruptcy, there is the very real chance of those who have already reorganized refiling.

This presents a survival of the fittest situation to the offshore helicopter producers and their flagship models, namely Sikorsky, a Lockheed Martin division with its S-92, Airbus Helicopters and the H225, the AW189 from Leonardo (formerly AgustaWestland) and Textron Bell's brand new 525 which is still undergoing final testing. There could conceivably only be 1 or 2 of these models remaining after the dust settles.

So who is the last man standing? The Sikorsky S-92 got a reprieve by being selected to supply the US presidential helicopter fleet although beyond those deliveries there's a question mark. The Airbus H225 has a market perception problem from high-profile accidents from which it is unlikely to recover. Textron, a newcomer to this high-end market, still has time to pull the plug on the Bell 525 before any further investment is made. That leaves Leonardo and its AW189 as the only obvious shoo-in, with perhaps one of the others as a straggling co-supplier to oil and gas.

The prospects of a return to the golden days of supplying the once lucrative oil and gas industry with pricey offshore helicopters seems elusive. It's believed that oil prices first have to stabilize for an extended length of time at a price of $85 or more per barrel, a

scenario not widely envisioned at the current time.

As such, the values of industry deliveries appear likely to continue their decline, or at best remain flat. Difficult decisions will be made in the coming months testing the resolve of those doing business in the oil and gas segment. Excess capacity must be first be rationalized, a necessary step which thus far has been artfully dodged or delayed, which will cause further consternation among manufacturers, operators, and lessors.

*Follow me on* Twitter *or* LinkedIn. *Check out* my website.



Brian
Foley

In 2006 I formed the consultancy Brian Foley Associates (BRiFO) to help aerospace firms and investors with research and guidance. My sister firm AvStrategies matches av

...

**Read More**

Print  Site Feedback  Tips  Corrections  Reprints & Permissions  Terms  Privacy

©2020 Forbes Media LLC. All Rights Reserved.  AdChoices

28,962 views  |  Dec 17, 2019, 09:27am

# Balancing The Tension Between Consumer And Sustainability Desires



SAP  BRANDVOICE | Paid Program Innovation



GETTY

### By Dorit Shackleton and Alina Gross, SAP

*"I want it all, and I want it now,"* sang Freddie Mercury. We can all relate. Black Friday and Cyber Monday are done but the online shopping frenzy has only kicked into high gear, as the holidays are right around the corner. We both recently ordered Christmas gifts for our loved ones over the cyber days (and let's be honest, for ourselves too). Dorit ordered new Adidas UltraBoosts and Alina treated herself to a new watch from Fossil - after all you don't get 30% off every day, do you?!

With super-speedy delivery times and one-swipe checkout, we have all gotten used to ordering almost everything we need for our day-to-day lives online and having packages delivered right to our doors. While picking out the perfect products and gifts from the comfort of your own home sounds easy and convenient, the environmental impact of online shopping – and shipping – can be huge.

It's become obvious that while general awareness of the climate crisis and our desire to be part of the solution are more prevalent than ever before, it hasn't completely trickled down to the daily online habits of mainstream society. We want to help safeguard our planet, but we still 'want it all and want it now.' Something's got to give.

**Satisfying two contradictory desires**

On the surface, it feels like there has never been a better time to launch a sustainable offering. Consumers, particularly millennials, increasingly say they want brands that embrace purpose and sustainability. Simultaneously, however, these same customers are also particularly uncompromising when it comes to their personal convenience. So now, brands need to satisfy two seemingly contradictory demands at the same time: sustainability and convenience.

One feature of online shopping we take for granted now is the offer of next-day (and even same-day) delivery. For manufacturers and distributors, this means always having available stock – which requires more space to keep it and more energy to store and move it. For fresh food, the promise of constant availability means increased levels of food waste.

And, in order to satisfy such fast delivery requirements, more trucks are needed on the road – often ones that are only partly loaded. In 2017, Amazon's deliveries alone emitted about 19 million metric tons of carbon, according to 350 Seattle, a group that works to combat climate overheating. The mega-retailer has around 100 million subscribers to its $119-a-year Prime program, all of whom can get free one-day shipping on 10 million products. The impact to their end-to-end supply chain is massive. Massive is actually an understatement.

Furthermore, a frustrating paradox exists at the heart of green business: Few consumers who report positive attitudes toward eco-friendly products and services follow through

with their wallets. In a survey by Harvard Business Review, 65% said they want to buy purpose-driven brands that advocate sustainability, yet only about 26% actually do so. While they increasingly say they're worried about climate change, the dangers of pollution and other threats to the environment, their concerns rarely translate into purchases of environmentally friendly goods and services, which remain a small fraction of the market. Often many people talk green but have a list of excuses for not buying sustainable products: they're too expensive or of low quality; the environmental benefits aren't clear; or companies' environmental claims aren't trustworthy.

### What's it worth: sustainability for a higher price?

As consumers weigh the choices in front of them, they view each new opportunity through the triple lens of convenience, price and awareness. So, there is an obvious conflict when it comes to consumers' desire to use sustainable materials compared to what they are willing to spend or what they can realistically afford. It is clear that while sustainable materials are important, cost is by far the biggest factor.

Consumers' price-conscious nature presents a significant challenge for manufacturers and brands to overcome. Environmentally-friendly alternatives tend to have a higher cost attached to them, so unless there's a way to avoid passing these extra costs on to the consumer, brands may face an uphill battle getting consumers on board, at least in the short term. Even if consumers have the best intentions – price will always be an issue. So the trick for brands is not only in finding suitable alternatives, but also at a price point that appeals to lots of consumers.

### How Queen can help us to decide which world we choose

So, the tension clearly exists. What do we consumers want more – social responsibility or instant gratification? Which of Queen's lyrics do we want to follow: *"Is this the world we created? We made it all our own. Is this the world we devastated, right to the bone"*, and openly admit to ourselves that something needs change and it starts with us? Or do we want to continue living and consuming without thinking about more sustainable alternatives, true to the motto *"Nothing really matters, anyone can see, nothing really matters to me"*? The dilemma is real and it's up to each of us to decide for ourselves.

We wish everyone reading a very happy holiday, and here's to a happy, healthy, tension-

free year ahead.

*To learn more, download the IDC report "Leveraging Your Intelligent Digital Supply Chain."*



SAP

SAP is the world's leading provider of business software – enterprise resource planning, business intelligence, and related applications and services that help companies...**Read More**

Print ⬦Site Feedback ⬦Tips ⬦Corrections ⬦Reprints & Permissions ⬦Terms ⬦Privacy

©2020 Forbes Media LLC. All Rights Reserved. ⬦AdChoices