# Exhibit 11

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 14A**

Proxy Statement Pursuant to Section 14(a) of the Securities
Exchange Act of 1934

Filed by the Registrant ☑
Filed by a Party other than the Registrant ☐

heck the appropriate box:

☐ Preliminary Proxy Statement
☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☑ Definitive Proxy Statement
☐ Definitive Additional Materials
☐ Soliciting Material Pursuant to §240.14a-12

**Bristow Group Inc.**

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):
☑ No fee required.
☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1)    Title of each class of securities to which transaction applies:

(2)    Aggregate number of securities to which transaction applies:

(3)    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4)    Proposed maximum aggregate value of transaction:

(5)    Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)    Amount Previously Paid:

(2)      Form, Schedule or Registration Statement No.:

(3)      Filing Party:

(4)      Date Filed:



**BRISTOW GROUP INC.**
**2103 CITY WEST BLVD., 4TH FLOOR**
**HOUSTON, TEXAS 77042**

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**

The Annual Meeting of Stockholders of Bristow Group Inc. (the "Company") will be held at the Company's corporate headquarters located at 2103 City West Boulevard, 4th Floor, Houston, Texas 77042 on July 31, 2018, at 8:00 a.m. (Central Daylight Time) for the following purposes:

1. To elect as directors the nominees named in this proxy statement to serve until the next Annual Meeting of Stockholders and until their successors are chosen and have qualified;

2. To approve on an advisory basis the Company's executive compensation;

3. To approve the removal of common stock issuance restrictions of the Company upon the exercise of warrants; and

4. To approve and ratify the selection of KPMG LLP ("KPMG") as the Company's independent auditors for the fiscal year ending March 31, 2019.

Our stockholders may also transact such other business at the Annual Meeting of Stockholders as may properly come before the meeting and any postponements or adjournments thereof. Our Board of Directors has fixed the close of business on June 7, 2018, as the record date for determination of stockholders entitled to notice of and to vote at the meeting.

We are furnishing proxy materials to our stockholders using the U.S. Securities and Exchange Commission ("SEC") rule that allows companies to furnish their proxy materials over the Internet. As a result, on June 21, 2018, we are mailing to many of our stockholders a Notice of Internet Availability of Proxy Materials ("E-Proxy Notice") instead of a paper copy of this Proxy Statement and our Fiscal Year 2018 Annual Report. The E-Proxy Notice contains instructions on how to access this 2018 Proxy Statement and our Fiscal Year 2018 Annual Report over the Internet. The E-Proxy Notice also provides instructions on how you can request a paper copy of our proxy materials, including this Proxy Statement, our Fiscal Year 2018 Annual Report and a form of our proxy card. All stockholders who do not receive an E-Proxy Notice, including the stockholders who have previously requested to receive paper copies of our proxy materials, will receive a paper copy of our proxy materials by mail unless these stockholders have previously requested delivery of our proxy materials electronically. If you received our annual materials via e-mail in accordance with your previous request, the e-mail contains voting instructions and links to this Proxy Statement and our Annual Report on the Internet.

YOUR VOTE IS IMPORTANT. WHETHER OR NOT YOU PLAN TO ATTEND OUR ANNUAL MEETING OF STOCKHOLDERS, WE HOPE YOU WILL VOTE AS SOON AS POSSIBLE. YOU MAY VOTE BY PROXY OVER THE INTERNET, OR, IF YOU RECEIVED PAPER COPIES OF OUR PROXY MATERIALS BY MAIL, YOU CAN VOTE BY MAIL, TELEPHONE OR INTERNET BY FOLLOWING THE INSTRUCTIONS ON THE PROXY CARD.

By Order of our Board of Directors

Timothy J. Knapp
*Senior Vice President, General Counsel*
*and Corporate Secretary*

Houston, Texas
June 21, 2018

**Holdings of Directors, Nominees and Executive Officers**

The following table shows how many shares (i) each of our directors, (ii) each of our Named Executive Officers included in the Summary Compensation Table on page 45 of this proxy statement and (iii) all of our directors and executive officers as a group beneficially owned as of the close of business on June 7, 2018:

| Name [1] | Shares Directly and Indirectly Owned as of June 7, 2018 [2] | Options Exercisable on or prior to August 6, 2018 | Total Shares Beneficially Owned | Percent of Class [3] |
|---|---|---|---|---|
| Chet Akiri [4] | - | 61,667 | 61,667 | * |
| Brian J. Allman | 5,091 | 36,929 | 42,020 | * |
| Thomas N. Amonett | 34,643 | 3,125 | 37,768 | * |
| Jonathan E. Baliff | 85,952 | 337,994 | 423,946 | 1.2% |
| Gaurdie E. Banister, Jr. [5] | 21,500 | - | 21,500 | * |
| Alan Corbett | 607 | 14,462 | 15,069 | * |
| E. Chipman Earle [6] | - | 99,599 | 99,599 | * |
| Lori A. Gobillot | 24,608 | - | 24,608 | * |
| Ian A. Godden [7] | 59,515 | - | 59,515 | * |
| A. William Higgins | 28,842 | - | 28,842 | * |
| Stephen A. King | - | - | - | * |
| Timothy J. Knapp | - | - | - | * |
| Thomas C. Knudson | 76,606 | - | 76,606 | * |
| Mathew Masters | - | - | - | * |
| L. Don Miller | 19,340 | 141,867 | 161,207 | * |
| Robert Phillips | 1,624 | 24,195 | 25,819 | * |
| Biggs C. Porter | 28,842 | - | 28,842 | * |
| All directors and executive officers as of , 2018 as a group ( persons) | 390,706 | 600,982 | 991,688 | 2.8% |

| | |
|---|---|
| * | Less than 1%. |
| [1] | The business address of each director and executive officer is 2103 City West Blvd., 4th Floor, Houston, Texas 77042. |
| [2] | Excludes unvested restricted stock over which the holders do not have voting or dispositive powers. |
| [3] | Percentages of our common stock outstanding as of June 7, 2018, adjusted for each Named Executive Officer, executive officer and director to include such Named Executive Officer's, executive officer's and director's total shares beneficially owned as of such date. |
| [4] | All of Mr. Akiri's options will expire on August 8, 2018 in accordance with the terms of the Akiri Separation Agreement (as defined herein). |
| [5] | Mr. Banister was appointed to our Board effective as of October 1, 2017. |
| [6] | All of Mr. Earle's options will expire on August 8, 2018 in accordance with the terms of the Earle Separation Agreement (as defined herein). |
| [7] | Includes 17,950 shares over which Mr. Godden shares investing and voting control with his wife. |