# Exhibit 14

**Table of Contents**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 10-K/A
# (Amendment No. 1)

☑     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**
For the Fiscal Year Ended March 31, 2018

OR

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____

Commission File Number 001-31617

# Bristow Group Inc.
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **72-0679819** |
| *(State or other jurisdiction of* *incorporation or organization)* | *(IRS Employer* *Identification Number)* |

| | |
|---|---|
| **2103 City West Blvd.,** **4th Floor** **Houston, Texas** | **77042** **(Zip Code)** |
| *(Address of principal executive offices)* | |

Registrant's telephone number, including area code: (713) 267-7600
Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($.01 par value) | N/A | None[(1)] |

_____

[(1)] Prior to May 13, 2019, the registrant's common stock was traded on the New York Stock Exchange.

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
YES ☐ NO ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
YES ☐ NO ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES ☑ NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐    Accelerated filer ☐    Non-accelerated filer ☑    Smaller reporting company ☐    Emerging growth company ☐
(Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☑

The aggregate market value of the voting Common Stock held by non-affiliates of the registrant, based upon the closing price on the New York Stock Exchange, as of September 30, 2017 was $301,657,750.

The number of shares outstanding of the registrant's Common Stock as of May 18, 2018 was 35,649,881.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain portions of the Registrant's Definitive Proxy Statement, to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the close of the Registrant's fiscal year, are incorporated by reference under Part III of this Form 10-K.

**EXPLANATORY NOTE**

This Amended Annual Report on Form 10-K/A is filed by Bristow Group Inc., which we refer to as "Bristow Group" or the "Company." We use the pronouns "we", "our" and "us" and the term "Bristow Group" to refer collectively to Bristow Group and its consolidated subsidiaries and affiliates, unless the context indicates otherwise. We are filing this Amendment No. 1 (this "Amendment No. 1") to our Annual Report on Form 10-K for the year ended March 31, 2018, originally filed with the U.S. Securities and Exchange Commission (the "SEC") on May 23, 2018 (the "Original Filing" and, as amended by this Amendment No. 1, this "Amended 10-K"), to (i) reflect a change in management's assessment of our disclosure controls and procedures, (ii) revise the Company's previously reported consolidated financial statements to reclassify substantially all debt balances from long-term to short-term, include disclosures regarding the Company's ability to continue as a going concern and for immaterial corrections to prior years' financial information as explained in Notes 1 and 4 in the "Notes to Consolidated Financial Statements" included elsewhere in this Annual Report, (iii) restate Management's Report on Internal Control Over Financial Reporting and (iv) include revised reports of KPMG LLP ("KPMG"), our Independent Registered Public Accounting Firm, with respect to its audits of the Company's Internal Control Over Financial Reporting and on the consolidated financial statements included herein.

As previously disclosed in the Company's Current Report on Form 8-K filed with the SEC on February 11, 2019, management of the Company concluded that the Company did not have adequate monitoring control processes in place related to certain non-financial covenants within certain of its secured financing and lease agreements, and this control deficiency identified represents a "material weakness" in internal control over financial reporting. Accordingly, as discussed in that Current Report, the Company's internal control over financial reporting was deemed ineffective at March 31, 2018 and the reporting periods thereafter, and management's assessment and the report of KPMG on internal control over financial reporting as of March 31, 2018 should no longer be relied upon. As previously disclosed in the Company's Current Report on Form 8-K filed with the SEC on May 7, 2019, in connection with the filing of this Amendment No. 1, applicable accounting rules required the Company to make an updated assessment as of the filing date of this Amendment No. 1 of whether there are conditions and events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern during the twelve months from the date of filing of this Amendment No. 1. This updated assessment is required to include an assessment of the Company's ability to meet its operating and other contractual cash obligations, including aircraft and other capital purchase commitments and debt service requirements, using available liquidity (cash on hand, operating cash flow and other available cash sources) over the twelve-month period, commencing as of the filing date of this Amendment No. 1.

The Company's liquidity outlook has recently changed and as a result of this updated assessment, the Company has concluded that disclosure should be included in this Amendment No. 1 to express substantial doubt about the Company's ability to continue as a going concern based on recurring losses from operations and estimates of liquidity during the twelve months from the filing date of this Amendment No. 1 as well as the bankruptcy filings as further discussed below.

In addition, under certain of our secured equipment financings, we are required to deliver audited annual consolidated financial statements without a going concern qualification or explanation. The revised report of KPMG on the consolidated financial statements included in this Amended 10-K includes an explanatory paragraph expressing uncertainty as to the Company's ability to continue as a going concern. As a result of the delivery of this Amended 10-K with a going concern qualification or explanation included in the accompanying report of the Company's independent registered public accounting firm, an event of default exists under those secured equipment financings, giving those secured equipment lenders the right to accelerate repayment of the applicable debt, subject to Chapter 11 protections, and triggering cross-default and/or cross-acceleration provisions in substantially all of our other debt instruments should that right to accelerate repayment be exercised.

As a result of the facts and circumstances discussed above, the Company concluded that substantially all debt balances should be reclassified from long-term to short-term within this Amendment No. 1.

On May 11, 2019, Bristow Group Inc. and its subsidiaries BHNA Holdings Inc., Bristow Alaska Inc., Bristow Helicopters Inc., Bristow U.S. Leasing LLC, Bristow U.S. LLC, BriLog Leasing Ltd. and Bristow Equipment Leasing Ltd. (together, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' Chapter 11 Cases are jointly administered under the caption In re: Bristow Group Inc., et al., Main Case No. 19-32713. The Debtors continue to operate their businesses and manage their properties as "debtors-in-possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code and orders of the Bankruptcy Court. The commencement of the Chapter 11 Cases also constitutes an event of default under certain debt financings, giving those lenders the right to accelerate repayment of the applicable debt, subject to Chapter 11 protections.

*Amendments*

Based on the foregoing, revisions to the Original Filing have been made to the following items:

- the first paragraph of "Executive Overview" in Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations; and the captions "Liquidity and Capital Resources - Future Cash Requirements - Debt Obligations", "Liquidity and Capital Resources - Future Cash Requirements - Contractual Obligations, Commercial Commitments and Off Balance Sheet Arrangements" and "Liquidity and Capital Resources - Financial Condition and Sources of Liquidity" and the other discussions surrounding liquidity in Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations;

- the caption "Interest Rate Risk" in Part II, Item 7A. Quantitative and Qualitative Disclosures about Market Risk;

  - Part II, Item 8. Consolidated Financial Statements and Supplementary Data;

  - Part II, Item 9A. Controls and Procedures; and

  - Part IV, Item 15. Exhibits, Financial Statement Schedules.

As required by Rule 12b-15 under the Securities Act of 1934, as amended (the "Exchange Act"), this Amendment No. 1 contains new certifications (filed as Exhibits 31.3, 31.4, 32.3 and 32.4) by our Chief Executive Officer and Chief Financial Officer required pursuant to Rule 13a-14(a) under the Exchange Act and 18 U.S.C. Section 1350. Accordingly, this Amendment No. 1 amends and restates Part IV, Item 15(a)(3) to reflect the filing of these currently dated certifications.

In addition, this Amendment No. 1 contains the revised reports of KPMG required pursuant to Item 308(b) of Regulation S-K. Accordingly, this Amendment No. 1 (i) amends and restates Part II, Item 8. Consolidated Financial Statements and Supplementary Data and Part II, Item 9A. Controls and Procedures, in each case under the heading "Report of Independent Registered Public Accounting Firm," to reflect the revised reports of KPMG and (ii) amends and restates Part IV, Item 15(a)(3) to reflect the filing of the consent related to the revised reports of KPMG.

We have also updated the signature page and our audited consolidated financial statements formatted in eXtensible Business Reporting Language (XBRL) in Exhibits 101.

Except as described above, this Amendment No. 1 does not amend, update or change any other items or disclosures contained in the Original Filing as amended by this Amendment No. 1, and accordingly, this Amendment No. 1 does not reflect or purport to reflect any information or events occurring after the original filing date or modify or update those disclosures affected by subsequent events. Accordingly, this Amendment No. 1 should be read in conjunction with the Original Filing and our other filings with the SEC subsequent to the Original Filing.

In connection with the Original Filing, we carried out an evaluation, under the supervision of and with the participation of our management, including Jonathan E. Baliff, our previous Chief Executive Officer ("Previous CEO"), and L. Don Miller, our previous Chief Financial Officer ("Previous CFO"), of the effectiveness of the Company's disclosure controls and procedures (as defined in Rules 13a-15(e) of the Exchange Act) as of March 31, 2018. Based on that evaluation, our Previous CEO and Previous CFO concluded that such disclosure controls and procedures were effective to ensure that information required to be disclosed in our periodic reports filed under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the SEC's rules and forms and such information is accumulated and communicated to our management as appropriate to allow for timely decisions regarding required disclosure under the Exchange Act.

A discussion of the Company's subsequent reevaluation of internal control over financial reporting, material weakness identified by the Company and the actions taken by management are set forth in Item 9A. Controls and Procedures included herein.

**Table of Contents**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Houston, State of Texas on the 19th day of June, 2019.

BRISTOW GROUP INC.

By: /s/ Brian J. Allman

Brian J. Allman
Senior Vice President and
Chief Financial Officer

160

**Table of Contents**