# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE BRISTOW GROUP INC., SECURITIES LITIGATION | Case No.: 4:19-cv-00509 (KPE) |

**SUPPLEMENTAL DECLARATION OF MICHAEL J. BILES
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Michael J. Biles, declare as follows:

I am admitted to practice before this Court. I am a partner of the law firm of King & Spalding LLP, and I represent Defendants Jonathan E. Baliff and L. Don Miller in the above-captioned matter. I submit this declaration on behalf of all Defendants.

Attached to this declaration submitted in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint are true and correct copies of the following documents:

1.  Bristow Group SEC Form 10-K/A, filed with the SEC on June 19, 2019. A true and correct copy of additional relevant excerpts is attached as Exhibit 17.

2.  Financial Accounting Standards Board Accounting Standards Update: Subsequent Events (Topic 855), published February 2010 and subsequent amendment. A true and correct copy is attached as Exhibit 18.

3. SEC Division of Corporate Finance Financial Reporting Manual, Topic 13, Effects of Subsequent Events on Financial Statements Required in Filings, Section 13110.6, last updated September 30, 2010.  A true and correct copy of relevant excerpts is attached as Exhibit 19.

Executed on March 19, 2020.

/s/ Michael J. Biles
Michael J. Biles

## CERTIFICATE OF SERVICE

I certify that on March 19, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/Paul R. Bessette*
Paul R. Bessette