# Exhibit 17

**Table of Contents**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 10-K/A
# (Amendment No. 1)

☑     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
**For the Fiscal Year Ended March 31, 2018**

OR

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _____ to _____**

**Commission File Number 001-31617**

# Bristow Group Inc.
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **72-0679819** |
| *(State or other jurisdiction of* | *(IRS Employer* |
| *incorporation or organization)* | *Identification Number)* |
| **2103 City West Blvd.,** | |
| **4th Floor** | **77042** |
| **Houston, Texas** | **(Zip Code)** |
| *(Address of principal executive offices)* | |

**Registrant's telephone number, including area code: (713) 267-7600**
**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($.01 par value) | N/A | None[1] |

_____

[1] Prior to May 13, 2019, the registrant's common stock was traded on the New York Stock Exchange.

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
YES ☐ NO ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
YES ☐ NO ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES ☑ NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐    Accelerated filer ☐    Non-accelerated filer ☑    Smaller reporting company ☐    Emerging growth company ☐
(Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☑

The aggregate market value of the voting Common Stock held by non-affiliates of the registrant, based upon the closing price on the New York Stock Exchange, as of September 30, 2017 was $301,657,750.

The number of shares outstanding of the registrant's Common Stock as of May 18, 2018 was 35,649,881.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain portions of the Registrant's Definitive Proxy Statement, to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the close of the Registrant's fiscal year, are incorporated by reference under Part III of this Form 10-K.

Table of Contents

**BRISTOW GROUP AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Note 1 - OPERATIONS, BASIS OF PRESENTATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*Operations*

Bristow Group Inc., a Delaware corporation (together with its consolidated entities, unless the context requires otherwise, "Bristow Group", the "Company", "we", "us", or "our"), is the leading provider of industrial aviation services to the worldwide offshore energy industry based on the number of aircraft operated. With a fleet of 405 aircraft as of March 31, 2018, including 110 held by unconsolidated affiliates, we and our affiliates conduct major transportation operations in the North Sea, Nigeria and the U.S. Gulf of Mexico, and in most of the other major offshore energy producing regions of the world, including Australia, Brazil, Canada, Russia and Trinidad. We and our affiliates also provide private sector search and rescue ("SAR") services in Australia, Canada, Norway, Russia, Trinidad and the United States, and public sector SAR services in the U.K. on behalf of the Maritime & Coastguard Agency. Certain of our affiliates also provide regional fixed wing scheduled and charter services in the U.K., Nigeria and Australia.

*Bankruptcy, Restructuring Support Agreement and Going Concern*

The Company's liquidity outlook has changed since the date of the Company's Annual Report on Form 10-K for the fiscal year ended March 31, 2018, originally filed with the U.S. Securities and Exchange Commission ("SEC") on May 23, 2018 (the "Original Filing"), resulting in substantial doubt about the Company's ability to continue as a going concern. In connection with the filing of this Amendment No. 1 (this "Amendment No. 1") to the Original Filing (the Original Filing, as amended by this Amendment No. 1, this Amended 10-K"), applicable accounting rules required the Company to make an updated assessment as to whether there are conditions and events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern during the twelve months from the date of filing of this Amendment No. 1. This updated assessment included an assessment of the Company's ability to meet its operating and other contractual cash obligations, including aircraft and other capital purchase commitments and debt service requirements, using available liquidity (cash on hand, operating cash flow and other available cash sources) over the twelve-month period commencing as of the date of the filing of this Amendment No. 1. As a result of this updated assessment, the Company concluded that disclosure should be included in this Amendment No. 1 to express substantial doubt about the Company's ability to continue as a going concern based on recurring losses from operations and estimates of liquidity during the twelve months from the filing date of this Amendment No. 1 as well as the bankruptcy filings as further discussed below. The delivery of this Amended 10-K with a going concern qualification or explanation included in the accompanying report of the Company's independent registered public accounting firm constituted an event of default under certain of our secured equipment financings, giving those secured equipment lenders the right to accelerate repayment of the applicable debt, subject to Chapter 11 protections, and triggering cross-default and/or cross-acceleration provisions in substantially all of our other debt instruments should that right to accelerate repayment be exercised.

As a result of the facts and circumstances discussed above, the Company concluded that substantially all debt balances of approximately $1.4 billion should be reclassified from long-term to short-term as of March 31, 2018 within this Amended 10-K on our consolidated balance sheet.

As discussed in the Explanatory Note in this Annual Report, on May 11, 2019, Bristow Group Inc. and its subsidiaries BHNA Holdings Inc., Bristow Alaska Inc., Bristow Helicopters Inc., Bristow U.S. Leasing LLC, Bristow U.S. LLC, BriLog Leasing Ltd. and Bristow Equipment Leasing Ltd. (together, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' Chapter 11 Cases are jointly administered under the caption In re: Bristow Group Inc., et al., Main Case No. 19-32713. The Debtors continue to operate their businesses and manage their properties as "debtors-in-possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code and orders of the Bankruptcy Court. The commencement of the Chapter 11 Cases also constitutes an event of default under certain debt financings, giving those lenders the right to accelerate repayment of the applicable debt, subject to Chapter 11 protections.

As previously disclosed in the Company's Current Report on Form 8-K filed with the SEC on May 13, 2019, we entered into a restructuring support agreement (the "RSA") on May 10, 2019 with (i) certain holders (the "Supporting Secured Noteholders") of the Company's 8.75% Senior Secured Notes due 2023 (the "8.75% Senior Secured Notes") and (ii) the guarantors of the 8.75% Senior Secured Notes, to support a restructuring of the Company (the "Restructuring") on the terms set forth in the term sheet contained in an exhibit to the RSA (the "Restructuring Term Sheet"). The RSA contemplates the filing of the Chapter 11 Cases to implement the Restructuring pursuant to a Chapter 11 plan of reorganization (the "Plan") and the various related transactions set

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

forth in or contemplated by the Restructuring Term Sheet, the DIP Term Sheet (as defined herein) and the other restructuring documents attached to the RSA.

The RSA contains certain covenants on the part of each of the Company and the Supporting Secured Noteholders, including limitations on the Supporting Secured Noteholders' ability to pursue alternative transactions, commitments by the Supporting Secured Noteholders to vote in favor of the Plan and commitments of the Company and the Supporting Secured Noteholders to negotiate in good faith to finalize the documents and agreements governing the Plan. The RSA also provides for certain conditions to the obligations of the parties and for termination upon the occurrence of certain events, including without limitation, the failure to achieve certain milestones and certain breaches by the parties under the RSA.

Also as previously disclosed in the Company's Current Report on form 8-K filed with the SEC on May 13, 2019, in connection with the Chapter 11 Cases and pursuant to a Commitment Letter, dated May 10, 2019, from the lenders party thereto and agreed to by the Company and Bristow Holdings Company Ltd. III (together, the "DIP Borrowers"), an ad hoc group of holders of the 8.75% Senior Secured Notes has agreed to provide the DIP Borrowers with a superpriority senior secured debtor-in-possession credit facility (the "DIP Facility") on the terms set forth in the DIP Facility Term Sheet attached thereto (the "DIP Term Sheet"). The DIP Term Sheet provides that, among other things, the DIP Facility shall be comprised of loans in an aggregate principal amount of $75.0 million. The availability of the DIP Facility is subject to certain conditions and milestone, including approval by the Bankruptcy Court, which has not been obtained at this time.

The Company expects to continue operations in the normal course during the pendency of the Chapter 11 Cases.

The consolidated financial statements included herein have been prepared on a going concern basis of accounting, which contemplates continuity of operations, realization of assets, and satisfaction of liabilities and commitments in the normal course of business. The consolidated financial statements do not include any adjustments that might result from the outcome of substantial doubt as to the Company's ability to continue as a going concern. Our ability to continue as a going concern is also contingent upon our ability to comply with the financial and other covenants contained in the Term Loan Credit Agreement entered into on May 10, 2019 (as previously disclosed in the Company's Current Report on Form 8-K filed with the SEC on May 13, 2019 and our ability to successfully develop and, subject to the Bankruptcy Court's approval, implement the Plan, among other factors.

***Immaterial Corrections to Prior Period Financial Information***

The consolidated balance sheet and consolidated statements of changes in stockholders' investment and redeemable noncontrolling interest reflect immaterial adjustments to the historical balances in retained earnings and accrued wages, benefits and related taxes for the years ended March 31, 2016, 2017 and 2018. We made these adjustments in accordance with GAAP, to reflect additional liability related to a vacation accrual for employees in Norway. The adjustment stems from our initial purchase price accounting for the Bristow Norway acquisition in October 2008 and subsequent accounting for employee vacation liability. We evaluated the materiality of the error from both a quantitative and qualitative perspective and concluded that the error was immaterial to our prior period interim and annual consolidated financial statements. Since the revision was not material to any prior period interim or annual consolidated financial statements, no amendments to previously filed interim or annual periodic reports were required. Consequently, we revised the historical consolidated financial information presented herein. Given the historical nature of the adjustment, we recorded a correction within the consolidated statements of stockholders' investment and redeemable noncontrolling interest to retained earnings for March 31, 2015, 2016, 2017 and 2018 of $4.9 million. Retained earnings as reported was $1,284,442,000 and $1,172,273,000 for March 31, 2015 and 2016, respectively, compared to as adjusted of $1,279,493,000 and $1,167,324,000 for March 31, 2015 and 2016, respectively, after the correction. In addition, below are amounts as reported and as adjusted for each year presented (in thousands):

| | March 31, 2018 | | | March 31, 2017 | | |
|---|---|---|---|---|---|---|
| | As reported | Adjustments | As adjusted | As reported | Adjustments | As adjusted |
| Accrued wages, benefits and related taxes | 62,385 | 4,949 | 67,334 | 59,077 | 4,949 | 64,026 |
| Retained earnings | 793,783 | (4,949) | 788,834 | 991,906 | (4,949) | 986,957 |
| Total Bristow Group stockholders' investment | 1,175,840 | (4,949) | 1,170,891 | 1,289,207 | (4,949) | 1,284,258 |
| Total stockholders' investment | 1,183,093 | (4,949) | 1,178,144 | 1,294,232 | (4,949) | 1,289,283 |

The income statement and cash flow impact of this accrual for the fiscal years ended March 31, 2016, 2017 and 2018 were not corrected as they were considered to be inconsequential to the Company's prior period interim and annual consolidated financial statements.

81

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

### Basis of Presentation

The consolidated financial statements include the accounts of Bristow Group Inc. and its consolidated entities after elimination of all significant intercompany accounts and transactions. Investments in affiliates in which we have a majority voting interest and entities that meet the criteria of Variable Interest Entities ("VIEs") of which we are the primary beneficiary are consolidated. See discussion of VIEs in Note 2. We apply the equity method of accounting for investments in entities if we have the ability to exercise significant influence over an entity that (a) does not meet the variable interest entity criteria or (b) meets the variable interest entity criteria, but for which we are not deemed to be the primary beneficiary. We apply the cost method of accounting for investments in other entities if we do not have the ability to exercise significant influence over the unconsolidated affiliate. These investments in private companies are carried at cost and are adjusted only for capital distributions and other-than-temporary declines in value. Dividends from cost method investments are recognized in earnings from unconsolidated affiliates, net of losses, when paid.

Our fiscal year ends March 31, and we refer to fiscal years based on the end of such period. Therefore, the fiscal year ended March 31, 2018 is referred to as fiscal year 2018.

Certain reclassifications of prior period information have been made to conform to the presentation of the current period information as a result of an adoption of a required accounting standard. In prior period financial statements, we had included employee taxes paid for withheld shares as a cash flow operating activity. During fiscal year 2018, we have reclassified employee taxes paid for withheld shares to be presented as a cash flow financing activity as a result of the adoption of new accounting standards effective April 1, 2017. These reclassifications had no effect on our consolidated statements of operations or our consolidated balance sheet as previously reported.

### Summary of Significant Accounting Policies

*Use of Estimates* - The preparation of financial statements in conformity with U.S. generally accepted accounting principles ("GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenue and expense during the reporting period. Actual results could differ from those estimates. Areas where accounting estimates are made by management include:

- Allowances for doubtful accounts;
- Inventory allowances;
- Property and equipment;
- Goodwill, intangible and other long-lived assets;
- Pension benefits;
- Contingent liabilities; and
- Taxes.

*Cash and Cash Equivalents* - Our cash equivalents include funds invested in highly-liquid debt instruments with original maturities of 90 days or less.

*Accounts Receivable* - Trade and other receivables are stated at net realizable value. We grant short-term credit to our clients, primarily major integrated, national and independent oil and gas companies. We establish allowances for doubtful accounts on a case-by-case basis when a determination is made that the required payment is unlikely to occur. In establishing these allowances, we consider a number of factors, including our historical experience, change in our clients' financial position and restrictions placed on the conversion of local currency into U.S. dollars, as well as disputes with clients regarding the application of contract provisions to our services. Also included in accounts receivable as of March 31, 2018 is $19.8 million for cash collateralization of letters of credit.

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

The following table is a rollforward of the allowance for doubtful accounts from non-affiliates (in thousands):

| | Fiscal Year Ended March 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2016 | |
| Balance - beginning of fiscal year | $ | 4,498 | $ | 5,562 | $ | 859 |
| Additional allowances | | 1,463 | | 575 | | 6,638 |
| Write-offs and collections | | (2,657) | | (1,639) | | (1,935) |
| Balance - end of fiscal year | $ | 3,304 | $ | 4,498 | $ | 5,562 |

During fiscal year 2016, the allowance for doubtful accounts for non-affiliates was increased primarily for amounts due from two clients in Nigeria and one client in Australia for which we no longer believed collection was probable.

As of March 31, 2018 and 2017, there were no allowances for doubtful accounts related to accounts receivable due from affiliates.

*Inventories* - Inventories are stated at the lower of average cost or net realizable value and consist primarily of spare parts. The following table is a rollforward of the allowance related to dormant, obsolete and excess inventory (in thousands):

| | Fiscal Year Ended March 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2016 | |
| Balance - beginning of fiscal year | $ | 21,514 | $ | 27,763 | $ | 45,414 |
| Impairment of inventories | | - | | 7,572 | | 5,439 |
| Additional allowances | | 6,355 | | 1,617 | | 192 |
| Inventory disposed and scrapped | | (3,353) | | (14,635) | | (22,428) |
| Foreign currency effects | | 1,514 | | (803) | | (854) |
| Balance - end of fiscal year | $ | 26,030 | $ | 21,514 | $ | 27,763 |

During fiscal years 2018, 2017 and 2016, we increased our inventory allowance by $6.4 million, $1.6 million and $0.2 million, respectively, as a result of our periodic assessment of inventory that was dormant or obsolete within our operational fleet of aircraft. For discussion of impairment of inventories, see *Loss on Impairment* below. The impairment of inventories is included in loss on impairment and additional allowances are included in direct costs on our consolidated statements of operations.

*Prepaid Expenses and Other Current Assets* - As of March 31, 2018 and 2017, prepaid expenses and other current assets included the short-term portion of contract acquisition and pre-operating costs totaling $10.8 million and $9.7 million, respectively, related to SAR contracts in the U.K. and two client contracts in Norway. These contract acquisition and pre-operating costs are recoverable under the contracts and are being expensed over the terms of the contracts. During fiscal years 2018 and 2017, we expensed $11.4 million and $16.9 million, respectively, due to the start-up of these contracts and the cancellation of a contract in Australia.

*Property and Equipment* - Property and equipment are stated at cost. Property and equipment includes construction in progress, primarily consisting of progress payments on aircraft purchases and facility construction, of $67.7 million and $199.3 million as of March 31, 2018 and 2017, respectively. Interest costs applicable to the construction of qualifying assets are capitalized as a component of the cost of such assets.

Depreciation and amortization are provided using the straight-line method over the estimated useful lives of the assets. The estimated useful lives of aircraft generally range from 5 to 15 years, and the residual value used in calculating depreciation of aircraft generally ranges from 30% to 50% of cost. The estimated useful lives for buildings on owned properties range from 15 to 30 years. Other depreciable assets are depreciated over estimated useful lives ranging from 3 to 15 years, except for leasehold improvements which are depreciated over the lesser of the useful life of the improvement or the lease term (including any period where we have options to renew if it is probable that we will renew the lease). The cost and related accumulated depreciation of assets sold or otherwise disposed of are removed from the accounts and the resulting gains or losses are included in gain (loss) on disposal of assets.

We capitalize betterments and improvements to our aircraft and depreciate such costs over the remaining useful lives of the aircraft. Betterments and improvements increase the life or utility of an aircraft.

For further details on property and equipment, see Note 3.

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

*Goodwill* - Goodwill is recorded when the cost of acquired businesses exceeds the fair value of the identifiable net assets acquired. Goodwill has an indefinite useful life and is not amortized, but is assessed for impairment annually or when events or changes in circumstances indicate that a potential impairment exists.

Goodwill of $19.9 million and $19.8 million as of March 31, 2018 and 2017, respectively, related to our reporting units were as follows (in thousands):

| | Europe Caspian | Asia Pacific | Total |
|---|---|---|---|
| March 31, 2016 | $ 10,026 | $ 19,964 | $ 29,990 |
| Foreign currency translation | (1,320) | (166) | (1,486) |
| Impairments | (8,706) | - | (8,706) |
| March 31, 2017 | - | 19,798 | 19,798 |
| Foreign currency translation | - | 109 | 109 |
| March 31, 2018 | $ - | $ 19,907 | $ 19,907 |

Accumulated goodwill impairment of $50.9 million as of both March 31, 2018 and 2017 related to our reporting units as follows (in thousands):

| | Europe Caspian | Africa | Americas | Corporate and other | Total |
|---|---|---|---|---|---|
| March 31, 2016 | $ (25,177) | $ (6,179) | $ (576) | $ (10,223) | $ (42,155) |
| Impairments | (8,706) | - | - | - | (8,706) |
| March 31, 2017 | (33,883) | (6,179) | (576) | (10,223) | (50,861) |
| Impairments | - | - | - | - | - |
| March 31, 2018 | $ (33,883) | $ (6,179) | $ (576) | $ (10,223) | $ (50,861) |

For further discussion of impairment of goodwill, see *Loss on Impairment* below.

84

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

*Other Intangible Assets* - Intangible assets with finite useful lives are amortized over their respective estimated useful lives to their estimated residual values. Intangible assets by type were as follows (in thousands):

| | Client contracts | | Client relationships | | Trade name and trademarks | | Internally developed software | | Licenses | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Gross Carrying Amount** | | | | | | | | | | | | |
| March 31, 2016 | $ | 8,170 | $ | 12,779 | $ | 5,008 | $ | 1,149 | $ | 752 | $ | 27,858 |
| Foreign currency translation | | (1) | | (27) | | (525) | | (87) | | (6) | | (646) |
| March 31, 2017 | | 8,169 | | 12,752 | | 4,483 | | 1,062 | | 746 | | 27,212 |
| Foreign currency translation | | - | | 25 | | 395 | | 45 | | 9 | | 474 |
| March 31, 2018 | $ | 8,169 | $ | 12,777 | $ | 4,878 | $ | 1,107 | $ | 755 | $ | 27,686 |
| | **Accumulated Amortization** | | | | | | | | | | | | |
| March 31, 2016 | $ | (8,062) | $ | (10,600) | $ | (636) | $ | (480) | $ | (601) | $ | (20,379) |
| Amortization expense | | (93) | | (471) | | (272) | | (205) | | (56) | | (1,097) |
| March 31, 2017 | | (8,155) | | (11,071) | | (908) | | (685) | | (657) | | (21,476) |
| Amortization expense | | (14) | | (301) | | (305) | | (230) | | (62) | | (912) |
| March 31, 2018 | $ | (8,169) | $ | (11,372) | $ | (1,213) | $ | (915) | $ | (719) | $ | (22,388) |
| Weighted average remaining contractual life, in years | | 0.0 | | 4.7 | | 12.0 | | 0.8 | | 0.6 | | 5.8 |

Future amortization expense of intangible assets for each of the fiscal years ending March 31 are as follows (in thousands):

| | | |
|---|---|---|
| 2019 | $ | 780 |
| 2020 | | 476 |
| 2021 | | 476 |
| 2022 | | 476 |
| 2023 | | 477 |
| Thereafter | | 2,613 |
| | $ | 5,298 |

The Bristow Norway and Eastern Airways International Limited ("Eastern Airways") acquisitions, completed in October 2008 and February 2014, respectively, included in our Europe Caspian region, resulted in intangible assets for client contracts, client relationships, trade names and trademarks, internally developed software and licenses. The Capiteq Limited, operating under the name Airnorth, acquisition completed in January 2015, included in our Asia Pacific region, resulted in intangible assets for client contracts, client relationships and trade name and trademarks. For discussion of impairment of long-lived assets, including purchased intangibles subject to amortization, see *Loss on Impairment* below.

*Other Assets* - In addition to the intangible assets discussed above, other assets primarily include deferred tax assets of $42.6 million and $34.8 million as of March 31, 2018 and 2017, respectively, and the long-term portion of contract acquisition and pre-operating costs totaling $50.6 million and $51.1 million as of March 31, 2018 and 2017, respectively, related to SAR contracts in the U.K. and two client contracts in Norway, which are recoverable under the contracts and are being expensed over the life of the contracts.

*Contingent Liabilities* - We establish reserves for estimated loss contingencies when we believe a loss is probable and the amount of the loss can be reasonably estimated. Our contingent liability reserves relate primarily to potential tax assessments, litigation, personal injury claims and environmental liabilities. Results for each reporting period include revisions to contingent liability reserves resulting from different facts or information which becomes known or circumstances which change and affect our previous assumptions with respect to the likelihood or amount of loss. Such revisions are based on information which becomes known or circumstances that change after the reporting date for the previous period through the reporting date of the current period. Reserves for contingent liabilities are based upon our assumptions and estimates regarding the probable outcome of the matter. Should the outcome differ from our assumptions and estimates or other events result in a material adjustment to the accrued estimated reserves, revisions to the estimated reserves for contingent liabilities would be required to be recognized. Legal costs are expensed as incurred.

**Table of Contents**

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

Proceeds from casualty insurance settlements in excess of the carrying value of damaged assets are recognized in gain (loss) on disposal of assets when we have received proof of loss documentation or are otherwise assured of collection of these amounts.

Some of our acquisitions include a provision that provides for additional consideration to be paid to the sellers of the acquired company based on the achievement of specified performance thresholds. In such cases, we record the obligations to pay those amounts at fair value at the acquisition date and include such obligations in the consideration transferred. We assess the estimated fair value of the contractual obligation to pay the contingent consideration on a quarterly basis and any changes in estimated fair value are recorded as accretion expense included in depreciation and amortization on our consolidated statements of operations. In other cases, additional consideration is based on the achievement of performance thresholds and continued employment with the Company. In these cases, we record such amounts in general and administrative expense when such additional consideration is earned.

***Loss on Impairment***

Loss on impairment includes the following (in thousands):

|  | Fiscal Year Ended March 31, | | | | | |
|---|---|---|---|---|---|---|
|  | **2018** | | **2017** | | **2016** | |
| Impairment of inventories | $ | 5,717 | $ | 7,572 | $ | 5,439 |
| Impairment of investment in unconsolidated affiliates |  | 85,683 |  | - |  | - |
| Impairment of goodwill |  | - |  | 8,706 |  | 41,579 |
| Impairment of other long-lived assets |  | - |  | - |  | 8,086 |
|  | $ | 91,400 | $ | 16,278 | $ | 55,104 |

For details on our analysis of impairment of inventories, investment in unconsolidated affiliates, goodwill and other long-lived assets, see discussion below.

*Inventories* - During fiscal years 2018, 2017 and 2016, we recorded impairment charges of $5.7 million, $7.6 million and $5.4 million, respectively, to write-down certain spare parts within inventories to market value. The impairment charges in fiscal year 2018 were recorded to impair inventory used in our training fleet at Bristow Academy, Inc. ("Bristow Academy") ($1.2 million) and our fixed wing operations at Eastern Airways ($4.5 million) as a result of changes in expected future utilization of aircraft within those operations. These charges were recorded as a direct reduction in the value of spare parts inventories to record them at net realizable value. The impairment charges in fiscal year 2017 were recorded primarily due to a change in estimate of consumption of inventory and the continued decline in the secondary market for inventory resulting from our decision to cease operation of certain older model aircraft within our fleet in fiscal year 2017. The impairment charges in fiscal year 2016 related primarily to spare parts held for a large aircraft model where we decided to accelerate removal from our fleet by the end of fiscal year 2016. As we had intended to operate these model types longer in certain markets, we identified excess inventory that would not be used on our aircraft and therefore needed to be sold or otherwise disposed of. The charges recorded in fiscal years 2017 and 2016 were recorded as additional allowances required against spare parts supporting the specific aircraft model types.

*Investment in Unconsolidated Affiliates* - We perform regular reviews of each investee's financial condition, the business outlook for its products and services, and its present and projected results and cash flows. When an investee has experienced consistent declines in financial performance or difficulties raising capital to continue operations, and when we expect the decline to be other-than-temporary, the investment is written down to fair value. Actual results may vary from estimates due to the uncertainty regarding the projected financial performance of investees, the severity and expected duration of declines in value, and the available liquidity in the capital markets to support the continuing operations of the investees in which we have investments. In fiscal year 2018, we recorded an $85.7 million impairment to our investment in Líder Táxi Aéreo S.A. ("Líder") in our Americas region. For further details, see below. We did not recognize any impairment charges related to our investments in unconsolidated affiliates in fiscal years 2017 and 2016.

We own an approximate 20% voting interest and a 41.9% economic interest in Líder, a provider of helicopter and executive aviation services in Brazil. Líder's management has significantly decreased their future financial projections as a result of recent tender awards announced by their largest client, Petrobras. This significant decline in future forecasted results, coupled with previous declining financial results, triggered our review of the investment for potential other-than-temporary impairment as of March 31, 2018.

86

**Table of Contents**

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

We estimated the fair value of our investment in Líder using a variety of valuation methods, including the income and market approaches. The determination of estimated fair value required us to use significant unobservable inputs, representative of a Level 3 fair value measurement, including assumptions related to the future performance of the investment, such as projected demand for services and rates.

The income approach was based on a discounted cash flow model, which utilized present values of cash flows to estimate fair value. The future cash flows were projected based on estimates of future rates for services, utilization, operating costs, capital requirements, growth rates and terminal values. Forecasted rates and utilization take into account current market conditions and our anticipated business outlook, both of which have been impacted by the adverse changes in the offshore energy business environment from the current downturn. Operating costs were forecasted using a combination of historical average operating costs and expected future costs, including ongoing cost reduction initiatives. Capital requirements in the discounted cash flow model were based on management's estimates of future capital costs resulting from expected market demand in future periods. The estimated capital requirements included cash outflows for new aircraft, infrastructure and improvements. A terminal period was used to reflect our estimate of stable, perpetual growth. The future cash flows were discounted using a market-participant risk-adjusted weighted average cost of capital ("WACC"). These assumptions were derived from unobservable inputs and reflect management's judgments and assumptions.

The market approach was based upon the application of price-to-earnings multiples to management's estimates of future earnings. Management's earnings estimates were derived from unobservable inputs that require significant estimates, judgments and assumptions as described in the income approach.

For purposes of the Líder impairment test, we calculated the estimated fair value as the weighted average of the values calculated under the income approach and the market approach.

*Goodwill* - As discussed above, we test goodwill for impairment on an annual basis or when events or changes in circumstances indicate that a potential impairment exists. For the purposes of performing an analysis of goodwill, we evaluate whether there are reporting units below the reporting segment we disclose for segment reporting purposes by assessing whether our regional management typically reviews results and whether discrete financial information exists at a lower level.

During the three months ended September 30, 2015, we noted rapid and significant declines in the market value of our common stock and an overall reduction in expected operating results resulting from the downturn in the oil and gas industry due to reduced crude oil prices. The impact on our results was reflected in an increase in the number of idle aircraft and reduction in forecasted results across our global oil and gas helicopter operations, and was reflected in reduced operating revenue for our business for the three months ended September 30, 2015, when excluding growth from the U.K. SAR contract and the addition of Airnorth. Based on these factors, we concluded that the fair value of our goodwill could have fallen below its carrying value and that an interim period analysis of goodwill was required.

We performed our analysis of goodwill for the following reporting units as of September 30, 2015, with goodwill as reflected below prior to any impairment recorded:

•Bristow Norway, within our Europe Caspian region, which included $12.1 million of goodwill;

•Eastern Airways, within our Europe Caspian region, which included $24.6 million of goodwill;

 •Airnorth, within our Asia Pacific region, which included $21.9 million of goodwill;

•Our Africa region, which included $5.9 million of goodwill; and

•Bristow Academy, within Corporate and other, which included $10.2 million of goodwill.

We performed the interim impairment test of goodwill across the reporting units discussed above, noting that the estimated fair values of Eastern Airways, Airnorth and our Africa region exceeded the carrying values. The estimated fair values of Bristow Norway and Bristow Academy were below their carrying values, resulting in an impairment of all of the goodwill for those reporting units of $22.3 million reflected in loss on impairment in our statement of operations during fiscal year 2016. We updated the impairment analysis as of March 31, 2016 for the Eastern Airways, Airnorth and our Africa region. The estimated fair value of Airnorth exceeded the carrying value. The estimated fair value of Eastern Airways and our Africa region was below the carrying value, resulting in an impairment of a portion of the goodwill for Eastern Airways of $13.1 million and all of the goodwill for Africa of $6.2 million reflected in our loss on impairment in our statement of operations during fiscal year 2016.

87

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

During the three months ended December 31, 2016, we noted an overall reduction in expected operating results for Eastern Airways from the continued downturn in the oil and gas market and performed an interim impairment test of goodwill for Eastern Airways. Based on this factor, we concluded that the fair value of our goodwill could have fallen below its carrying value and that an interim period analysis of goodwill was required.

We performed the interim impairment test of goodwill for Eastern Airways as of December 31, 2016, noting that the estimated fair value of Eastern Airways was below its carrying value, resulting in an impairment of all of the remaining goodwill related to Eastern Airways and a loss of $8.7 million reflected in loss on impairment in our statement of operations for fiscal year 2017.

The only remaining goodwill recorded as of March 31, 2018 relates to Airnorth within our Asia Pacific region. We did not have any triggering events to test Airnorth for impairment during fiscal years 2018 or 2017.

We estimated the implied fair value of the reporting units using a variety of valuation methods, including the income and market approaches. The determination of estimated fair value required us to use significant unobservable inputs, representative of a Level 3 fair value measurement, including assumptions related to the future performance of the reporting units, such as projected demand for our services and rates.

The income approach was based on a discounted cash flow model, which utilized present values of cash flows to estimate fair value. The future cash flows were projected based on our estimates of future rates for our services, utilization, operating costs, capital requirements, growth rates and terminal values. Forecasted rates and utilization take into account current market conditions and our anticipated business outlook, both of which have been impacted by the adverse changes in the offshore energy business environment from the current downturn. Operating costs were forecasted using a combination of our historical average operating costs and expected future costs, including ongoing cost reduction initiatives. Capital requirements in the discounted cash flow model were based on management's estimates of future capital costs resulting from expected market demand in future periods. The estimated capital requirements included cash outflows for new aircraft, infrastructure and improvements. A terminal period was used to reflect our estimate of stable, perpetual growth. The future cash flows were discounted using a market-participant risk-adjusted WACC for each of the reporting units individually and in the aggregate. These assumptions were derived from unobservable inputs and reflect management's judgments and assumptions.

The market approach was based upon the application of price-to-earnings multiples to management's estimates of future earnings adjusted for a control premium. Management's earnings estimates were derived from unobservable inputs that require significant estimates, judgments and assumptions as described in the income approach.

For purposes of the goodwill impairment test, we calculated the reporting units' estimated fair value as the average of the values calculated under the income approach and the market approach.

During fiscal year 2016, we evaluated the estimated fair value of our reporting units compared to our market capitalization. The aggregate fair values of our reporting units exceeded our market capitalization, and we believe the resulting implied control premium was reasonable based on recent market transactions within our industry or other relevant benchmark data. During fiscal years 2018 and 2017, this calculation was not performed because the reporting unit with goodwill did not represent a significant portion of our business.

The estimates used to determine the fair value of the reporting units discussed above reflect management's best estimates, and we believe they are reasonable. Future declines in the reporting units' operating performance or our anticipated business outlook may reduce the estimated fair value of these reporting units and result in additional impairments. Factors that could have a negative impact on the fair value include, but are not limited to:

- decreases in estimated rates and utilization due to greater-than-expected market pressures, downtime and other risks associated with offshore energy operations;

- sustained declines in our common stock price;

- decreases in revenue due to our inability to attract and retain skilled personnel;

- changes in worldwide offshore energy transportation supply and demand, competition or technology;

- changes in future levels of drilling activity and expenditures, whether as a result of global capital markets and liquidity, prices of oil and natural gas or otherwise, which may cause our clients to further reduce offshore production and drilling activities;

88

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

- possible cancellation or suspension of contracts as a result of mechanical difficulties, performance or other reasons;

- inability to manage costs during the current downturn and in future periods;

- increases in the market-participant risk-adjusted WACC; and

    •declines in anticipated growth rates.

Adverse changes in one or more of these factors could result in additional goodwill impairment in future periods.

*Other Long-lived Assets* - Long-lived assets, such as property and equipment, and purchased intangibles subject to amortization, are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. If the carrying amount of an asset group to be held and used exceeds its estimated future cash flows, an impairment charge is recognized in the amount by which the carrying amount of the asset group exceeds the fair value of the asset group. See discussion of impairment of assets held for sale and property and equipment in Note 3. During fiscal year 2016, we recorded an impairment of our Eastern Airways purchased intangibles in our Europe Caspian region of $8.1 million related to our client relationships. In fiscal year 2016, we noted an overall reduction in expected operating results for Eastern Airways from the continued downturn in the oil and gas market and performed impairment tests of intangibles for Eastern Airways. The fair value of Eastern Airways intangibles was estimated using the income approach. The income approach indicates value for a subject asset based on the present value of cash flows projected to be generated by the asset. Projected cash flows are discounted at a required market rate of return that reflects the relative risk of achieving the cash flows and the time value of money.

*Other Accrued Liabilities* - Other accrued liabilities of $66.0 million and $46.7 million as of March 31, 2018 and 2017, respectively, includes the following (in thousands):

|  | March 31, | |
| --- | --- | --- |
|  | **2018** | **2017** |
| Accrued lease costs | $ 11,708 | $ 5,601 |
| Deferred OEM cost recovery (1) | 8,082 | - |
| Eastern overdraft liability | 8,989 | 5,829 |
| Accrued property and equipment | 4,874 | 3,546 |
| Deferred gain on sale leasebacks | 1,305 | 1,655 |
| Other operating accruals | 31,020 | 30,048 |
|  | $ 65,978 | $ 46,679 |

_____

(1)    See Note 3 for further details on deferred original equipment manufacturer ("OEM") cost recovery.

*Deferred Sale Leaseback Advance* - During fiscal year 2014, we received payment of approximately $106.1 million for progress payments we had made on seven aircraft under construction, and we assigned any future payments due on these construction agreements to the purchaser. As we had the obligation and intent to lease the aircraft back from the purchaser upon completion, we recorded a liability equal to the cash received and additional payments made by the purchaser totaling $147.4 million, with a corresponding increase to construction in progress. During fiscal year 2015, we took delivery and entered into leases for five of the aircraft and removed a total of $183.7 million and $182.6 million from construction in progress and deferred sale leaseback advance, respectively, on our consolidated balance sheet. During fiscal year 2016, we took delivery and entered into leases for the remaining two aircraft and removed a total of $75.8 million and $74.3 million from construction in progress and deferred sale leaseback advance, respectively, on our consolidated balance sheet. As of March 31, 2016, the construction in progress and deferred sale leaseback advance liability related to these deferred sale leaseback transactions were removed from our consolidated balance sheet.

*Revenue Recognition* - In general, we recognize revenue when it is both realized or realizable and earned. We consider revenue to be realized or realizable and earned when the following conditions exist: there is persuasive evidence of an arrangement (generally a client contract exists); the services or products have been performed or delivered to the client; the sales price is fixed or determinable; and collection has occurred or is probable.

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

Revenue from helicopter services, including SAR services, is recognized based on contractual rates as the related services are performed. The charges under these contracts are generally based on a two-tier rate structure consisting of a daily or monthly fixed fee plus additional fees for each hour flown. These contracts are for varying periods and generally permit the client to cancel the contract before the end of the term. We also provide services to clients on an "ad hoc" basis, which usually entails a shorter contract notice period and duration. The charges for ad hoc services are based on an hourly rate or a daily or monthly fixed fee plus additional fees for each hour flown. In order to offset potential increases in operating costs, our long-term contracts may provide for periodic increases in the contractual rates charged for our services. We recognize the impact of these rate increases when the criteria outlined above have been met. This generally includes written recognition from the clients that they are in agreement with the amount of the rate escalation. Cost reimbursements from clients are recorded as reimbursable revenue with the related reimbursed costs recorded as reimbursable expense on our consolidated statements of operations.

Eastern Airways and Airnorth primarily earn revenue through charter and scheduled airline services and provision of airport services (Eastern Airways only). Both chartered and scheduled airline service revenue is recognized net of passenger taxes and discounts. Revenue is recognized at the earlier of the period in which the service is provided or the period in which the right to travel expires, which is determined by the terms and conditions of the ticket. Ticket sales are recorded within deferred revenue in accordance with the above policy. Airport services revenue is recognized when earned.

Prior to the sale on November 1, 2017, Bristow Academy, our helicopter training unit, primarily earned revenue from military training, flight training provided to individual students and ground school courses. We recognized revenue from these sources using the same revenue recognition principles described above as services were provided. We consider revenue to be realized or realizable and earned when the following conditions exist: there is persuasive evidence of an arrangement (generally a contract exists); the services have been performed or delivered to the client or student; the sales price is fixed and determinable; and collection has occurred or is probable.

*Pension Benefits* - See Note 9 for a discussion of our accounting for pension benefits.

*Maintenance and Repairs* - We generally charge maintenance and repair costs, including major aircraft component overhaul costs, to earnings as the costs are incurred. However, certain major aircraft components, such as engines and transmissions, are maintained by third-party vendors under contractual agreements also referred to as power-by-the hour maintenance agreements. Under these agreements, we are charged an agreed amount per hour of flying time related to maintenance, repair and overhaul of the parts and components covered. The costs charged under these contractual agreements are recognized in the period in which the flight hours occur. To the extent that we have not yet been billed for costs incurred under these arrangements, these costs are included in accrued maintenance and repairs on our consolidated balance sheets. From time to time, we receive credits from our original equipment manufacturers as settlement for additional labor and maintenance expense costs incurred for aircraft performance issues. We record these credits as a reduction in maintenance expense when the credits are utilized in lieu of cash payments for purchases or services. The cost of certain major overhauls on owned fixed-wing aircraft operated by Eastern Airways and Airnorth are capitalized when incurred and depreciated over the period until the next expected major overhaul. The cost of major overhauls on leased fixed-wing aircraft operated by Eastern Airways and Airnorth are charged to maintenance and repair costs when incurred.

*Taxes* - We follow the liability method of accounting for income taxes. Under this method, deferred income tax assets and liabilities are determined based upon temporary differences between the carrying amount and tax basis of our assets and liabilities and measured using enacted tax rates and laws that will be in effect when the differences are expected to reverse. The effect on deferred income tax assets and liabilities of a change in the tax rates is recognized in income in the period in which the change occurs. We record a valuation reserve when we believe that it is more likely than not that any deferred income tax asset created will not be realized.

In assessing the realizability of deferred income tax assets, management considers whether it is more-likely-than-not that some portion or all of the deferred income tax assets will not be realized. The ultimate realization of deferred income tax assets is dependent upon the generation of future taxable income during the periods in which such temporary differences become deductible.

We recognize tax benefits attributable to uncertain tax positions when it is more-likely-than-not that a tax position will be sustained upon examination by the authorities. The benefit from a position that has surpassed the more-likely-than-not threshold is the largest amount of benefit that is more than 50% likely to be realized upon settlement. We recognize interest and penalties accrued related to unrecognized tax benefits as a component of benefit (provision) for income taxes in our statement of operations.

90

Table of Contents

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

*Foreign Currency* - In preparing our financial statements, we must convert all non-U.S. dollar currencies to U.S. dollars. Balance sheet information is presented based on the exchange rate as of the balance sheet date, and statement of operations information is presented based on the average exchange rate for the period. The various components of stockholders' investment are presented at their historical average exchange rates. The resulting difference after applying the different exchange rates is the currency translation adjustment, which is reported in stockholders' investment as accumulated other comprehensive gains or losses. Foreign currency transaction gains and losses are recorded in other income (expense), net in our statement of operations and result from the effect of changes in exchange rates on transactions denominated in currencies other than a company's functional currency, including transactions between consolidated companies. An exception is made where an intercompany loan or advance is deemed to be of a long-term investment nature, in which instance foreign currency transaction gains or losses are included as currency translation adjustments and are reported in stockholders' investment as accumulated other comprehensive gains or losses. Changes in exchange rates could cause significant changes in our financial position and results of operations in the future.

As a result of changes in exchange rates, we recorded foreign currency transaction losses of approximately $2.6 million, $2.9 million and $4.3 million during fiscal years 2018, 2017 and 2016, respectively. Our earnings from unconsolidated affiliates, net of losses, are also affected by the impact of changes in foreign currency exchange rates on the reported results of our unconsolidated affiliates. During fiscal years 2018, 2017 and 2016, earnings from unconsolidated affiliates, net of losses, decreased by $2.0 million, $3.2 million and $22.4 million, respectively, as a result of the impact of changes in foreign currency exchange rates on the earnings of our unconsolidated affiliates, primarily the impact of changes in the Brazilian real to U.S. dollar exchange rate on earnings for our affiliate in Brazil. See further discussion of foreign exchange risks and controls under Item 7A. "Quantitative and Qualitative Disclosures about Market Risk" included elsewhere in this Annual Report.

*Derivative Financial Instruments* - See Note 6 for a discussion of our accounting for derivative financial instruments.

*Incentive Compensation* - See Note 9 for a discussion of our accounting for incentive compensation arrangements.

*Interest Income (Expense), Net* - During fiscal years 2018, 2017 and 2016, interest expense, net consisted of the following (in thousands):

| | Fiscal Year Ended March 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2016 | |
| Interest income | $ | 677 | $ | 943 | $ | 1,058 |
| Interest expense | | (77,737) | | (50,862) | | (35,186) |
| Interest expense, net | $ | (77,060) | $ | (49,919) | $ | (34,128) |

*Other Income (Expense), Net* - The amounts for fiscal years 2018, 2017 and 2016 primarily include the foreign currency transaction gains and losses described under "Foreign Currency" above.

*Accretion of Redeemable Noncontrolling Interest* - Accretion of redeemable noncontrolling interest of $1.5 million for fiscal year 2016 related to put arrangements whereby the noncontrolling interest holders could require us to redeem the remaining shares of Airnorth (prior to repurchasing the remaining 15% of the outstanding shares in November 2015 discussed in Note 2) and Eastern Airways (prior to repurchasing the remaining 40% of the outstanding shares in January 2018 discussed Note 2) at a formula-based amount that is not considered fair value (the "redemption amount"). No accretion of redeemable noncontrolling interest was recorded in fiscal years 2018 or 2017. Redeemable noncontrolling interest was adjusted each period for comprehensive income, dividends attributable to the noncontrolling interest and changes in ownership interest, if any, such that the noncontrolling interest represented the proportionate share of Airnorth's and Eastern Airways' equity (the "carrying value"). Additionally, at each period end we were required to compare the redemption amount to the carrying value of the redeemable noncontrolling interest and record the redeemable noncontrolling interest at the higher of the two amounts, with a corresponding charge or credit directly to retained earnings. While this charge or credit did not impact net income (loss), it did result in a reduction or increase of income (loss) available to common shareholders in the calculation of earnings (loss) per share. In November 2015, we purchased the remaining 15% of the outstanding shares of Airnorth for A$7.3 million ($5.3 million) resulting in a reduction of $5.5 million to redeemable noncontrolling interest and an increase of $2.6 million to additional paid-in capital on our consolidated balance sheet. In January 2018, we acquired the remaining 40% of the outstanding shares of Eastern Airways for nominal consideration, resulting in a reduction of $6.1 million to redeemable noncontrolling interest and a corresponding increase to additional paid-in capital on our consolidated balance sheet.

91

**Table of Contents**

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

*Recent Accounting Pronouncements*

We consider the applicability and impact of all accounting standard updates ("ASUs"). ASUs not listed below were assessed and determined to be either not applicable or are expected to have minimal impact on our consolidated financial position or results of operations.

In May 2014, the Financial Accounting Standards Board (the "FASB") issued accounting guidance on revenue recognition for revenue from contracts with customers. The core principle of the new standard is to recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration the entity expects to be entitled to in exchange for those goods or services through a five-step model. The new standard also requires enhanced disclosures regarding the nature, amount, timing, and uncertainty of revenue and the related cash flows arising from contracts with customers. This new standard is effective for the Company beginning on April 1, 2018. The standard is required to be adopted using either the full retrospective approach, with all prior periods presented adjusted, or the modified retrospective approach, with a cumulative adjustment to retained earnings on the balance sheet. We adopted this standard on April 1, 2018, utilizing the modified retrospective method. Under the modified retrospective method of adoption, prior year reported results are not recast; however, a cumulative-effect adjustment to retained earnings at April 1, 2018 is recorded, if applicable. In addition, quarterly disclosures will include comparative information for fiscal year 2018 financial statement line items under current guidance. To the extent applicable, upon adoption, we may be required to comply with expanded disclosure requirements, including the disaggregation of revenues to depict the nature and uncertainty of types of revenues, contract assets and liabilities, performance obligations, significant judgments and estimates affecting the amount and timing of revenue recognition, and determination of transaction prices. The adoption of this guidance did not result in a cumulative-effect adjustment on April 1, 2018.

In November 2015, the FASB issued accounting guidance that changed how deferred taxes are classified on an entity's balance sheet. The accounting guidance requires that all deferred tax assets and liabilities, along with any related valuation allowance, be classified as noncurrent on the balance sheet. The new guidance is effective for fiscal years, and interim periods within those years, beginning after December 15, 2016 and early adoption is permitted. The guidance may be applied either prospectively, for all deferred tax assets and liabilities, or retrospectively. If applied prospectively, entities are required to include a statement that prior periods were not retrospectively adjusted. If applied retrospectively, entities are also required to include quantitative information about the effects of the change on prior periods. We adopted this accounting guidance using the prospective adjustment option effective April 1, 2017 and prior periods were not retrospectively adjusted. As of March 31, 2017, we had $0.1 million in current deferred taxes and $0.8 million in current deferred liabilities that were reclassified to noncurrent upon adoption of this accounting guidance.

In February 2016, the FASB issued accounting guidance which amends the existing accounting standards for lease accounting, including requiring lessees to recognize most leases on their balance sheets and making targeted changes to lessor accounting. This accounting guidance is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, with early adoption permitted. Additionally, this accounting guidance requires a modified retrospective transition approach for all leases existing at, or entered into after the date of initial application, with an option to use certain transition relief. We have not yet adopted this standard and are currently evaluating the effect this standard will have on our financial statements.

In March 2016, the FASB issued accounting guidance related to accounting for employee share-based payments. The accounting guidance is intended to simplify several aspects of accounting for share-based payment award transactions including income tax consequences, classification of awards as either equity or liabilities and classification on the statements of cash flows. This accounting guidance is effective for fiscal years, and interim periods within those years, beginning after December 15, 2016 and early adoption is permitted. We adopted this standard effective April 1, 2017. The requirements related to the tax consequences of share-based payments were applied prospectively and resulted in $1.8 million recorded as an increase to the income tax provision during fiscal year 2018. We elected to record forfeitures of share-based awards based on actual forfeitures, which did not have a material effect on our financial statements. The provisions related to the presentation of excess tax benefits on the statements of cash flows did not impact our financial statements as there was no excess tax benefit recorded for the periods presented. The provisions related to presenting employee taxes paid for withheld shares as a cash flow financing activity required us to revise our prior period consolidated statement of cash flows by $0.8 million and $2.2 million with a decrease in net cash used in operating activities and a corresponding decrease in net cash provided by financing activities for fiscal years 2017 and 2016, respectively. None of the other provisions of the pronouncement had a material effect on our financial statements.

**Table of Contents**

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

In October 2016, the FASB issued accounting guidance related to current and deferred income taxes for intra-entity transfer of assets other than inventory. This accounting guidance requires an entity to recognize the income tax consequences of an intra-entity transfer of an asset other than inventory when the transfer occurs and eliminates the exception for an intra-entity transfer of assets other than inventory. This accounting guidance is effective for fiscal years, and interim periods within those years, beginning after December 15, 2017, and early adoption is permitted. We have not yet adopted this accounting guidance and are currently evaluating the effect this accounting guidance will have on our financial statements.

In January 2017, the FASB issued accounting guidance which clarifies the definition of a business with the objective of adding guidance to assist in evaluating whether transactions should be accounted for as acquisitions of assets or businesses. The amendment provides criteria for determining when a transaction involves the acquisition of a business. If substantially all of the fair value of the gross assets acquired is concentrated in a single identifiable asset or a group of similar identifiable assets, then the transaction does not involve the acquisition of a business. If the criteria are not met, then the amendment requires that to be considered a business, the operation must include at a minimum an input and a substantive process that together significantly contribute to the ability to create an output. The guidance may reduce the number of transactions accounted for as business acquisitions. This accounting guidance is effective for fiscal years, and interim periods within those years, beginning after December 15, 2017, and early adoption is permitted. The amendments should be applied prospectively, and no disclosures are required at the effective date. We have not yet adopted this accounting guidance.

In March 2017, the FASB issued accounting guidance related to the presentation of net periodic pension cost and net periodic postretirement benefit cost. The accounting guidance requires employers to disaggregate the service cost component from the other components of net benefit cost and disclose the amount of net benefit cost that is included in the statement of operations or capitalized in assets, by line item. The accounting guidance requires employers to report the service cost component in the same line item(s) as other compensation costs and to report other pension-related costs (which include interest costs, amortization of pension-related costs from prior periods, and the gains or losses on plan assets) separately and exclude them from the subtotal of operating income. The accounting guidance also allows only the service cost component to be eligible for capitalization when applicable. This accounting guidance is effective for fiscal years, and interim periods within those years, beginning after December 15, 2017, and early adoption is permitted as of the first interim period of an annual period for which interim or annual financial statements have not been issued. The accounting guidance requires application on a retrospective basis for the presentation of the service cost component and the other components of net periodic pension cost and net periodic postretirement benefit cost in the statement of operations and on a prospective basis for the capitalization of the service cost component of net periodic pension cost and net periodic postretirement benefit in assets. We have not yet adopted this accounting guidance and are currently evaluating the effect this accounting guidance will have on our financial statements.

In May 2017, the FASB issued accounting guidance on determining which changes to the terms or conditions of share-based payment awards require an entity to apply modification accounting. This pronouncement is effective for fiscal years, and for interim periods within those years, beginning after December 15, 2017, with early adoption permitted, and is applied prospectively to changes in terms or conditions of awards occurring on or after the adoption date. We have not yet adopted this accounting guidance and are currently evaluating the effect this accounting guidance will have on our financial statements.

In August 2017, the FASB issued new accounting guidance on derivatives and hedging, which amends and simplifies existing guidance in order to allow companies to more accurately present the economic effects of risk management activities in the financial statements. The two primary benefits resulting from these changes include the removal of the requirement to separately measure and report ineffectiveness and the ability to perform ongoing effectiveness assessments on a qualitative basis. This accounting guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2018, with earlier adoption permitted. We adopted this accounting guidance in fiscal year 2018. Since there were no active hedge accounting relationships as of the adoption date, there were no adjusting entries required to adjust on a modified retrospective basis.

93

**Table of Contents**

**BRISTOW GROUP INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**

In February 2018, the FASB issued new accounting guidance on income statement reporting of comprehensive income, specifically pertaining to reclassification of certain tax effects from accumulated other comprehensive income. This pronouncement is effective for fiscal years, and for interim periods within those years, beginning after December 15, 2018, with early adoption permitted, and is applied prospectively to changes in terms or conditions of awards occurring on or after the adoption date. We have not yet adopted this accounting guidance and are currently evaluating the effect this accounting guidance will have on our financial statements.

In March 2018, the FASB issued new accounting guidance to expand income tax accounting and disclosure guidance on accounting for the income tax effects of tax legislation commonly known as the Tax Cuts and Jobs Act (the "Act") and among other things allows for a measurement period not to exceed one year for companies to finalize the provisional amounts recorded. We adopted this accounting guidance in fiscal year 2018. See Note 8 for further details.

**Note 2 - VARIABLE INTEREST ENTITIES AND OTHER INVESTMENTS IN SIGNIFICANT AFFILIATES**

*VIEs*

A VIE is an entity that either (i) has insufficient equity to permit the entity to finance its activities without additional subordinated financial support or (ii) has equity investors who lack the characteristics of a controlling financial interest. A VIE is consolidated by its primary beneficiary. The primary beneficiary has both the power to direct the activities that most significantly impact the entity's economic performance and the obligation to absorb losses or the right to receive benefits from the entity that could potentially be significant to the VIE. If we determine that we have operating power and the obligation to absorb losses or receive benefits, we consolidate the VIE as the primary beneficiary, and if not, we do not consolidate.

As of March 31, 2018, we had interests in four VIEs of which we are the primary beneficiary, which are described below, and had no interests in VIEs of which we are not the primary beneficiary.

*Bristow Aviation Holdings Limited* - We own 49% of Bristow Aviation Holdings Limited's ("Bristow Aviation") common stock and a significant amount of its subordinated debt. Bristow Aviation is incorporated in England and holds all of the outstanding shares in Bristow Helicopters Limited ("Bristow Helicopters"). Bristow Aviation's subsidiaries provide industrial aviation services to clients primarily in the U.K, Norway, Australia, Nigeria and Trinidad and fixed wing services primarily in the U.K and Australia. Bristow Aviation is organized with three different classes of ordinary shares having disproportionate voting rights. The Company, Caledonia Investments plc ("Caledonia") and a European Union investor (the "E.U. Investor") own 49%, 46% and 5%, respectively, of Bristow Aviation's total outstanding ordinary shares, although Caledonia has voting control over the E.U. Investor's shares.

In addition to our ownership of 49% of Bristow Aviation's outstanding ordinary shares, in May 2004, we acquired eight million shares of deferred stock, essentially a subordinated class of stock with no voting rights, from Bristow Aviation for £1 per share ($14.4 million in total). We also have £91.0 million ($127.7 million) principal amount of subordinated unsecured loan stock (debt) of Bristow Aviation bearing interest at an annual rate of 13.5% and payable semi-annually. Payment of interest on such debt has been deferred since its incurrence in 1996. Deferred interest accrues at an annual rate of 13.5% and aggregated $2.1 billion as of March 31, 2018.

The Company, Caledonia, the E.U. Investor and Bristow Aviation have entered into a shareholder agreement respecting, among other things, the composition of the board of directors of Bristow Aviation. On matters coming before Bristow Aviation's board, Caledonia's representatives have a total of three votes and the two other directors have one vote each. In addition, Caledonia has the right to nominate two persons to our board of directors and to replace any such directors so nominated, provided that Caledonia owns (1) at least 1,000,000 shares of common stock of the Company or (2) at least 49% of the total outstanding shares of Bristow Aviation.

Caledonia, the Company and the E.U. Investor also have entered into a put/call agreement under which, upon giving specified prior notice, we have the right to buy all the Bristow Aviation shares held by Caledonia and the E.U. Investor, who, in turn, each have the right to require us to purchase such shares. Under current English law, we would be required, in order for Bristow Aviation to retain its operating license, to find a qualified E.U. investor to own any Bristow Aviation shares we have the right to acquire under the put/call agreement. The only restriction under the put/call agreement limiting our ability to exercise the put/call option is a requirement to consult with the Civil Aviation Authority (the "CAA") in the U.K. regarding the suitability of the new holder of the Bristow Aviation shares. The put/call agreement does not contain any provisions should the CAA not approve the new E.U. investor. However, we would work diligently to find an E.U. investor suitable to the CAA. The amount by which we could purchase the shares of the other investors holding 51% of the equity of Bristow Aviation is fixed under the terms of the call option, and we have reflected this amount on our consolidated balance sheets as noncontrolling interest.

94

**Table of Contents**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Houston, State of Texas on the 19th day of June, 2019.

BRISTOW GROUP INC.

By: /s/ Brian J. Allman

Brian J. Allman
Senior Vice President and
Chief Financial Officer

160

**Table of Contents**