# Exhibit 19

# Division of Corporation Finance

## Financial Reporting Manual

Disclaimer: This Manual was originally prepared by the staff of the Division of Corporation Finance to serve as internal guidance. In 2008, in an effort to increase transparency of informal staff interpretations, the Division posted a version of the Manual to its website. Because of its informal nature, the Manual does not necessarily contain a discussion of all material considerations necessary to reach an accounting or disclosure conclusion. Such conclusions about a particular transaction are very fact dependent and require careful analysis of the transaction and of the relevant authoritative accounting literature and Commission requirements. The information in this Manual is non-authoritative. If it conflicts with authoritative or source material, the authoritative or source material governs. The information presented also may not reflect the views of other Divisions and Offices at the Commission. The guidance is not a rule, regulation or statement of the Commission and the Commission has neither approved nor disapproved this information. The information included in this Manual may be updated from time to time and positions may change. As a result, the information in this manual may not be current.

## SUMMARY OF CHANGES IN CURRENT UPDATE

Sections of the Financial Reporting Manual have been updated as of July 1, 2019.  These sections have been marked with the date tag, "Last updated: 7/1/2019," to identify the changes.  Previous updates are marked using the same convention and represent the last revision to that section.  We include a date tag when the change is significant.  Changes that are administrative in nature (for example, section reference updates or grammatical improvements) are not marked with a date tag.

Below is a summary of changes included in this update and a brief description of the change.  Clicking the linked section number will direct you to the location of the change in the document.  You may click on the embedded link in the document to return to this page.

| Section | Comment |
|---|---|
| 1610 | Removed guidance related to the impact of adopting new accounting standards on selected financial data. |
| Topic 2, 2020.1 | Updated to clarify application of Rule 3-13 and Note 5 to Rule 8-01 of Regulation S-X. |
| 2030.1, 2030.3 | Removed.  Requests to omit financial statements should be submitted through Rule 3-13 waiver process. |
| 5240 | Consolidated information with Note to Topic 2. |
| 10110 | Updated revenue threshold for EGCs pursuant to SEC Release 33-10332. |
| 11100, 11200 | Technical amendment to replace references to ASU No. 2014-09 and ASU No. 2016-02 with ASC Topics. |

1

## COMMUNICATIONS WITH THE DIVISION OF CORPORATION FINANCE'S OFFICE OF CHIEF ACCOUNTANT (CF-OCA)
*(Last updated: 7/1/2019)*

CF-OCA performs the following functions that may result in communications with companies and their advisors:

- Acts on behalf of the Commission to grant relief under Rule 3-13 of Regulation S-X. The staff has authority, where consistent with investor protection, to permit registrants to omit, or substitute for, required financial statements. Requests for this relief should be submitted by email. Call (202) 551-3111 and ask for the appropriate person listed below to discuss questions about potential relief:

  **Rules 3-05 and 8-04**– Jaime John

  **Article 11 and Rule 8-05** – Todd Hardiman

  **Rules 3-09 and 4-08(g)** – Christy Adams

  **Rules 3-10 and 3-16** – Jarrett Torno

  **Rules 3-14 and 8-06** – Jessica Barberich

- Answers interpretive request letters and provides informal interpretive advice about the form and content of financial statements and other financial information required to be included in Commission filings. Requests for interpretive letters should be submitted by email. Requests for informal interpretive advice should be submitted by online form or by calling (202) 551-3400.  While the statements made by the staff on the telephone are intended to be helpful to the persons making the inquiries, they are not binding due to their informal nature.

- Helps identify and explain the applicable rules, regulations, forms, and guidance that affect the form and content of financial statements and other financial information required to be included in Commission filings. Requests for this assistance should be submitted by online form or by calling (202) 551-3400.

**TABLE OF CONTENTS**

**EXPLANATION OF ABBREVIATIONS**

**TOPIC 1:    REGISTRANT'S FINANCIAL STATEMENTS**

**1100    Financial Statements and Schedules in Registration and Proxy Statements**
1110    Audited Annual Financial Statements
1120    Unaudited Interim Period Financial Statements
1130    Supplemental Schedules
1140    Proxy Statements
1150    Bank Reorganizing under Newly-formed Holding Company
1160    Recently Organized Registrant
1170    Predecessor Financial Statements
1180    [Reserved]
1190    Supplemental and Restated Financial Statements Related to Post -
        Balance Sheet Events

**1200    Age of Financial Statements in Registration or Proxy Statements**
1210    Staff Review
1220    Age Requirements

**1300    Periodic Reporting Requirements (Exchange Act Filings)**
1310    Companies Required to Report
1320    Financial Statements Required
1330    Exchange Act Report Due Dates
1340    Accelerated and Large Accelerated Filer Status:  Entering, Exiting and
        Implications
1350    [Reserved]
1360    Changes in Fiscal Year – General
1365    Changes in Fiscal Year – Implementation Guidance
1370    Combined Periodic Reporting

**1400    General Considerations (All Filings)**
1410    Basis of Reporting
1420    [Reserved]
1430    Guaranteed Securities
1440    Fiscal Years Differing by 93 Days or Less
1450    Fiscal Year Presentation

**1500    Interim Period Reporting Considerations (All Filings)**

**1600    Selected Financial Data (All Filings)**
1610    [Reserved]
1620    Selected Quarterly Financial Data Not Required

## TOPIC 2:   OTHER FINANCIAL STATEMENTS REQUIRED

### 2000   Businesses Acquired or to be Acquired
2005   Definitions and Requirements
2010   Determination of a Business
2015   Measuring Significance – Basics
2020   Implementation Points – Amounts Used to Measure Significance
2025   Implementation Points – Financial Statements Used to Measure Significance
2030   Financial Statement Periods Required Under S-X 3-05 and S-X 8-04
2035   Individually Insignificant Acquirees
2040   When to Present Financial Statements
2045   Age of Financial Statements – Basics
2050   Age of Financial Statements – Interaction of S-X 3-05(b)(4) and Instruction to Item 9.01 of Form 8-K
2055   Foreign Business, Hostile Tender Offers, and Troubled Financial Institutions
2060   Flowchart Overview of S-X 3-05
2065   Acquisitions of Selected Parts of an Entity
2070   SAB 80:  Application of S-X 3-05 in Initial Registration Statements

### 2100   Disposition of a Business
2110   Definitions
2120   When are Financial Statements Required?
2130   Form 8-K – Measuring Significance of a Disposed Business

### 2200   Financial Statements of Target Companies in Form S-4

### 2300   Real Estate Acquisitions and Properties Securing Mortgages
2305   Real Estate Operations - Overview
2310   Real Estate Operations – When to Present Financial Statements
2315   Real Estate Operations – Measuring Significance
2320   Real Estate Operations – Individually Insignificant Acquisitions
2325   Real Estate Operations – Special Requirements for "Blind Pool" Offerings
2330   Real Estate Operations – Required Financial Statements
2335   REIT Formation Transactions
2340   Properties Subject to Triple Net Lease
2345   Properties Securing Loans, which in Economic Substance Represent an Investment in Real Estate, including Acquisition Development and Construction (ADC) Arrangements
2350   Properties Securing Loans that Represent an Asset Concentration [SAB Topic 1I]
2355   Gains/Losses on Sales or Disposals by Real Estate Investment Trusts
2360   Proxy Statements for Acquisitions of Real Estate Operating Properties

4

**2400    Equity Method Investments, Including Fair Value Option**
2405    Required Financial Statements
2410    Measuring Significance
2415    Combined/Consolidated Financial Statements of Investees
2420    Summarized Financial Data – Registrants Subject to S-X
2425    "Foreign Business" Investees
2430    Relief
2435    SFAS 159 [ASC 825] Fair Value Option for an Equity Method Investment and
         S-X 3-09 and S-X 4-08(g)

**2500    Guarantors of Securities**
2510    Exceptions to the General Rule
2515    Condensed Consolidating Financial Information
2520    Implementation Issues
2530    Recently Acquired Guarantor Subsidiaries
2540    Periodic Reporting by Subsidiary Issuers and Guarantors

**2600    Collateralizations**
2610    Measuring "Substantial Portion of the Collateral"
2620    When Financial Statements are Required
2630     Implementation Issues

**2700    Credit – Third Party Financial Statements**
2705    Asset-Backed Securities – Presentation of Certain Third Party Financial
         Information
2710    Third Party Credit Enhancements for Securities that are NOT "Asset-backed
         Securities"

**2800    Other Financial Statements**
2805    General Partner, Where Registrant is a Limited Partnership
2810    Parent-Only Financial Statements (Condensed)
2815    Financial Statements of a Significant Customer
2820    Substantial Asset Concentration

**TOPIC 3:    PRO FORMA FINANCIAL INFORMATION**

**3100    Circumstances Requiring Pro Forma Presentations**
3110    Significant Business Combination
3120    Disposition of a Significant Portion of a Business
3130    Acquisition of One or More Real Estate Operations
3140    Roll-Up Transaction
3150    Registrant Previously was Part of Another Entity
3160    Other

**3200    Preparation Requirements – Form and Content**
3210    Objective
3220    Pro Forma Condensed Balance Sheet
3230    Pro Forma Condensed Income Statement
3240    Form
3250    In Business Combinations
3260    Pro Forma Presentations Reflecting Debt Financing
3270    Tax Effects
3280    Effects of New Contractual Arrangements
3290    "Carved Out" Businesses

**3300    Special Problems and Issues**
3310    Common Pro Forma Preparation Problems
3320    Prohibition on Assuming Offering Proceeds
3330    Combining Entities with Different Fiscal Years
3340    Historical Results Include Unusual Events

**3400    Special Applications**
3410    Sub-Chapter S Corporations and Partnerships
3420    Distributions to Promoters/Owners At or Prior to Closing of IPO
3430    Other Changes in Capitalization At or Prior to Closing of IPO
3440    Pro Forma Requirements for Real Estate and Leasing Operations

**3500    Projections and Financial Forecasts**
3510    Alternative to Pro Forma Statements
3520    Presentation Requirements

**3600    Other**
3610    Pro Forma Disclosures Required by GAAP
3620    Filings Subsequent to an IPO

**TOPIC 4:    INDEPENDENT ACCOUNTANTS' INVOLVEMENT**

**4100    Qualifications of Accountants**
4110    PCAOB Registration
4115    Involuntary PCAOB Deregistration
4120    Duly Registered and in Good Standing Under the Laws of the Accountant's Place of Residence or Principal Office
4130    Independence
4140    Principal Auditor

**4200    Accountants' Reports**
4210    General – Audit Reports
4220    Qualified Audit Reports
4230    Other Report Modifications

**4300    Report on Internal Control over Financial Reporting**
4310    Management's Annual Report on Internal Control over Financial Reporting
4320    Auditor's Report on ICFR

**4400    Review and Compilation Reports**
4410    Review Reports on Interim or Pro Forma Data
4420    Selected Quarterly Financial Data
4430    Compilation Reports

**4500    Change in Accountants**
4510    Change in Accountants
4520    Unusual Issues Involving Changes in Accountants
4530    Additional Guidance

**4600    Non-Reliance on Previously Issued Financial Statements or Related Audit Report or Completed Interim Review**
4610    Non-Reliance on Previously Issued Financial Statements
4620    Non-Reliance on Previously Issued Audit Report or Completed Interim Review
4630    Other – Prior Disclosures Regarding Disclosure Controls and Procedures

**4700    "To Be Issued" Accountant's Reports**
4710    Contingent Upon Future Event or Transaction
4720    Contingent Upon Future Underwriting Agreement

**4800    Other Matters**
4810    Consents to the Use of Audit Reports
4820    Accountant's Inability to Reissue Reports
4830    Successor Auditor Reports
4840    Accountant's Refusal to Reissue Reports
4850    Illegal Acts
4860    Signatures
4870    Selected Financial Data

## TOPIC 5:    SMALLER REPORTING COMPANIES

**5100    Definition and Eligibility**
5110    Eligibility as a Smaller Reporting Company
5120    Determination
5130    Shell Company

**5200    Other Eligibility Issues**
5210    Financial Statements Required Pursuant to S-X 3-05 or 3-09
5220    Business Acquisitions
5230    Reverse Acquisitions

**5300   Form and Content Disclosure Required by Regulation S-X are Not Applicable**
5310   General
5320   Pro Forma Information
5330   Significant Equity Investees
5340   A la Carte Approach to Disclosure
5350   Restricted Net Assets


**TOPIC 6:   FOREIGN PRIVATE ISSUERS & FOREIGN BUSINESSES**

**6000   [Reserved]**

**6100   Definitions and Basic Rules**
6110   Definitions
6120   Basic Rules

**6200   General Financial Statement Requirements for Foreign Private Issuers**
6210   Periods for which Financial Statements are Required
6220   Age of Financial Statements in a Registration Statement
6230   Updating of Financial Statements in Delayed or Continuous Offerings
6240   Due Dates for Annual Reports on Form 20-F
6250   Changes in Fiscal Year
6260   Ratio of Earnings to Fixed Charges
6270   Capitalization Table

**6300   IFRS**
6310   Acceptance of IFRS as Issued by the IASB without Reconciliation to U.S. GAAP
6320   Implementation Issues – IFRS Filers
6330   Interim Financial Statements Presented by IFRS Filers
6340   First-time Adopters of IFRS
6345   First-time Adopters that Previously Used U.S. GAAP for the Primary Financial Statements in SEC Filings
6350   IFRS Filers – Financial Statements of Other Entities
6360   IFRS Filers – Article 11 Pro Forma Information

**6400   Requirement for Reconciliation to U.S. GAAP**
6410   Requirement for Reconciliation
6420   Selected Financial Data

**6500   Content of Reconciliation to U.S. GAAP**
6510   Item 17 Requirements
6520   Item 18 Requirements
6530   Statements of Comprehensive Income
6540   Accommodations Permitted by Form 20-F

**6600    Selection of a Reporting Currency**
6610    Currency of Measurement
6620    Disclosures, if the U.S. Dollar is Not the Reporting Currency
6630    Change in Reporting Currency
6640    Reporting Currency for Domestic Registrants and Non-Foreign Private Issuers

**6700    Price-Level Adjusted Financial Statements and Effects of Hyperinflationary Environments**
6710    Requirements
6720    Preparation of Price-level Adjusted Financial Statements

**6800    Foreign Auditor Matters**
6810    Qualifications and Independence
6820    Reports
6830    Disclosure of Change in Accountants and Disagreements

**6900    [Reserved]**

**TOPIC 7:    RELATED PARTY MATTERS**

**7100    [Reserved]**

**7200    Expenses Incurred on Behalf of Registrant**
7210    Reflecting All Costs of Doing Business
7220    Compensation Arrangements

**7300    Transfers and Receivables to or from Shareholders**
7310    Transfer of Nonmonetary Assets
7320    Receivables
7330    Distributions to or from Major Shareholders Prior to Offering
7340    Offering Proceeds

**7400    Components of Larger Entities**
7410    Financial Statement Requirements
7420    Statements of Revenues and Direct Expenses
7430    Pro Forma Financial Statement Requirements

**7500    Compensation Issues**
7510    Stock Compensation
7520    Valuation of Privately-Held-Company Equity Securities Issued as Compensation

**TOPIC 8:    NON-GAAP MEASURES OF FINANCIAL PERFORMANCE, LIQUIDITY AND NET WORTH**

**8100    Use of Non-GAAP Financial Measures**
8110    Applicable Guidance
8120    Definition of a Non-GAAP Financial Measure
8130    General Applicability and Requirements of Regulation G and S-K 10(e)
8140    General Application of Regulation G and S-K 10 to Foreign Private Issuers
8150    [Reserved]
8160    [Reserved]
8170    [Reserved]

**8200    Ratio of Earnings to Fixed Charges**
8210    Required Disclosure
8220    Definition of Fixed Charges
8230    Dividend Requirements
8240    Definition of Earnings
8250    Equity in Investee's Losses
8260    Pro Forma Effect of Refinancing
8270    Foreign Private Issuer
8280    Exhibit 12

**8300    Tangible Book Value per Share**
8310    Presentation of Net Tangible Book Value per Share
8320    Definition
8330    Staff Practice

**TOPIC 9:    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL POSITION AND RESULTS OF OPERATIONS (MD&A)**

**9100    MD&A Objectives**
9110    Overall Objectives

**9200    General Requirements**
9210    Liquidity and Capital Resources
9220    Results of Operations
9230    Off-balance Sheet Arrangements
9240    Tabular Disclosure of Contractual Obligations
9250    Interim Period Requirements
9260    Safe Harbor Provisions
9270    SAB Topic 11M (SAB 74)

**9300    [Reserved]**

**9400    Foreign Private Issuers**
9410    Foreign Private Issuers

**9500    Critical Accounting Estimates**
9510    Goodwill Impairment
9520    Share-based Compensation in IPOs

**9600    Related Party Transactions**
9610    Related Party Transactions

**9700    Fair Value Measurements**

**9800    Other Items**
9810    S-X 3-05 and 3-09
9820    S-X 3-10 and 3-16
9830    Registration and Proxy Statements

**9900    Additional Guidance**
9910    Additional Guidance Provided in Respect of MD&A

**TOPIC 10:  EMERGING GROWTH COMPANIES**

**10100  Eligibility**
10110  Eligibility as an EGC
10120  Other Eligibility Issues

**10200  Scaled Disclosure Provisions**
10210  General
10220  Financial Reporting Accommodations
10230  Accounting Standards Transition Period Accommodation
10240  Internal Control Over Financial Reporting [SOX 404] Accommodation

**10300  Foreign Private Issuers**
10310  General
10320  Number of Years Registrant Financial Statements to be Presented under IFRS
10330  Multi-Jurisdictional Disclosure System ("MJDS")

**TOPIC 11:  REPORTING ISSUES RELATED TO ADOPTION OF NEW
                     ACCOUNTING STANDARDS**

**11100  New Revenue Standard (FASB ASC Topic 606)**
11110  Registrant Financial Information
11120  Financial Statements of Other Entities and Significance

**11200  New Leasing Standard (FASB ASC Topic 842)**
11210  Registrant Financial Information

**11300  New Disclosures About Short-Duration Contracts For Insurance Entities (FASB ASC Topic 944)**
11310  Registrant Financial Information

**TOPIC 12:  REVERSE ACQUISITIONS AND REVERSE RECAPITALIZATIONS**

**12100  General**

**12200  Reporting Issues**
12210  General
12220  Form 8-K
12230  Change in Accountants
12240  Change in Fiscal Year
12250  Auditor Issues
12260  Registration and Proxy Statements for Mergers, Acquisitions and Similar Transactions

**TOPIC 13:  EFFECTS OF SUBSEQUENT EVENTS ON FINANCIAL STATEMENTS REQUIRED IN FILINGS**

**13100  General**

**13200  Discontinued Operations**

**13300  Changes in Segments**

**13400  Change in the Reporting Entity or a Business Combination Accounted for in a Manner Similar to a Pooling of Interests**

**13500  Stock Splits**

**13600  Measurement Period Adjustments**
13610  Financial Statement Requirements in Registration Statements Pursuant to Retrospective Adjustments to Provisional Amounts in a Business Combination

**TOPIC 14:  TENDER OFFERS**

**14100  Regulatory Schemes**

**14200  Documents Filed**

**14300  Cash Offer Financial Statement Requirements**
14310  Financial Statement Requirements of Schedule TO
14320  Financial Statement Requirements of Schedule 13E-3

**14400  Item 1010 of Regulation M-A:  Financial Statements**
14410  Financial Information – Item 1010(a)
14420  Pro Forma Information – Item 1010(b)
14430  Summary Information – Item 1010(c)


**TOPIC 15:  EMPLOYEE STOCK BENEFIT PLANS**

**15100  Filing Requirements of Form S-8 and Form 11-K**
15110  Employee Benefit Plan a Separate Registrant
15120  Financial Statement Requirements


**15200  Exchange Act Age of Financial Statements Requirements**
15210  General Requirement
15220  Plans Subject to ERISA
15230  Form 8-K Requirements


**TOPIC 16:  MULTIJURISDICTIONAL DISCLOSURE SYSTEM**

**16000  General**

**16100  MJDS Offerings – Eligibility Requirements**
16110  Rights Offer
16120  Exchange Offer
16130  Business Combinations
16140  Offerings of Investment Grade Non-Convertible Debt or Preferred Securities
16150  Offerings of Other Securities


**16200  Registration and Periodic Reporting under the Exchange Act**
16210  Forms 40-F and 6-K


**16300  Tender Offers**
16310  Eligibility Requirements
16320  U.S. Ownership Ceiling


**16400  Canadian Regulation**

**16500  Sarbanes-Oxley**

**16600  Auditor Independence**

**INDEX**

# TOPIC 13

# EFFECTS OF SUBSEQUENT EVENTS ON FINANCIAL STATEMENTS REQUIRED IN FILINGS

## 13100   GENERAL
*(Last updated: 9/30/2009)*

Certain events that occur after the end of a fiscal year will require retrospective revision of that year's financial statements (the "pre-event financial statements") if they are reissued after financial statements covering the period during which the event occurred have been filed.  Such events include reporting a discontinued operation, a change in reportable segments, or a change in accounting principle for which retrospective application is either required or elected.

13110.1   Reissuance of the pre-event financial statements is required if those financial statements are required to be included or incorporated by reference into a registration or proxy statement (with the exception of Form S-8 as noted below) along with financial statements covering the period during which the event occurred (the "post-event" financial statements).

13110.2   In the case of a registration statement on Form S-3, Item 11(b)(ii) of that form would specifically require retrospective revision of the pre-event audited financial statements that were incorporated by reference to reflect a subsequent change in accounting principle (or consistent with staff practice, discontinued operations and changes in segment presentation) if the Form S-3 also incorporates by reference post-event interim financial statements.  If post-event financial statements have not been filed, the registrant would not revise the pre-event financial statements in connection with the Form S-3, however, pro forma financial statements in accordance with Article 11 of Regulation S-X may, in certain circumstances, be required.  In contrast, a prospectus supplement used to update a delayed or continuous offering registered on Form S-3 (e.g., a shelf takedown) is not subject to the Item 11(b)(ii) updating requirements.  Rather, registrants must update the prospectus in accordance with S-K 512(a) with respect to any fundamental change.  It is the responsibility of management to determine what constitutes a fundamental change.

13110.3   If the pre-event financial statements are not reissued in connection with any filing under the Securities Act or Exchange Act, annual information does not need to be retrospectively revised until that information is included in the registrant's next Annual Report on Form 10-K.

Back to Table of Contents                                          343

13110.4   Retrospectively revised quarterly information is required in Form 10-Qs filed with post-event financial statements.

13110.5   For the information of investors, once post-event financial statements have been filed with the SEC, a registrant may elect (if reissuance is not required) to file under cover of Form 8-K (Item 8.01) audited retrospectively revised financial statements for the pre-event periods.

> **NOTE to SECTION 13100:**
>
> The requirement to revise financial statements for Form S-3 and the exception for Form S-8 noted below are derived from the Division of Corporation Finance's Compliance and Disclosure Interpretations August 14, 2009, Securities Act Forms Q126.40:
>
> After its Form 10-K is filed, a registrant has a change in accounting principles (or changes in segment presentation or discontinued operations), which will cause the financial presentation in its subsequent Form 10-Qs to differ from that in the Form 10-K.  In this situation, Item 11(b)(ii) of Form S-3 would require the annual audited financial statements filed in the Form 10-K to be restated to reflect the change in accounting principles (or changes in segment presentation or discontinued operations).  Would General Instruction G.2 of Form S-8, which requires that "material changes in the registrant's affairs" be disclosed in the registration statement, also require such restatement?
>
> Not necessarily.  Form S-8 does not contain express language similar to Item 11(b)(ii) of Form S-3, requiring the restatement of financial statements to reflect specified events.  The fact that financial statements eventually will be retroactively restated does not necessarily mean that there are "material changes in the registrant's affairs," thereby requiring the financial statements to be restated for inclusion, or incorporation by reference, in a Form S-8.  In other words, financial statements for which Item 11(b)(ii) of Form S-3 would require restatement may not necessarily need to be restated for incorporation by reference in a Form S-8.  The registrant is responsible for determining if there has been a material change and, if so, the related information that is required to be disclosed in a Form S-8.  Correspondingly, it is the auditor's responsibility to determine if it will issue a consent to use of its report in a Form S-8 if there has been a change in the financial statements in a subsequent Form 10-Q where the financial statements in the Form 10-K have not been retroactively restated.

13110.6   Form 10-K/A ordinarily should <u>not</u> be used to file retrospectively revised financial statements that reflect a subsequent change in accounting principle, discontinued operations or change in segment presentation.  However, the staff will not object if a registrant, in a Form 10-K/A filed to <u>correct a material error</u>, also reflects the retrospective effects of accounting changes (or consistent with staff practice, discontinued operations and changes in segment presentation) that have been reflected in filings with the SEC subsequent to the original Form 10-K.  If the Form 10-K/A is incorporated by reference into a registration statement, then the correction of the error and the accounting change would be *required* to be presented in the Form 10-K/A.  In these circumstances, the financial statements in the Form 10-K/A should clearly distinguish the effects of the material error from those of any subsequent accounting change.
*(Last updated: 9/30/2010)*

# 13200   DISCONTINUED OPERATIONS
*(Last updated: 9/30/2008)*

13210.1   If financial statements as of a date on or after the date a component of the registrant has been disposed of or classified as held for sale are required in a registration or proxy statement, retrospective reclassification of all prior periods to report the results of that component in discontinued operations in accordance with SFAS 144 [ASC 205-20] is required.  This guidance is applicable even where the filing incorporates by reference annual audited financial statements issued prior to the classification of the component in discontinued operations. The auditor's consent to incorporation of those financial statements in a registration or proxy statement is deemed a reissuance that requires consideration of the effects of subsequent events.  Moreover, the financial statements prepared by management and included in the filing are required to comply with U.S. GAAP at the date of effectiveness or mailing, necessitating retrospective reclassification pursuant to SFAS 144 [ASC 205-20].

13210.2   Predecessor financial statements are required to be retrospectively reclassified to reflect the impact of a successor's discontinued operations.  Registrants should contact the staff if unusual facts and circumstances may prohibit the company's ability to reclassify predecessor fiscal periods.
*(Last updated: 3/31/2010)*