UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE BRISTOW GROUP INC., SECURITIES LITIGATION | § § § § § § | Case No.: 4:19-cv-00509 (KPE) |

**DEFENDANTS' ANSWER TO THE CONSOLIDATED AMENDED
CLASS ACTION COMPLAINT**

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendants Jonathan E. Baliff and L. Don Miller (collectively, the "Defendants") file this answer to the Consolidated Amended Class Action Complaint (ECF No. 34, the "CAC") filed by Plaintiffs in the above-captioned action. Unless otherwise admitted, all allegations requiring a response are denied.[1]

**ANSWER**

**I. NATURE OF THE ACTION**

1. Defendants admit that Plaintiffs have brought this lawsuit on behalf of a purported class against Jonathan Baliff and Don Miller. Defendants also admit that Jonathan Baliff and Don Miller held the positions of CEO and CFO, respectively, at Bristow Group Inc. ("Bristow") during the purported class period. The Defendants otherwise deny the remaining allegations in Paragraph 1.

2. Defendants admit the allegations in Paragraph 2.

---

[1] The Defendants also deny all titles, headings, footnotes, subheadings, and any other material not contained in numbered paragraphs. When a document (or statements, conclusions or other material references therefrom) is referenced in this Answer, it speaks for itself. That is, the document itself is the best evidence of its contents, and the Defendants deny any allegations or characterizations based on the document. The Defendants reserve all rights with regard to the existence, authenticity, accuracy, and admissibility of such documents.

3.      Paragraph 3 purports to summarize information from Bristow's SEC filings.  These documents are publicly available and speak for themselves.  To the extent that Plaintiffs mischaracterize the information in these documents, Defendants deny the mischaracterizations in Paragraph 3.  Defendants deny any remaining allegations in Paragraph 3.

4.      Paragraph 4 purports to summarize information from Bristow's SEC filings.  These documents are publicly available and speak for themselves.  To the extent that Plaintiffs mischaracterize the information in these documents, Defendants deny the mischaracterizations in Paragraph 4.  Defendants deny any remaining allegations in Paragraph 4.

5.      Paragraph 5 purports to summarize information from Bristow's SEC filings.  These documents are publicly available and speak for themselves.  To the extent that Plaintiffs mischaracterize the information in these documents, Defendants deny the mischaracterizations in Paragraph 5.  Defendants deny any remaining allegations in Paragraph 5.

6.      Paragraph 6 purports to identify contractual provisions in the Secured Debt Financing agreements.  Defendants respond that the Secured Debt Financing agreements speak for themselves.  Defendants otherwise deny the allegations in Paragraph 6.

7.      Defendants deny the allegations in Paragraph 7.

8.      Defendants admit that its Secured Debt Financing agreements included cross-default provisions.  Defendants otherwise deny the allegations in Paragraph 8.

9.      Defendants deny the allegations in Paragraph 9.

10.      Defendants admit that Bristow disclosed a material weakness in its internal controls.  Defendants otherwise deny the allegations in Paragraph 10.

11.      Defendants deny the allegations in Paragraph 11.

12.      Defendants deny the allegations in Paragraph 12.

13.    The historical prices of Bristow stock are publicly available and speak for themselves.  Defendants otherwise deny the allegations in Paragraph 13.

## II.    JURISDICTION AND VENUE

14.    Paragraph 14 does not contain any factual allegations that require a response.  To the extent that Paragraph 14 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 14.

15.    Defendants do not contest this Court's jurisdiction.

16.    Defendants do not contest personal jurisdiction in this Court.

17.    Defendants do not dispute that venue is proper.

18.    Defendants deny the allegations of wrongdoing in the CAC and therefore deny the allegations in Paragraph 18.

## III.    PARTIES

### A.    Lead Plaintiffs

19.    Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 19 and on that basis deny them.

### B.    Defendants

20.    Defendants admit the allegations in Paragraph 20.

21.    Defendants admit that Mr. Baliff signed certifications accompanying certain of Bristow's financial statements.  These signed certifications are publicly available  and speak for themselves.

22.    Defendants admit the allegations in Paragraph 22.

23.    Defendants admit that Mr. Miller signed certifications accompanying certain of Bristow's financial statements.  These signed certifications are publicly available and speak for themselves.

24.     Paragraph 24 contains non-factual statements and legal arguments that do not require a response.  To the extent that Paragraph 24 contains factual allegations or otherwise requires a response, Defendants deny the allegations.

### C.     Relevant Non-Parties

25.     Defendants deny that Bristow's management incentive plan covered only Bristow executives.  Defendants admit the remaining allegations in Paragraph 25.

26.     Defendants admit the allegations in Paragraph 26.

27.     Defendants admit that Mr. Allman signed certifications accompanying certain of Bristow's financial statements.  The signed certifications are publicly available and speak for themselves.

## IV.   FACTUAL BACKGROUND ALLEGATIONS

### A.     Bristow's Business, its Dependence on the Offshore Oil and Gas Industry, and the "STRIVE" Business Strategy Bristow Developed in Response to the Downturn in that Industry

28.     Paragraph 28 appears to summarize the Company's background information available in Bristow's financial statements.  Bristow's financial statements are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

29.     Paragraph 29 appears to summarize the Company's background information available in Bristow's financial statements.  Bristow's financial statements are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

30.     Paragraph 30 appears to summarize Bristow's financial statements.  Bristow's financial statements are publicly available and speak for themselves.  To the extent that Plaintiff's

summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

31.     Paragraph 31 appears to summarize information available in Bristow's financial statements. Bristow's financial statements are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

32.     Paragraph 32 appears to summarize the Company's business strategy as discussed in Bristow's financial statements. Bristow's financial statements are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

33.     Paragraph 33 appears to summarize the Company's business strategy as discussed in Bristow's financial statements. Bristow's financial statements are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

34.     Paragraph 34 appears to summarize the Company's business strategy as discussed in Bristow's financial statements. Bristow's financial statements are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

**B.     As a Central Part of Bristow's STRIVE Strategy, Defendants Envisioned and Purported to Construct a "Liquidity Runway" to See Bristow Safely Through the Oil and Gas Downturn**

35.     Paragraph 35 quotes and summarizes the Company's business strategy as discussed in Bristow's financial statements. Bristow's financial statements are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

36.     Defendants admit that Bristow entered into several secured debt financings in fiscal year 2017 and 2018 in order to improve its balance sheet and liquidity.  Defendants otherwise deny the allegations in Paragraph 36.

37.     Defendants admit that Bristow used the cash raised through its secured debt financings and notes offerings to improve its liquidity.  Defendants otherwise deny the allegations in Paragraph 37.

38.     Defendants admit that they made public statements about Bristow's secured debt financings and its business strategy to improve liquidity.  These public statements speak for themselves.  Defendants otherwise deny the allegations in Paragraph 38.

39.     Defendants admit they made public statements about Bristow's  business strategy to improve liquidity.  These public statements speak for themselves.  Defendants otherwise deny the allegations in Paragraph 39.

40.     Defendants admit they made public statements about Bristow's  business strategy to improve liquidity.  These public statements speak for themselves.  Defendants otherwise deny the allegations in Paragraph 40.

41.     Defendants admit that Paragraph 41 partially quotes a statement from an analyst. Defendants refer the Court to the analyst report for a complete and accurate description of its contents.  Defendants otherwise lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 41 and on that basis deny them.

42.     Defendants admit that Paragraph 42 partially quotes from a document filed during Bristow's bankruptcy proceedings.  These court filings are publicly available and Defendants refer the Court to these filings for a complete and accurate description of their contents.  Defendants otherwise deny the allegations in Paragraph 42.

### 1.      The Secured Debt Financings

43.      Defendants admit that Bristow entered into a series of secured debt financings in fiscal 2017 and fiscal 2018.  These agreements speak for themselves.  To the extent that Plaintiffs mischaracterize the terms and conditions of these agreements, Defendants deny the allegations of Paragraph 43.  Defendants otherwise deny the allegations in Paragraph 43.

44.      Paragraph 44 contains non-factual statements and legal arguments that do not require a response.  To the extent that Paragraph 44 contains factual allegations or otherwise requires a response, Defendants deny the allegations.

45.      Defendants admit that Paragraph 45 purports to summarize certain of Bristow's secured debt financing agreements.  These agreements speak for themselves.    To the extent Plaintiffs mischaracterize these agreements, Defendants deny the allegations.

### 2.      The Collateral/Maintenance Covenants

46.      Defendants admit that Paragraph 46 purports to summarize certain of Bristow's secured debt financing agreements. These agreements speak for themselves. To the extent Plaintiffs mischaracterize these agreements, Defendants deny the allegations.

47.      Defendants admit that Paragraph 47 purports to summarize certain of Bristow's secured debt financing agreements. These agreements speak for themselves.  To the extent, Plaintiffs mischaracterize these agreements, Defendants deny the allegations.

48.      Paragraph 48 contains non-factual statements and legal arguments that do not require a response.  To the extent that Paragraph 48 contains factual allegations or otherwise requires a response, Defendants deny the allegations.

49.      Defendants deny the allegations in Paragraph 49.

**3.    Bristow's Further Debt Financings, and their Cross-Default Provisions**

50.    Defendants admit that Bristow raised liquidity through two note offerings. Defendants otherwise deny the allegations in Paragraph 50.

51.    Defendants admit that Paragraph 51 purports to summarize certain of Bristow's public filings.   These filings are publicly available and speak for themselves.   To the extent Plaintiffs mischaracterize these public filings, Defendants deny the allegations.

52.    Deny the allegations in Paragraph 52.

**C.    Bristow's Leased Helicopters and its Strategy and Efforts to Return Them**

53.    Paragraph 28 appears to summarize information available in Bristow's financial statements.   Bristow's financial statements are publicly available and speak for themselves.   To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

54.    Defendants admit that Paragraph 54 quoted and summarized certain of Bristow's public filings, earnings presentations, and conference calls.   These documents speak for themselves, and Defendants refer the Court to these documents for a complete and accurate description of their contents.   Defendants otherwise deny the allegations in Paragraph 54.

55.    Defendants admit they made public statements about Bristow's  business strategy to improve liquidity.   These public statements speak for themselves.   Defendants otherwise deny the allegations in Paragraph 55.

**D.    Bristow's Attempted Acquisition of Columbia Helicopters**

56.    Paragraph 56 purports to summarize the Company's business strategy as discussed in Bristow's financial statements.   Bristow's financial statements are publicly available and speak

for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

57.    Defendants admit that Bristow announced on November 9, 2018 that it had reached an agreement to acquire Columbia Helicopters, Inc.  This public announcement speaks for itself and Defendants refer the Court to the publicly available documents for a complete and accurate description of this announcement.  To the extent that Plaintiffs mischaracterize this announcement, Defendants deny the allegations in Paragraph 57.

58.    Defendants deny the allegations in Paragraph 58.

59.    Defendants admit that Paragraph 59 identifies some of the potential benefits that Bristow hoped to achieve through its acquisition of Columbia.  Defendants deny the remaining allegations in Paragraph 59.

60.    Defendants admit that Bristow announced on December 10, 2018 that it no longer expected the Columbia deal to close in 2018, and it announced on February 11, 2019 that the Columbia deal had been terminated.  These public announcements speak for themselves, and Defendants refer the Court to these public filings for complete and accurate details.  Defendants otherwise deny the allegations in Paragraph 60.

## V.    DEFENDANTS' FALSE AND/OR MISLEADING STATEMENTS DURING THE CLASS PERIOD

### A.    Overview

61.    Defendants deny the allegations in Paragraph 61.

62.    Defendants deny the allegations in Paragraph 62.

63.    Defendants admit that Bristow amended certain of its SEC filings to reflect certain internal controls' material weaknesses.  Defendants deny the remaining allegations of Paragraph 63.

64.    Defendants deny the allegations in Paragraph 64.

65.    Paragraph 65 purports to summarize certain financial disclosures in Bristow's SEC filings.  These SEC filings are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.

66.    Defendants deny the allegations in Paragraph 66.

67.    Defendants deny the allegations in Paragraph 67.

68.    Defendants deny the allegations in Paragraph 68.

69.    Defendants deny the allegations in Paragraph 69.

70.    Paragraph 70 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in Paragraph 70.

71.    Paragraph 71 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in Paragraph 71.

72.    Paragraph 72 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiffs' summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in Paragraph 72.

73.    Defendants deny the allegations in Paragraph 73.

74.    Paragraph 74 purports to summarize information contained in Bristow's SEC filings and other public statements. These public statements speak for themselves. To the extent that Plaintiffs' .summary mischaracterizes the Defendants' public statements, Defendants deny such mischaracterizations.

75.    Defendants admit that their statements were not false. Plaintiffs deny all other allegations in Paragraph 75.

**B.    Third Quarter Fiscal 2018**

76.    Defendants admit the allegations in Paragraph 76.

77.    Paragraph 77 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in Paragraph 77.

78.    Paragraph 78 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in Paragraph 78.

79.    Paragraph 79 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in Paragraph 79.

80.    Paragraph 80 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in Paragraph 80.

11

81.     Defendants deny the allegations in Paragraph 81.

## C.     Year-End Fiscal 2018

### 1.     The Q4/Full Year Fiscal 2018 Press Release and Presentation

82.     Defendants admit the allegations in Paragraph 82.

83.     Defendants admit the allegations in Paragraph 83.

84.     Defendants deny the allegations in Paragraph 84.

85.     Paragraph 85 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in Paragraph 85.

86.     Defendants deny the allegations in Paragraph 86.

87.     Defendants admit the allegations in Paragraph 87.

88.     Paragraph 88 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in Paragraph 88.

89.     Defendants deny the allegations in Paragraph 89.

90.     Paragraph 90 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in Paragraph 90.

91.     Defendants deny the allegations in Paragraph 91.

### 2.     The Fiscal 2018 Conference Call

92.     Defendants admit the allegations in Paragraph 92.

12

93.     Paragraph 93 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

94.     Defendants deny the allegations in Paragraph 94.

95.     Paragraph 95 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

96.     Defendants deny the allegations in Paragraph 96.

**3.     The Fiscal 2018 Form 10-K**

97.     Defendants admit the allegations in Paragraph 97.

98.     Paragraph 98 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

99.     Defendants deny the allegations in Paragraph 99.

100.    Paragraph 100 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

101.    Defendants deny the allegations in Paragraph 101.

102.    Paragraph 102 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the

extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

103. Defendants deny the allegations in Paragraph 103.

104. Paragraph 104 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

105. Defendants deny the allegations in Paragraph 105.

106. Paragraph 106 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

107. Defendants deny the allegations in Paragraph 107.

108. Paragraph 108 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

109. Defendants deny the allegations in Paragraph 109.

110. Paragraph 110 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

111. Defendants deny the allegations in Paragraph 111.

112.    Paragraph 112 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

113.    Defendants deny the allegations in Paragraph 113.

114.    Paragraph 114 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

115.    Defendants deny the allegations in Paragraph 115.

**D.      First Quarter Fiscal 2019**

**1.      The Q1 2019 Press Release and Presentation**

116.    Defendants admit the allegations in Paragraph 116.

117.    Paragraph 117 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

118.    Defendants deny the allegations in Paragraph 118.

119.    Paragraph 119 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

120.    Defendants deny the allegations in Paragraph 120.

121.    Defendants admit the allegations in Paragraph 121.

122.  Paragraph 122 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in Paragraph 122.

123.  Defendants deny the allegations in Paragraph 123.

124.  Paragraph 124 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

125.  Defendants deny the allegations in Paragraph 125.

### 2.  The Q1 2019 Conference Call

126.  Defendants admit the allegations in Paragraph 126.

127.  Paragraph 127 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

128.  Defendants deny the allegations in Paragraph 128.

### 3.  The Q1 2019 Form 10-Q

129.  Defendants admit the allegations in Paragraph 129.

130.  Paragraph 130 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

131.  Defendants deny the allegations in Paragraph 131.

16

132. Paragraph 132 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

133. Defendants deny the allegations in Paragraph 133.

134. Paragraph 134 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

135. Defendants deny the allegations in Paragraph 135.

136. Paragraph 136 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

137. Defendants deny the allegations in Paragraph 137.

138. Paragraph 138 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

139. Defendants deny the allegations in Paragraph 139.

140. Defendants admit the allegations in Paragraph 140.

141. Defendants deny the allegations in Paragraph 141.

142. Defendants admit the allegations in Paragraph 142.

143.   Defendants deny the allegations in Paragraph 143.

**E.   September 5, 2018: Barclays CEO Energy Power Conference**

144.   Paragraph 144 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

145.   Defendants deny the allegations in Paragraph 145.

146.   Paragraph 146 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

147.   Defendants deny the allegations in Paragraph 147.

**F.   Second Quarter Fiscal 2019**

**1.   The Q2 2019 Press Release and Presentation**

148.   Defendants admit the allegations in Paragraph 148.

149.   Paragraph 149 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

150.   Defendants deny the allegations in Paragraph 150.

151.   Paragraph 151 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

152.   Defendants deny the allegations in Paragraph 152.

153.   Defendants admit the allegations in Paragraph 153.

154.   Paragraph 154 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

155.   Defendants deny the allegations in Paragraph 155.

156.   Paragraph 156 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

157.   Defendants deny the allegations in Paragraph 157.

### 2.   The Q2 2019 Conference Call

158.   Defendants admit the allegations in Paragraph 158.

159.   Paragraph 159 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

160.   Defendants deny the allegations in Paragraph 160.

### 3.   The Q2 2019 Form 10-Q

161.   Defendants admit the allegations in Paragraph 161.

162.   Paragraph 162 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the

extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

163. Defendants deny the allegations in Paragraph 163.

164. Paragraph 164 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

165. Defendants deny the allegations in Paragraph 165.

166. Paragraph 166 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

167. Defendants deny the allegations in Paragraph 167.

168. Paragraph 168 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

169. Defendants deny the allegations in Paragraph 169.

170. Paragraph 170 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

171. Defendants deny the allegations in Paragraph 171.

172.     Defendants admit the existence of the Form 10-Q certifications, which speak for themselves.  Defendants deny the remaining allegations in Paragraph 172.

173.     Defendants admit the existence of the Form 10-Q certifications, which speak for themselves.  Defendants deny the remaining allegations in Paragraph 173.

## VI.     THE TRUTH EMERGES

### A.     Bristow's February 11, 2019 Corrective Disclosures Reveal Bristow's Covenant Violations, Controls Failures, Debt Misclassifications and Potential Going Concern Risk

174.     Defendants admit the allegations in Paragraph 174.

175.     Defendants admit that on February 6, 2019, Bristow issued a press release at approximately 5:11 p.m. Eastern Time titled "Bristow Group Reschedules Fiscal Year 2019 Third Quarter Earnings Release and Conference Call Schedule," which speaks for itself.  The historical prices of Bristow stock are publicly available and speak for themselves.  Defendants otherwise deny the allegations in Paragraph 175.

176.     Paragraph 176 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

177.     Paragraph 177 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

178.     Paragraph 178 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the

extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

179. Paragraph 179 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

180. Bristow's February 11, 2019 disclosures and the historical prices of Bristow stock are publicly available and speak for themselves. Defendants otherwise deny the allegations in Paragraph 180.

### B. Subsequent Disclosures, Revealing Further Fall-out from Defendants' Misconduct and Deepening Going Concern Risk, Further Sink Bristow's Share Price

181. Defendants admit that Bristow provided additional disclosures following its February 11, 2019 disclosures, which are publicly available and speak for themselves. Defendants deny the remaining allegations in Paragraph 181.

182. Paragraph 182 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

183. Defendants admit the allegations in Paragraph 183.

184. Paragraph 184 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

185. Paragraph 185 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

186. Defendants admit that Bristow filed an 8-K on April 15, 2019, which speaks for itself. Defendants deny the remaining allegations of Paragraph 186.

187. Paragraph 187 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

188. The historical prices of Bristow stock are publicly available and speak for themselves. Defendants otherwise deny the allegations in Paragraph 188.

**C.      Bristow's Bankruptcy**

189. The historical prices of Bristow stock are publicly available and speak for themselves. Defendants otherwise deny the allegations in Paragraph 189.

**D.      Bristow's June 19, 2019 Amended SEC Filings Admit the Falsity of, and Correct, Defendants' Class Period Representations**

**1.      The Amended SEC Filings and the Q3 2019 10-Q**

190. Defendants admit the allegations in Paragraph 190.

191. Defendants deny the allegations in Paragraph 191.

192. Paragraph 192 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

193.    Defendants deny the allegations in Paragraph 193.

194.    Defendants admit that Bristow's Amended SEC Filings contained reclassified debt figures.  Defendants deny the remaining allegations of Paragraph 194.

195.    Paragraph 195 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

196.    Defendants deny the allegations in Paragraph 196.

197.    Paragraph 197 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

198.    Defendants deny the allegations in Paragraph 198.

199.    Defendants deny the allegations in Paragraph 199.

200.    Defendants admit the allegations in Paragraph 200.

201.    Defendants deny the allegations in Paragraph 201.

202.    Paragraph 202 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

**2.    The Amended SEC Filings' Disjointed New/Alternative Explanations for Bristow's Reclassification of its Debts as Short-Term, and for Bristow's Going Concern Risk, Are Strong Evidence of Scienter**

203.    Defendants deny the allegations in Paragraph 203.

204.    Defendants deny the allegations in Paragraph 204.

24

205.    Paragraph 205 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

206.    Defendants deny the allegations in Paragraph 206.

207.    Defendants deny the allegations in Paragraph 207.

208.    Defendants deny the allegations in Paragraph 208.

## VII.    MATERIALITY

209.    Defendants deny the allegations in Paragraph 209.

210.    Defendants deny the allegations in Paragraph 210.

211.    Defendants deny the allegations in Paragraph 211.

212.    Defendants deny the allegations in Paragraph 212.

## VIII.    LOSS CAUSATION

213.    Defendants deny the allegations in Paragraph 213.

214.    Defendants deny the allegations in Paragraph 214.

215.    Defendants deny the allegations in Paragraph 215.

216.    Defendants admit that Bristow filed a press release on February 6, 2019. The historical prices of Bristow stock are publicly available and speak for themselves. Defendants otherwise deny the allegations in Paragraph 216.

217.    Defendants admit that Bristow released its preliminary fiscal 2019 Q3 financial results on February 11, 2019. Defendants deny the remaining allegations in Paragraph 217.

218.    The historical prices of Bristow stock are publicly available and speak for themselves. Defendants otherwise deny the allegations in Paragraph 218.

25

219. The historical prices of Bristow stock are publicly available and speak for themselves. Defendants otherwise deny the allegations in Paragraph 219.

220. Defendants deny the allegations in Paragraph 220.

221. Defendants deny the allegations in Paragraph 221.

## IX. ADDITIONAL FACTUAL ALLEGATIONS FURTHER SUPPORTING SCIENTER

222. Defendants deny the allegations in Paragraph 222.

223. Defendants deny the allegations in Paragraph 223.

### A. Bristow and Defendants Were Aware at All Times of the Collateral/Maintenance Covenants in the PK Air Debt, Macquarie Debt and Relevant Helicopter Leases

224. Defendants deny the allegations in Paragraph 224.

#### 1. Defendant Miller Signed the PK Air Debt Agreement

225. Defendants admit the allegations in the first two sentences of Paragraph 225. Defendants deny the remaining allegations in Paragraph 225.

#### 2. Defendants' Public Statements Evidence Baliff's and Miller's Direct Involvement in Obtaining and Negotiating the Macquarie Debt and PK Air Debt, and their Detailed Awareness of the Status, Terms and Covenants of Those Debt Agreements

226. Paragraph 226 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

227. Defendants lack sufficient information to know the state of mind of securities analysts. Paragraph 227 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the

26

extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

228. Defendants deny the allegations in Paragraph 228.

229. Paragraph 229 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

### 3. The Centrality of the Secured Debt Financings to Bristow and Defendants Further Supports Defendants' Scienter

230. Defendants deny the allegations in Paragraph 230.

231. Defendants deny the allegations in Paragraph 231.

### 4. Defendants Were Long Familiar with the PK Air Debt Counterparty and its Financings Terms/ Covenants

232. Paragraph 232 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

233. Defendants admit the existence of the lease agreements, which speak for themselves. Defendants deny the remaining allegations in Paragraph 233.

234. Defendants deny the allegations in Paragraph 234.

### B. Defendants Were Aware of Bristow's Covenant Violations No Later than the Last Three Months of 2018 (Calendar Year)

235. Defendants deny the allegations in Paragraph 235.

236. Paragraph 236 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the

extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

237. Defendants admit the allegations in Paragraph 237.

238. Defendants deny the allegations in Paragraph 238.

239. Paragraph 239 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

C. **Bristow and Defendants Failed to Maintain Effective Internal Controls**

240. Defendants deny the allegations in Paragraph 240.

241. Paragraph 241 does not contain any factual allegations that require a response. To the extent that Paragraph 241 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 241.

242. Paragraph 242 does not contain any factual allegations that require a response. The COSO Report is publicly available and speaks for itself. To the extent that Paragraph 242 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 242.

243. Paragraph 243 does not contain any factual allegations that require a response. The COSO Report and generally accepted auditing standards ("GAAS") are publicly available and speak for themselves. To the extent that Paragraph 243 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 243.

244. Paragraph 244 does not contain any factual allegations that require a response. The COSO Report and generally accepted auditing standards ("GAAS") are publicly available and

speak for themselves.  To the extent that Paragraph 244 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 244.

245.   Paragraph 245 does not contain any factual allegations that require a response.  The COSO Report is publicly available and speaks for itself.  To the extent that Paragraph 245 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 245.

246.   Defendants admit the allegations in Paragraph 246.

247.   Paragraph 247 does not contain any factual allegations that require a response.  The COSO Report is publicly available and speaks for itself.  To the extent that Paragraph 247 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 247.

248.   Paragraph 248 does not contain any factual allegations that require a response.  To the extent that Paragraph 248 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 248.

249.   Paragraph 249 does not contain any factual allegations that require a response.  The COSO Report is publicly available and speaks for itself.  To the extent that Paragraph 249 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 249.

250.   Paragraph 250 does not contain any factual allegations that require a response.  The COSO Report is publicly available and speaks for itself.  To the extent that Paragraph 250 contains factual allegations or otherwise requires a response, Defendants deny the allegations asserted in Paragraph 250.

251.   Defendants deny the allegations in the last sentence of Paragraph 251.  Defendants admit the remaining allegations in Paragraph 251.

252.   Paragraph 252 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

253.   Paragraph 253 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

254.   Defendants admit that Miller signed the PK Air Debt agreement.  Defendants deny the remaining allegations of Paragraph 254.

255.   Defendants deny the allegations in Paragraph 255.

256.   Paragraph 256 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

257.   Defendants deny the allegations in Paragraph 257.

258.   Paragraph 258 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

259.   Defendants deny the allegations in Paragraph 259.

260.    Paragraph 260 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

261.    Paragraph 261 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

262.    Defendants deny the allegations in Paragraph 262.

263.    Defendants deny the allegations in Paragraph 263.

264.    Paragraph 264 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

265.    Defendants deny the allegations in Paragraph 265.

**D.    The Delayed Closing and Ultimate Collapse of the Columbia Acquisition Further Support Scienter**

266.    Defendants respond that Bristow's financial statements and press releases are publicly available and speak for themselves.  To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations.  Defendants deny all other allegations in the paragraph.

267.    Paragraph 267 includes direct quotations from Bristow's public filings.  Bristow's financial statements and press releases are publicly available and speak for themselves.  To the

extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

268. Defendants admit that Bristow announced on February 11, 2019 that the Colombia Acquisition was terminated by the mutual agreement of the parties. Defendants deny the remaining allegations of Paragraph 268.

269. Defendants deny the allegations in Paragraph 269.

270. Defendants deny the allegations in Paragraph 270.

271. Paragraph 271 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

272. Paragraph 272 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

273. Defendants deny the allegations in Paragraph 273.

274. Defendants deny the allegations in Paragraph 274.

275. Paragraph 275 includes direct quotations from Bristow's public filings. Bristow's financial statements and press releases are publicly available and speak for themselves. To the extent that Plaintiff's summary mischaracterizes Bristow's financial statements, Defendants deny such mischaracterizations. Defendants deny all other allegations in the paragraph.

276. Defendants deny the allegations in Paragraph 276.

E.      **Defendant Baliff's Expedited Departure Supports and Inference of Scienter**

277.    Defendants admit that Baliff's departure was announced on November 8, 2018. Defendants deny the remaining allegations in Paragraph 277.

X.      **CLASS ACTION ALLEGATIONS**

278.    Paragraph 278 does not contain and factual allegations that require a response.  To the extent that Paragraph 278 contains factual allegations or otherwise requires a response, Defendants deny the allegations.

279.    Defendants admit that Bristow shares were traded on the NYSE throughout the putative class period.  Defendants otherwise lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 279 and on that basis deny them.

280.    Paragraph 280 is a legal argument that requires no response.  To the extent that Paragraph 280 contains factual allegations or otherwise requires a response, Defendants deny the allegations.

281.    Paragraph 281 is a legal argument that requires no response.  To the extent that Paragraph 281 contains factual allegations or otherwise requires a response, Defendants deny the allegations.

282.    Paragraph 282 is a legal argument that requires no response.  To the extent that Paragraph 282 contains factual allegations or otherwise requires a response, Defendants deny the allegations.

XI.     **APPLICABILITY OF THE FRAUD-ON-THE-MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE**

283.    Defendants admit that Bristow shares were traded on the NYSE throughout the putative class period.  Defendants deny that they made any materially false or misleading

statements or material omissions.  Defendants otherwise lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 283 and on that basis deny them.

284.    Defendants deny the allegations in Paragraph 284.

285.    Defendants admit that Bristow shares were traded on the NYSE throughout the class period.  Defendants also admit Bristow filed public reports with the SEC.  Defendants also admit Bristow made public statements during the class period and was followed by analysts. Defendants otherwise lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 285 and on that basis deny them.

286.    Defendants deny the allegations in Paragraph 286.

287.    Defendants deny the allegations in Paragraph 287.

## XII.    NO SAFE HARBOR

288.    Paragraph 288 is a legal argument that requires no response.  To the extent that Paragraph 288 contains factual allegations or otherwise requires a response, Defendants deny the allegations.

## XIII.   CAUSES OF ACTION

**FIRST COUNT**
**Violation of Section 10(b) of The Exchange Act and**
**Rule 10b-5 Promulgated Thereunder Against All Defendants**

289.    Paragraph 289 incorporates by reference Paragraphs 1 through 288 of the CAC. Defendants likewise incorporate by reference their responses to Paragraph 1 through 288.

290.    Defendants deny the allegations in Paragraph 290.

291.    Defendants deny the allegations in Paragraph 291.

292.    Defendants deny the allegations in Paragraph 292.

293.    Defendants deny the allegations in Paragraph 293.

294.    Defendants deny the allegations in Paragraph 294.

295.    Defendants deny the allegations in Paragraph 295.

296.    Defendants deny the allegations in Paragraph 296.

297.    Defendants deny the allegations in Paragraph 297.

298.    Defendants deny the allegations in Paragraph 298.

299.    Defendants deny the allegations in Paragraph 299.

**SECOND COUNT**
**Violation of Section 20(a) of the Exchange Act**
**<u>Against All Defendants</u>**

300.    Paragraph 300 incorporates by reference Paragraphs 1 through 299 of the CAC. Defendants likewise incorporate by reference their responses to Paragraph 1 through 299.

301.    Defendants deny the allegations in Paragraph 301.

302.    Defendants deny the allegations in Paragraph 302.

303.    Defendants deny the allegations in Paragraph 303.

## XIV.    PRAYER FOR RELIEF

Plaintiffs' prayer for relief and judgment does not require a response, but insofar as an answer is deemed necessary, Defendants deny that Plaintiffs are entitled to the requested relief and judgment or to any relief whatsoever.

## XV.    JURY TRIAL DEMANDED

Plaintiffs' demand for a trial by jury does not require a response.

**<u>AFFIRMATIVE DEFENSES</u>**

As separate and distinct defenses to the CAC, and to each purported cause of action therein, without assuming any burden of proof that they would otherwise not bear, the Defendants raise the following defenses, including affirmative defenses.  The Defendants reserve the right to assert

35

any additional and further defenses, including affirmative defenses, as may be revealed by discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE
(Failure To State A Claim)

304. The CAC, and each purported cause of action alleged therein against Defendants, fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
(Failure To Plead With Particularity)

305. Defendants allege that Plaintiffs have failed to plead the required elements of each of their claims with the particularity required by governing law.

## THIRD AFFIRMATIVE DEFENSE
(No Materiality)

306. Any allegedly untrue statement of material fact, omission of material fact, misleading statement, or other action allegedly made or taken by any of the Defendants was not material to the investment decision of a reasonable investor.

## FOURTH AFFIRMATIVE DEFENSE
(No Damages)

307. Plaintiffs' claims are barred in whole or in part because plaintiffs cannot establish that any of the Defendants made any untrue statement of material fact, omission of material fact, misleading statement, or took any other action that caused harm to the plaintiffs.

## FIFTH AFFIRMATIVE DEFENSE
(No Reasonable Reliance)

308. Defendants allege that the named plaintiffs and members of the purported plaintiff class would have acquired their Bristow common stock at the same price even if they had known of the alleged misstatements and omissions.

36

## SIXTH AFFIRMATIVE DEFENSE
(Conformity With SEC Rules & Regulations)

309.    Each and every act or omission alleged by Plaintiffs was performed or omitted in good faith and in conformity with the rules and regulations of the SEC and, therefore, there is no liability for any act or omission so alleged.

## SEVENTH AFFIRMATIVE DEFENSE
(No Duty To Disclose)

310.    Defendants allege that, for all of the alleged omissions of material fact described by Plaintiffs, Defendants had no duty to disclose this information.

## EIGHTH AFFIRMATIVE DEFENSE
(Safe Harbor and Bespeaks Caution)

311.    Defendants allege that all of the alleged misstatements of material fact or misleading statements that are forward-looking are protected by the PSLRA's statutory safe harbor provision and by the common law bespeaks caution doctrine.

## NINTH AFFIRMATIVE DEFENSE
(Disclosed Risk)

312.    Defendants allege that the material risks that Plaintiffs allege were omitted from Bristow's disclosures and withheld from investors were actually publicly disclosed.

## TENTH AFFIRMATIVE DEFENSE
(No Loss Causation )

313.    Defendants allege that Plaintiffs cannot plead any facts to establish that the alleged misstatements of material fact, omissions of material fact, or misleading statements made by Defendants were the cause of any decline in the share price of Bristow common stock.

## ELEVENTH AFFIRMATIVE DEFENSE
(No Transaction Causation)

314.    Defendants allege that the named plaintiffs and members of the purported plaintiff class would have acquired their Bristow common stock at the same price even if they had known of the alleged misstatements and omissions.

## TWELFTH AFFIRMATIVE DEFENSE
(Negative Causation)

315.    Defendants allege that any depreciation in the market price of Bristow common stock acquired by the plaintiffs and members of the purported plaintiff class resulted from factors, including the acts of third parties, other than the alleged misrepresentations and omissions set for by Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE
(No Primary Liability)

316.    Plaintiffs' claims are barred in whole or in part because plaintiffs cannot establish the primary liability necessary to assert control-person liability.

## FOURTEENTH AFFIRMATIVE DEFENSE
(Inadequate Class Allegations)

317.    Defendants allege that Plaintiffs have failed to adequately allege the requisite elements to establish the propriety of certifying a class of plaintiffs in this case.

## FIFTEENTH AFFIRMATIVE DEFENSE
(Limited Damages)

318.    Defendants allege that plaintiffs and members of the purported plaintiff class did not exercise due care and failed to act reasonably to protect themselves from, or to mitigate, any damages they allegedly may have sustained by reason of the alleged wrongful acts set forth by Plaintiffs.

RESERVATION OF DEFENSES

319.    Additional facts may be revealed by future discovery that supports additional affirmative defenses presently available to, but unknown to, Defendants.  Therefore, Defendants reserve the right to assert additional defenses in the event that discovery and investigation indicate that additional defenses would be appropriate.

Dated: June 26, 2020                              Respectfully submitted,

                              KING & SPALDING LLP

                              By: */s/ Paul R. Bessette*
                                    Paul R. Bessette
                                    Attorney-in-Charge
                                    Texas Bar No. 02263050
                                    S.D. Tex. Bar No. 22453
                                    Michael J. Biles
                                    Texas Bar No. 24008578
                                    S.D. Tex. Bar No. 23146
                                    Tyler W. Highful
                                    Texas Bar No. 24083176
                                    S.D. Tex. Bar No. 2897159
                                    Jessica England
                                    Texas Bar No.  24105841
                                    S.D. Tex. Bar No. 3380633
                                    500 W. 2nd Street, Suite 1800
                                    Austin, Texas 78701
                                    (512) 457-2000
                                    (512) 457-2100 (Fax)
                                    pbessette@kslaw.com
                                    mbiles@kslaw.com
                                    thighful@kslaw.com
                                    jengland@kslaw.com

                              *Counsel for Defendants*
                              *Jonathan E. Baliff and L. Don Miller*

39

## **CERTIFICATE OF SERVICE**

I certify that on June 26, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/Paul R. Bessette*
Paul R. Bessette

36958918.v4