# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE BRISTOW GROUP INC.
SECURITIES LITIGATION

Case No. 4:19-cv-00509 (KPE)

**DECLARATION OF BARRY BARNETT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF THE SETTLEMENT**

I, Barry Barnett, declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of Texas.  I am a partner with the law firm of Susman Godfrey LLP, Lead Counsel for Plaintiffs in the above-captioned litigation.[1]  I am over 18 years of age and am fully competent to make this declaration.  I have personal knowledge of the facts stated herein, or they are known to me in my capacity as an attorney with Susman Godfrey LLP, and each of them is true and correct.

2.      I submit this declaration in support of Plaintiffs' unopposed motion, pursuant to Federal Rule of Civil Procedure 23(e), for: (i) preliminary approval of the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated January 27, 2021 (the "Stipulation"); (ii) certification of the Class for purposes of settlement; (iii) preliminary approval of the form and manner of giving notice of the Settlement to the Class; (iv) appointment of Angeion Group as Claims Administrator; and (v) a hearing date and time for the Court to consider: (a) final approval of the Settlement, (b) approval of the proposed Plan of Allocation; and (c) Lead Counsel's application for an award of attorneys' fees and expenses and Plaintiffs' request for a service award.

3.      Attached as Exhibit 1 hereto is a true and correct copy of the Stipulation;

a.      Attached as Exhibit A thereto is a true and correct copy of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;

b.      Attached as Exhibit A-1 thereto is a true and correct copy of the long form Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses;

c.      Attached as Exhibit A-2 thereto is a true and correct copy of the Proof of

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation.

1

Claim and Release Form;

   d.  Attached as Exhibit A-3 thereto is a true and correct copy of the Summary Notice;

   e.  Attached as Exhibit A-4 thereto is a true and correct copy of the Postcard Notice; and

   f.  Attached as Exhibit B thereto is a true and correct copy of the [Proposed] Judgment Approving Class Action Settlement.

  4.  Attached as Exhibit 2 hereto is a true and correct firm résumé of Susman Godfrey LLP.

  5.  Attached as Exhibit 3 hereto is a true and correct firm résumé of Kirby McInerney LLP.

  6.  Attached as Exhibit 4 hereto is a true and correct copy of a 2019 NERA Economic Consulting report by Janeen McIntosh & Svetlana Starykh entitled "*Recent Trends in Securities Class Action Litigation: 2019 Full-Year Review*".

  7.  Attached as Exhibit 5 hereto is a true and correct copy of a 2019 Cornerstone Research report by Laarni T. Bulan & Laura E. Simmons entitled "*Securities Class Action Settlements 2019 Review and Analysis*".

  8.  Attached as Exhibit 6 hereto is a compendium of unpublished cases, in alphabetical order, cited in the accompanying memorandum of law in support of preliminary approval of class action settlement pursuant to Court procedure 6.B.

  9.  Attached as Exhibit 7 hereto is a true and correct copy of Angeion Group's company biography and summary of experience.

  I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.  Executed on January 28, 2021 at Houston, Texas.


/s/*Barry Barnett*
Barry Barnett
