# EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE BRISTOW GROUP INC. SECURITIES LITIGATION | Case No.: 4:19-cv-00509 (KPE) |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION,**
**CERTIFICATION OF SETTLEMENT CLASS, AND**
**PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING;**
**AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES**
**AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:** **All persons or entities who, between February 8, 2018 and February 12, 2019, inclusive, purchased or otherwise acquired Bristow Group Inc. ("Bristow") Common Stock, and were damaged thereby (the "Settlement Class"):**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $6,250,000 in cash (the "Settlement"), that, if approved, will resolve all claims, both known and unknown, in the Action.

A hearing will be held on _____, 202_ at __:__ _.m., before the Honorable Keith P. Ellison at the United States District Court for the Southern District of Texas, United States Courthouse, Courtroom 3176, 515 Rusk Avenue, Houston, TX 77002, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated January 27, 2021 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**.  The Notice and Proof of Claim and Release Form ("Claim Form"), can be downloaded from the website maintained by the Claims Administrator, www.BristowSecuritiesSettlement.com.  You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *In re Bristow Group Inc. Sec. Litig.*, Case No. 4:19-cv-00509 (KPE), c/o Angeion Group, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, by emailing info@BristowSecuritiesSettlement.com, or by calling toll free at 844-749-0019.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked or submitted online* no later than _____, 2021.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than _____, 2021, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than _____, 2021, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Bristow, Defendants, or their counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*In re Bristow Group Inc. Sec. Litig.*
Case No. 4:19-cv-00509 (KPE)
c/o Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
844-749-0019
www.BristowSecuritiesSettlement.com
info@BristowSecuritiesSettlement.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

| SUSMAN GODFREY LLP | | KIRBY McINERNEY LLP |
|---|---|---|
| Barry Barnett | | Ira M. Press |
| Michael C. Kelso | - and - | Thomas W. Elrod |
| 1000 Louisiana, Suite 5100 | | 250 Park Avenue, Suite 820 |
| Houston, TX 77002 | | New York, NY 10177 |
| Tel: (713) 651-9366 | | Tel: (212) 371-6600 |
| bbarnett@susmangodfrey.com | | ipress@kmllp.com |
| mkelso@susmangodfrey.com | | telrod@kmllp.com |

DATED: _____ ___, 2021

BY ORDER OF THE DISTRICT COURT
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS