# EXHIBIT A-4

| | |
|---|---|
| Important Legal Notice authorized by the United States District Court for the Southern District of Texas about a Securities Class Action Settlement.<br><br>**If you purchased or otherwise acquired common stock of Bristow Group, Inc. ("Bristow") during the period from February 8, 2018 through February 12, 2019, inclusive, you may be entitled to a payment from a proposed class action settlement.**<br><br>*You may be entitled to a CASH payment.*<br><br>THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS.<br>PLEASE READ IT CAREFULLY. | [Postage Prepaid]<br><br>***Court-Ordered Legal Notice***<br><br>*In re Bristow Group Inc. Sec. Litigation*<br>Case No. 4:19-cv-00509 (KPE)<br>c/o  Angeion Group<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103<br><br><br>[Name]<br>[Address]<br>[City], [State] [Zip]<br>[Country] |

1

***In re Bristow Group Inc. Sec. Litig.*, Case No. 4:19-cv-00509-KPE (S.D. Tex.)**
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT www.BristowSecuritiesSettlement.com FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against certain executives of Bristow Group, Inc. ("Bristow") (collectively, the "Defendants"). The Settlement would resolve a lawsuit in which Lead Plaintiffs allege that Defendants violated the federal securities laws by making false and misleading statements regarding Bristow. Defendants deny any liability or wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired Bristow's common stock, which was publicly traded on the New York Stock Exchange, between February 8, 2018 through February 12, 2019, inclusive (the "Settlement Class Period"), and been damaged thereby.

Defendants have agreed to pay a Settlement Amount of $6,250,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www.BristowSecuritiesSettlement.com.** You may also request a copy of the full Notice by contacting the Claims Administrator toll free at (844) 749-0019 or by emailing info@BristowSecuritiesSettlement.com.

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your Settlement Class Period transactions in Bristow common stock. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.40 per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form.** The Claim Form can be found on the website www.BristowSecuritiesSettlement.com or will be mailed to you upon request to the Claims Administrator by emailing them at info@BristowSecuritiesSettlement.com, or calling toll-free (844) 749-0019. **Claim Forms must be postmarked by _____ __, 2021.** If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __, 2021, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____ __, 2021. The Notice posted at www.BristowSecuritiesSettlement.com explains how to submit a Claim Form, exclude yourself, or object, and you must comply with all of the instructions stated therein.

The Court will hold a hearing in this case on _____ __, 202_, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33% of the Settlement Fund in attorneys' fees, plus actual expenses for litigating the case and negotiating the Settlement (which equals a cost of $0.14 per affected share). You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free 1-844-749-0019 or visit the website www.BristowSecuritiesSettlement.com and read the detailed Notice.