# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE BRISTOW GROUP INC. SECURITIES LITIGATION | Case No. 4:19-cv-00509 (KPE) |
| | **DECLARATION OF MARKHAM SHERWOOD OF ANGEION GROUP, REGARDING: (A) MAILING OF NOTICE AND PROOF OF CLAIM; (B) PUBLICATION OF THE PUBLICATION NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED** |

DECLARATION OF MARKHAM SHERWOOD
Case No. 4:19-cv-00509-(KPE)

I, MARKHAM SHERWOOD, declare, pursuant to 28 U.S.C. § 1746:

1.    I am a Senior Settlement Consultant to Angeion Group ("Angeion"). Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the provision of notice to the Settlement Class.[1] I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts stated herein.

### MAILING OF NOTICE TO THE SETTLEMENT CLASS

2.    Pursuant to ¶7 of the Court's Order Preliminarily Approving Settlement and Providing for Notice, entered on February 5, 2021 (Dkt. 61) (the "Preliminary Approval Order"), Angeion was retained as the Claims Administrator to supervise and administer the notice procedure in connection with the proposed Settlement as well as the processing of Claims. Pursuant to its appointment, as explained below, Angeion mailed the Postcard Notice to all persons, identified through reasonable effort, who purchased or otherwise acquired Bristow common stock during the period from February 8, 2018 and February 12, 2019, inclusive (the "Class Period"). A copy of the Postcard Notice is attached hereto as **Exhibit A**.

3.    The Postcard Notice informed potential Settlement Class Members of the proposed Settlement, advised them of their rights and options, and directed them to the Settlement Website (www.BristowSecuritiesSettlement.com) to obtain additional information about the Settlement, including a link to downloadable formats of the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Long Form Notice"), which includes the Plan of Allocation, the Proof of Claim and Release Form the "Claim Form", and other relevant documents related to the Action. Copies of the Long Form Notice and Claim Form are attached hereto as **Exhibits B and C**, respectively.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated January 28, 2021 (Dkt. 56-1) (the "Stipulation").

DECLARATION OF MARKHAM SHERWOOD                     -1-
Case No. 4:19-cv-00509-(KPE)

4.      On February 22, 2021, Defense Counsel forwarded Angeion lists from the transfer agent for Bristow Group Inc. (the "Transfer Agent List") containing shareholders of record of Bristow common stock during the Class Period. The Transfer Agent List contained data for 372 separate potential members of the Settlement Class.

5.      Pursuant to ¶7(b) of the Preliminary Approval Order, on March 8, 2021 (the "Notice Date"), Angeion caused 372 Postcard Notices (corresponding to the names included on the Transfer Agent List) to be mailed via United States Postal Service ("USPS") first-class mail.

6.      As in most cases of this nature, the majority of potential Settlement Class Members are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees ("Nominees") in the name of the nominee, on behalf of the beneficial purchaser.  The names and addresses of these beneficial purchasers are known only to the Nominees.  Angeion maintains a proprietary database of 2,818 known securities brokers, dealers, banks, and other Nominees to be used for notifying record holders of settlements (the "Broker Database").  On the Notice Date, Angeion caused 2,818 Postcard Notices (corresponding to the 2,818 Nominees in the Broker Database) to be mailed via USPS first-class mail.

7.      Since the Notice Date, Angeion has received requests from Nominees to (i) send the Postcard Notice to the Nominee for distribution, or (ii) send the Postcard Notice directly to the Nominee's customers, whose contact information the Nominee provided to Angeion.  Through June 30, 2021, as a result of requests from 18 Nominees, Angeion has sent an additional 10,373 Postcard Notices, directly or indirectly to potential Settlement Class Members.

8.      As a result of the efforts described in ¶¶4-7 above, as of June 30, 2021, Angeion has mailed a total of 13,563 Postcard Notices to potential Settlement Class Members and Nominees.

9.      As of June 30, 2021, Angeion has received 243 Postcard Notices returned by the USPS as undeliverable. Angeion performed skip traces and was able to remail 137 Postcard Notices for whom updated addresses were successfully found.

10. Additionally, as of June 30, 2021, a total of 62 copies of the Long Form Notice and Claim Form have been directly mailed to Settlement Class Members that requested copies of those documents to be mailed to them.

### PUBLICATION OF THE PUBLICATION NOTICE

11. In accordance with ¶7(e) of the Preliminary Approval Order, Angeion caused the Summary Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, (the "Publication Notice") to be transmitted over PR Newswire on March 15, 2021 and published in Investor's Business Daily on March 15, 2021. A copy of the Publication Notice as transmitted over PR Newswire is attached hereto as **Exhibit D** and a copy of the Publication Notice as published in Investor's Business Daily is attached hereto as **Exhibit E**.

### THE SETTLEMENT WEBSITE

12. Pursuant to ¶13(d) of the Preliminary Approval Order, and to further assist potential Settlement Class Members, Angeion, in coordination with Lead Counsel, designed, implemented, and currently maintains a website, www.BristowSecuritiesSettlement.com, dedicated to the Settlement (the "Settlement Website"). The Settlement Website became operational on March 5, 2021 and will be live throughout the remainder of the claims administration process. The Settlement Website's URL is included in the Postcard Notice, Long Form Notice, Claim Form, and Publication Notice. Among other things, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Court's Settlement Hearing. The Settlement Website also contains copies of Long Form Notice, which includes the Plan of Allocation, the Claim Form, the Stipulation, and the Preliminary Approval Order, as well as Frequently Asked Questions and their answers. The Settlement website will continue to be updated with relevant documents. As of June 30, 2021, there have been 852 visitors to the website.

**THE TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS**

13.    On March 8, 2021, in order to accommodate inquiries regarding the Settlement, Angeion made operational a telephone number (1-844-749-0019) with an Interactive Voice Response ("IVR") system.  Callers have the ability to listen to important information about the Settlement 24 hours a day, 7 day a week, or to leave a message to request that a Notice and Claim Form be sent to them.  As of June 30, 2021, there were 117 calls to the IVR.  The IVR will be maintained throughout the administration of the Settlement.

14.    In addition, Angeion established a dedicated email address for inquiries at info@BristowSecuritiesSettlement.com.  This email address will be maintained throughout the administration of the Settlement.  Angeion has promptly responded to each email inquiry and will continue to address Settlement Class Member inquiries.

**INCOMING MAIL**

15.    Angeion's mailing address appears in the Postcard Notice, the Long Form Notice, the Claim Form, the Publication Notice, and the Settlement Website.  Angeion has monitored all mail that has been delivered to the mailing address, which would include requests for exclusion from the Settlement Class, objections to the Settlement, Claim Forms, and other administrative mail.  All mail has been reviewed, processed, and responded to in a timely manner.

**REPORT ON RECEIPT OF REQUESTS FOR EXCLUSION AND OBJECTIONS TO DATE**

16.    Settlement Class Members were notified that written requests for exclusion from the Settlement Class are to be postmarked no later than July 16, 2021 and be addressed to Bristow Group Inc. Securities Litigation, ATTN: Exclusion Requests, P.O. Box 58220, Philadelphia, PA 19102.  As of June 30, 2021, Angeion has received one (1) exclusion request. A redacted copy of the exclusion request is attached hereto as **Exhibit F**.

17.    Settlement Class Members were also notified that any objections to the proposed Settlement, Plan of Allocation, or the application for attorneys' fees and expenses must be submitted in writing to the Court and mailed to the Office of the Clerk, Class Counsel and Defendants' Counsel, such that they are postmarked no later than July 16, 2021.  Angeion also

Bristow Group Inc. Securities Litigation, ATTN: Exclusion Requests, P.O. Box 58220, Philadelphia, PA 19102. As of June 30, 2021, Angeion has received one (1) exclusion request. A redacted copy of the exclusion request is attached hereto as **Exhibit F**.

17.    Settlement Class Members were also notified that any objections to the proposed Settlement, Plan of Allocation, or the application for attorneys' fees and expenses must be submitted in writing to the Court and mailed to the Office of the Clerk, Class Counsel and Defendants' Counsel, such that they are postmarked no later than July 16, 2021. Angeion also monitors incoming mail to identify any objections submitted by Class Members. As of June 30, 2021, Angeion has not received any objections.

18.    Angeion will continue to monitor incoming mail for exclusion requests and objections up to and beyond the deadline and will report to counsel for the Settling Parties any exclusion requests or objections it receives.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of June, 2021 in San Francisco, California.

Markham Sherwood
Senior Settlement Consultant
ANGEION GROUP

DECLARATION OF MARKHAM SHERWOOD                    -6-
Case No. 4:19-cv-00509-(KPE)

# Exhibit A

| | |
|---|---|
| Important Legal Notice authorized by the United States District Court for the Southern District of Texas about a Securities Class Action Settlement.<br><br>**If you purchased or otherwise acquired common stock of Bristow Group, Inc. ("Bristow") during the period from February 8, 2018 through February 12, 2019, inclusive, you may be entitled to a payment from a proposed class action settlement.**<br><br>*You may be entitled to a CASH payment.*<br><br>THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY. | [Postage Prepaid]<br><br>***Court-Ordered Legal Notice***<br><br>*In re Bristow Group Inc. Sec. Litigation*<br>Case No. 4:19-cv-00509 (KPE)<br>c/o  Angeion Group<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103<br><br><br>[Name]<br>[Address]<br>[City], [State] [Zip]<br>[Country] |

1

*In re Bristow Group Inc. Sec. Litig.*, **Case No. 4:19-cv-00509-KPE (S.D. Tex.)**
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT*
*www.BristowSecuritiesSettlement.com FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against certain executives of Bristow Group, Inc. ("Bristow") (collectively, the "Defendants"). The Settlement would resolve a lawsuit in which Lead Plaintiffs allege that Defendants violated the federal securities laws by making false and misleading statements regarding Bristow. Defendants deny any liability or wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired Bristow's common stock, which was publicly traded on the New York Stock Exchange, between February 8, 2018 through February 12, 2019, inclusive (the "Settlement Class Period"), and been damaged thereby.

Defendants have agreed to pay a Settlement Amount of $6,250,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www.BristowSecuritiesSettlement.com.** You may also request a copy of the full Notice by contacting the Claims Administrator toll free at (844) 749-0019 or by emailing info@BristowSecuritiesSettlement.com.

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your Settlement Class Period transactions in Bristow common stock. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.40 per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form.** The Claim Form can be found on the website www.BristowSecuritiesSettlement.com or will be mailed to you upon request to the Claims Administrator by emailing them at info@BristowSecuritiesSettlement.com, or calling toll-free (844) 749-0019. **Claim Forms must be postmarked by July 6, 2021.** If you do not want to be legally bound by the Settlement, you must exclude yourself by July 16, 2021, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by July 16, 2021. The Notice posted at www.BristowSecuritiesSettlement.com explains how to submit a Claim Form, exclude yourself, or object, and you must comply with all of the instructions stated therein.

The Court will hold a hearing in this case on August 6, 2021, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33% of the Settlement Fund in attorneys' fees, plus actual expenses for litigating the case and negotiating the Settlement (which equals a cost of $0.14 per affected share). You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free 1-844-749-0019 or visit the website www.BristowSecuritiesSettlement.com and read the detailed Notice.

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE BRISTOW GROUP INC. SECURITIES LITIGATION | Case No.: 4:19-cv-00509 (KPE) |

**NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:** Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Southern District of Texas (the "Court"), if, during the period from February 8, 2018 through and including February 12, 2019 (the "Settlement Class Period"), you purchased or otherwise acquired common stock of Bristow Group, Inc. ("Bristow"), and you were injured thereby.[1]

**NOTICE OF SETTLEMENT:** Please also be advised that the Court-appointed Lead Plaintiffs Andrew Abernathey, Jay Abernathey, Guy Abernathey and Meridian Investments I, LLC ("Lead Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 21 below), and Defendants Jonathan Baliff and L. Don Miller (collectively, "Defendants" or "Settling Persons") have reached a proposed settlement of the Action for $6,250,000 in cash that, if approved, will resolve all claims of Settlement Class members, whether known or unknown, in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of cash from the Settlement. If you are a member of the proposed Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Bristow, Defendants in the Action, or their counsel, or the Court. All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 81 below).**

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED NO LATER THAN JULY 6, 2021.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 30 below) that you have against Defendants and the other Defendants' Releasees (defined in ¶ 31 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN JULY 16, 2021.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of your own or any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated January 27, 2021 (the "Stipulation"), which is available at www.BristowSecuritiesSettlement.com.

1

| | |
|---|---|
| **OBJECT TO THE SETTLEMENT OR THE REQUEST FOR FEES AND EXPENSES BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN JULY 16, 2021.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, among others, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON AUGUST 6, 2021 AT 2:00 P.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN JULY 16, 2021.** | Filing a written objection and notice of intention to appear by July 16, 2021 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

1.    **Description of the Action and the Settlement Class:** This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that Settling Persons Jonathan Baliff and L. Don Miller violated the federal securities laws as a result of improper conduct caused Bristow's stock to trade at artificially inflated prices during the Settlement Class Period.  A more detailed description of the Action is set forth in ¶¶ 11-20 below.  The proposed Settlement, if approved by the Court, will settle all claims, both known and unknown, of the Settlement Class, as defined in ¶ 21 below.

2.    **Statement of the Settlement Class's Recovery:** Subject to Court approval, Lead Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $6,250,00 in cash (the "Settlement Amount") to be deposited into an escrow account.  The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.  The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 9-10 below.

3.    **Estimate of Average Amount of Recovery Per Share:** Based on Lead Plaintiffs' damages expert's estimates of the number of shares of Bristow common stock publicly traded on the New York Stock Exchange ("NYSE") purchased during the Settlement Class Period that may have been affected by the conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per eligible share is $0.40.  Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate. Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, (a) the number of Settlement Class Members who file claims, (b) the number of shares of Bristow common stock Settlement Class Members purchased/acquired and sold during the Settlement Class Period, and (c) when and at what prices they purchased/acquired or sold shares of Bristow common stock during the Settlement Class Period. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 9-10 below) or such other plan of allocation as may be ordered by the Court.

4.    **Average Amount of Damages Per Share:** The Parties do not agree on the average amount of damages per share that would be recoverable if Lead Plaintiffs were to prevail in the Action.  Defendants disagree with Lead Plaintiffs concerning the number of allegedly damaged shares and the amount of per-share recoverable damages in the event that Lead Plaintiffs were to prevail in this Action.  Defendants also maintain that they committed no violation of the federal securities laws.

5.    **Attorneys' Fees and Expenses Sought:** Lead Counsel, which have been prosecuting the Action on a wholly contingent basis since its inception, have not received any payment of attorneys' fees for their representation of the Settlement Class

and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Court-appointed Lead Counsel, Kirby McInerney LLP and Susman Godfrey L.L.P., will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the Settlement Fund. In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $100,000. Lead Counsel will also request that special service payments of up to $5,000 each be paid from the aggregate Settlement Fund to each of the Lead Plaintiffs for their service as representatives on behalf of the whole Settlement Class. Any fees and/or expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. Estimates of the average cost per affected share of Bristow, if the Court approves Lead Counsel's fee and expense application, is $0.14 per eligible share.

6. **Identification of Plaintiffs' Representatives:** Lead Plaintiffs and the Settlement Class are represented by Ira M. Press, Esq. and Thomas W. Elrod, Esq. of Kirby McInerney LLP, 250 Park Avenue, Suite 820, New York, NY 10177, (212) 371-6600, and Barry Barnett, Esq. and Michael C. Kelso, Esq. of Susman Godfrey L.L.P., 1000 Louisiana, Suite 5100, Houston, TX 77002-5096, (713) 651-9366.

7. **Reasons for the Settlement:** Lead Plaintiffs' principal reason for entering into the Settlement is the immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action, and the likely appeals that would follow a trial. The factors that Lead Plaintiffs considered in agreeing to settle the litigation include, among other things, the following facts and risks:

    a.    Although Lead Plaintiffs and Lead Counsel believe they would ultimately prevail on the claims, they recognize the significant risk that the operative complaint would be dismissed given the stringent requirements of the Private Securities Litigation Reform Act of 1995.

    b.    Even though the complaint survived Defendants' motion to dismiss, Lead Plaintiffs would have faced numerous hurdles including at the class certification stage, during completion of fact and expert discovery, at summary judgment, trial and in subsequent appeals.

    c.    Lead Plaintiffs have determined that there are obstacles to establishing Defendants' liability and any damages. These obstacles include, among other things:

        i.    that Lead Plaintiffs may be unable to prove that any materially inaccurate statements Defendants made concerning Bristow's internal controls, were made with the requisite state of mind to support the securities fraud claim alleged; and

        ii.    that the class proposed by Lead Plaintiffs would not be certified, and/or that it might only be certified for part of the class period for which certification was sought.

Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

## WHAT THIS NOTICE CONTAINS

Why Did I Get The Postcard Notice? ...................................................................................................Page 4

What Is This Case About? ...................................................................................................................Page 4

How Do I Know If I Am Affected By The Settlement? Who Is Included
    In The Settlement Class? ...............................................................................................................Page 5

What Are Lead Plaintiffs' Reasons For The Settlement? ...................................................................Page 5

What Might Happen If There Were No Settlement?............................................................................Page 6

How Are Settlement Class Members Affected By The Action And
    The Settlement? .............................................................................................................................Page 6

How Do I Participate In The Settlement? What Do I Need To Do? ...................................................Page 7

How Much Will My Payment Be?.......................................................................................................Page 8

What Payment Are The Attorneys For The Settlement Class Seeking?
    How Will The Lawyers Be Paid? ................................................................................................. Page 11

What If I Do Not Want To Be A Member Of The Settlement Class?
    How Do I Exclude Myself?............................................................................................................Page 11

When And Where Will The Court Decide Whether To Approve The Settlement?
    Do I Have To Come To The Hearing?  May I Speak At The Hearing If I
    Don't Like The Settlement?.................................................................................................Page 12
What If I Bought Shares On Someone Else's Behalf?..........................................................Page 13
Can I See The Court File?  Whom Should I Contact If I Have Questions? ...........................Page 13

## WHY DID I GET THE POSTCARD NOTICE?

8.      The Court directed that the Postcard Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased/acquired Bristow common stock during the Settlement Class Period. The Court also directed that this Notice be posted online at www.BristowSecuritiesSettlement.com and mailed to you upon request to the Claims Administrator.  The Court has directed us to disseminate these notices because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the claims administrator selected by Lead Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.      The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It is also being sent to inform you of the terms of the proposed Settlement, how to share in the Settlement Fund, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation, and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing"). *See* paragraph 70 below for details about the Settlement Hearing, including the date and location of the hearing.

10.      The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11.      This case is brought as a federal securities class action on behalf of all persons or entities who, between February 8, 2018 and February 12, 2019, inclusive, purchased or otherwise acquired Bristow common stock and were damaged thereby.

12.      Bristow, at all relevant times, was a Delaware corporation headquartered in Houston, Texas that provided industrial aviation services, primarily through its fleet of approximately 400 rotary (helicopter) and fixed-wing aircraft.

13.      Two class action complaints were filed in the United States District Court for the Southern District of Texas, which by Order dated May 14, 2019 were consolidated and Lead Plaintiffs and Lead Counsel were approved and appointed by the Court.

14.      On May 11, 2019, Bristow filed for bankruptcy protection and implemented a Chapter 11 reorganization plan confirmed by the U.S. Bankruptcy Court for the Southern District of Texas on October 4, 2019.  Pursuant to the "Order (i) Approving the Disclosure Statement, (ii) Confirming the Amended Joint Chapter 11 Plan of Reorganization of Bristow Group Inc. and Its Debtor Affiliates, as Further Modified and (iii) Granting Related Relief," only claims against Defendants were excluded from the third-party releases. *See In re Bristow Group Inc.*, Case No. 19-32713 (DRJ) (Bankr. S.D. Tex.) (Dkt. No. 822-1 at ¶ 40).

15.      On November 4, 2019, Lead Plaintiffs filed a Consolidated Class Action Complaint ("CAC" or "Complaint") for Violations of the Federal Securities Laws asserting claims under (1) Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder; and (2) Section 20(a) of the Exchange Act against Defendants.  Among other things, the Complaint alleged that during the Settlement Class Period, Defendants made false and/or materially misleading statements concerning Bristow's internal controls relating to non-financial covenants, which inflated the price of Bristow publicly traded common stock.

16.      On January 3, 2020, Defendants filed a motion to dismiss the Complaint.  Following the completion of briefing on that motion, the District Court held a telephonic hearing on Defendants' motion to dismiss on May 22, 2020.  The District Court denied Defendants' motion at the conclusion of the telephonic hearing.

17.      Lead Plaintiffs continued their investigation into the claims asserted and although the Parties believe in the merits of their respective positions, they also recognized the benefits that would accrue if they could reach an agreement to resolve the Action. On October 15, 2020, the Parties participated in a mediation session before Jed D. Melnick, Esq., an experienced mediator.  The Parties

exchanged detailed mediation statements that addressed, among other things, issues related to liability and damages which were submitted to the mediator in advance of a full-day mediation session. The mediation session did not result in a settlement. Following the mediation sessions, the Parties resumed litigation as settlement negotiations continued. Settlement negotiations resulted in a mediator's proposal for a settlement of $6.25 million that includes confirmatory discovery, which both Parties accepted. Thereafter, all proceedings were stayed in the district court.

18.     Based upon their investigation, prosecution, and mediation of the case, Lead Plaintiffs and Lead Counsel have concluded that the terms and conditions of the Settlement are fair, reasonable, and adequate to Lead Plaintiffs and the other members of the Settlement Class, and in their best interests. Based on the investigation and mediation of the case and Lead Plaintiffs' direct oversight of the prosecution of this matter and with the advice of his counsel, Lead Plaintiffs have agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things, (a) the substantial financial benefit that Lead Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

19.     Defendants are entering into the Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation. Each of the Defendants denies any wrongdoing or liability, and the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants, or any other of the Defendants' Releasees (defined in ¶ 31 below), with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted. Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any Lead Plaintiffs or Plaintiffs' Releasees of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

20.     On February 5, 2021, the Court preliminarily approved the Settlement, authorized the Postcard Notice to be mailed to potential Settlement Class Members and this Notice to be posted online and mailed to potential Settlement Class Members upon request, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

| **HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?**<br>**WHO IS INCLUDED IN THE SETTLEMENT CLASS?** |
|---|

21.     If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

all Persons[2] or entities who, between February 8, 2018 and February 12, 2019, inclusive, purchased or otherwise acquired Bristow's common stock and were damaged thereby.

Excluded from the Settlement Class are the Settling Persons; members of the Settling Persons' Immediate Families; the Settling Persons' legal representatives, heirs, executors, administrators, predecessors, successors, assignees or assigns, and any entity in which they have or had a controlling interest; any trust of which any Settling Person is the settlor or which is for the benefit of any Settling Person and/or member(s) of his or her family; Defendants' liability insurance carriers; and the current and former officers and directors of the Company. Also excluded from the Settlement Class are any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court. *See* "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself," on page 11 below.

**PLEASE NOTE: RECEIPT OF THE POSTCARD NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.**

**If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Claim Form that is available online at www.BristowSecuritiesSettlement.com or which can be mailed to you upon request to the Claims Administrator, and the required supporting documentation as set forth therein, postmarked no later than July 6, 2021.**

| **WHAT ARE LEAD PLAINTIFFS' REASONS FOR THE SETTLEMENT?** |
|---|

22.     Lead Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit. They recognize, however, the expense and length of continued proceedings necessary to pursue the claims against the remaining Defendants through

---

[2] "Person" or "Persons" means an individual, corporation, partnership, limited partnership, association, joint stock company, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, and any business or legal entity and their spouses, heirs, predecessors, successors, representatives, or assigns.

trial and appeals, as well as the very substantial obstacles they would face in establishing liability and damages. Defendants had numerous avenues of attack that could preclude a recovery as to those challenged statements. For example, they would assert that any materially inaccurate statements they made were not made with the requisite state of mind to support the securities fraud claim alleged. Even if the hurdles to establishing liability were overcome, the amount of damages that could be attributed to the allegedly false statements would be vigorously contested. Lead Plaintiffs would have to prevail at several stages – including motions for class certification, summary judgment, trial, and (if they prevailed on those) the appeals that would likely to follow. Thus, Lead Plaintiffs faced very significant risks attendant to the continued prosecution of the Action.

23.    In light of these risks, the amount of the Settlement and the certainty and immediacy of recovery to the Settlement Class, Lead Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class. Lead Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $6,250,00 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller, or no, recovery after summary judgment, trial and appeals, possibly years in the future.

24.    Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever. Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation. Accordingly, the Settlement is not and may not be construed as an admission of any wrongdoing, fault, or liability on the part of the Defendants.

### WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?

25.    If there were no Settlement and Lead Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants. Also, if Defendants were successful in proving any of their defenses, either on summary judgment, at trial or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

### HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?

26.    As a Settlement Class Member, you are represented by Lead Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?" on page 12 below.

27.    If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself?" on page 11 below.

28.    If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, and/or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 12 below.

29.    If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court. If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiffs' Claim (as defined in ¶ 30 below) against the Defendants and the Defendants' Releasees (as defined in ¶ 31 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

30.    "Released Plaintiffs' Claims" means all claims, rights, duties, controversies, obligations, demands, actions, debts, sums of money, suits, contracts, agreements, promises, damages, losses, judgments, liabilities, allegations, arguments and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, local, common, statutory, administrative or foreign law, or any other rule or regulation, at law or in equity, whether class or individual in nature, whether fixed or contingent, whether accrued or unaccrued, whether liquidated or unliquidated, whether matured or unmatured, that Plaintiffs or any other member of the Settlement Class: (i) asserted in any complaint filed in this Action including the CAC; or (ii) could have asserted in any forum that arise out of or are related to any of the allegations, transactions, facts, matters, events, disclosures, statements,

6

occurrences, representations or omissions involved, set forth, or referred to in any complaint filed in this Action including the CAC, that relate to, directly or indirectly, the purchase or sale or other acquisition, disposition, or holding of any Bristow Securities during the Settlement Class Period.  Released Plaintiffs' Claims do not include: (i) any claims relating to the enforcement of the Settlement; and (ii) any claims of any person or entity who or which submits a request for exclusion that is accepted by the Court.

31.    "Defendants' Releasees" means the Settling Persons, Bristow, and any other person who was an officer, director or employee of Bristow during the Settlement Class Period (including their Immediate Family members, heirs, executors, estates, trusts, successors, assigns, administrators, representatives, attorneys, agents, insurers and reinsurers, and any entities controlled by any of the Settling Persons), in their capacities as such.

32.    "Unknown Claims" means any Released Plaintiffs' Claims which any Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its settlement with and release, or might have affected his, her or its decision(s) with respect to this Settlement, including, but not limited to, whether or not to object to this Settlement or to the release of any Released Claims.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by California Civil Code § 1542 and any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

**A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

Plaintiffs and Defendants acknowledge that they may hereafter discover facts in addition to or different from those which he, she, it or their counsel now knows or believes to be true with respect to the subject matter of the Released Claims, but the Plaintiffs and Defendants shall expressly settle and release, and each Settlement Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have, fully, finally and forever settled and released any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.  Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members shall be deemed by operation of law to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Plaintiffs' Claims and Released Defendants' Claims was separately bargained for and a key element of the Settlement.

33.    The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendants' Claim (as defined in ¶ 34 below) against Lead Plaintiffs and the other Plaintiffs' Releasees (as defined in ¶ 35 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

34.    "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims asserted in the Action against the Defendants.  Released Defendants' Claims do not include: (i) any claims relating to the enforcement of the Settlement; or (ii) any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

35.    "Plaintiffs' Releasees" means Lead Plaintiffs, all other plaintiffs in the Action, their respective attorneys, and all other Settlement Class Members, and their respective current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, and attorneys, in their capacities as such.

| **HOW DO I PARTICIPATE IN THE SETTLEMENT? WHAT DO I NEED TO DO?** |
|---|

36.    To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation **postmarked no later than July 6, 2021**. A Claim Form is available on the website maintained by the Claims Administrator for the Settlement, www.BristowSecuritiesSettlement.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-844-749-0019 or emailing info@BristowSecuritiesSettlement.com.  Please retain all records of your ownership of and

7

transactions in Bristow common stock, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

**HOW MUCH WILL MY PAYMENT BE?**

37.     At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement because the deadline for Settlement Class members to file claims has not passed yet.  As a result, the total number of shares for which valid timely claims are filed, and the prices and dates on which those shares were purchased and sold, are unknown and unknowable.

38.     Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid six million two hundred and fifty thousand dollars ($6,250,000) in cash.  The Settlement Amount will be deposited into an escrow account.  The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."  If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; (c) any attorneys' fees and Litigation Expenses awarded by the Court); and (d) any award to the Lead Plaintiffs of the Action for their service on behalf of the class - will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

39.     The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired and/or such approval is upheld on any appeal.

40.     Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

41.     Approval of the Settlement is independent from approval of a plan of allocation.  Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

42.     Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before July 6, 2021 shall be fully and forever barred from receiving payments pursuant to the Settlement, but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given.  This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 30 above) against the Defendants' Releasees (as defined in ¶ 31 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

43.     Participants in, and beneficiaries of, a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Bristow common stock held through the ERISA Plan in any Claim Form that they may submit in this Action.  They should include ONLY those shares that they purchased or acquired outside of the ERISA Plan.  Claims based on any ERISA Plan's purchases or acquisitions of Bristow common stock during the Settlement Class Period may be made by the plan's trustees.  To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

44.     The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

45.     Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

46.     Only Settlement Class Members, *i.e.*, persons and entities who purchased or otherwise acquired Bristow common stock during the Settlement Class Period and were damaged as a result of such purchases or acquisitions will be eligible to share in the distribution of the Net Settlement Fund.  Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.

## PROPOSED PLAN OF ALLOCATION

47.    The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who suffered economic losses as a proximate result of the alleged violations of the federal securities laws, as opposed to losses caused by market, industry, or company-specific factors or factors unrelated to the alleged violations of law. The Plan of Allocation is not a formal damage analysis, and the calculations made in accordance with the Plan of Allocation are not intended to be estimates of, or indicative of, the amounts that Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement.  The computations under the Plan of Allocation are only a method to weigh, in a fair and equitable manner, the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

48.    The Plan of Allocation generally measures the amount of loss that a Settlement Class Member can claim for purposes of making *pro rata* allocations of the cash in the Net Settlement Fund to Authorized Claimants. The Plan of Allocation is not a formal damage analysis. Recognized Loss Amounts are based primarily on the price declines observed over the period in which Lead Plaintiffs allege corrective information was entering the market place. In this case, Lead Plaintiffs allege that Defendants made false statements and omitted material facts between February 8, 2018 through and including February 12, 2019 (the "Settlement Class Period"), which had the effect of artificially inflating the price of Bristow common stock.

49.    In order to have recoverable damages, disclosure of the alleged misrepresentations must be the cause of the decline in the price of Bristow common stock.  Lead Plaintiffs allege, among other things, that artificial inflation was removed from the price of Bristow common stock as a result of the alleged corrective disclosures that occurred on February 6, 2019, February 11, 2019, and February 12, 2019.[3]  Accordingly, in order to have a Recognized Loss Amount, Bristow common stock purchased or otherwise acquired during the Settlement Class Period must have been held through at least one of these alleged corrective disclosure dates and must have suffered a loss.

50.    To the extent a Claimant does not satisfy one of the conditions set forth in the preceding paragraph, his, her, or its Recognized Loss Amount for those transactions will be zero.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

51.    Based on the formulas set forth below, a "Recognized Loss Amount" shall be calculated for each purchase or acquisition of Bristow common stock that was publicly traded on the NYSE during the Settlement Class Period that is listed in the Proof of Claim Form and for which adequate documentation is provided. In the calculations below, if a Recognized Loss Amount calculates to a negative number or zero, that Recognized Loss Amount shall be zero.

52.    For each share of Bristow common stock that was purchased or otherwise acquired during the period from February 8, 2018 through and including February 6, 2019, that was:

a.    sold prior to February 7, 2019, the Recognized Loss is $0;

b.    sold between February 7, 2019 and February 11, 2019, the Recognized Loss shall be equal to: (a) the lesser of the purchase price and $3.24, minus (b) the greater of the sale price and $2.71; and

c.    sold on February 12, 2019, the Recognized Loss shall be equal to: (a) the lesser of the purchase price and $3.24, minus (b) the greater of the sale price and $1.84; and

d.    remained unsold after February 12, 2019, the Recognized Loss shall be equal to: (a) the lesser of the purchase price and $3.24, minus (b) the greater of the sale price and $1.20.

53.    For all Bristow common stock that were purchased or otherwise acquired during the period from February 7, 2019 and February 11, 2019, that were:

a.    sold prior to February 12, 2019, the Recognized Loss shall be $0; and

---

[3] Any transactions in Bristow common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

b.    sold on February 12, 2019, the Recognized Loss shall be equal to the: (a) the lesser of the purchase price and $3.06, minus (b) the greater of the sale price and $1.84.

c.    remained unsold after February 12, 2019, the Recognized Loss shall be equal to: (a) the lesser of the purchase price and $3.06, minus (b) the greater of the sale price and $1.20.

54.    For each share of Bristow common stock that was purchased or otherwise acquired on February 12, 2019:

a.    that was sold on February 12, 2019, the Recognized Loss shall be equal to the: (a) the less of the purchase price and $3.06, minus (b) the greater of the sale price and $1.84;

b.    remained unsold after February 12, 2019, the Recognized Loss shall be equal to: (a) the lesser of the purchase price and $3.06, minus (b) the greater of the sale price and $1.20.

## ADDITIONAL PROVISIONS

55.    The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount (defined in ¶ 58 below) is $10.00 or greater.

56.    To the extent an Authorized Claimant had an aggregate gain from his, her or its purchases or acquisitions of Bristow common stock during the Settlement Class Period, the value of his, her or its total Recognized Loss will be zero.  Such Authorized Claimant shall in any event be bound by the Settlement.  To the extent that an Authorized Claimant suffered an overall loss from his, her or its purchases or acquisitions of Bristow common stock during the Settlement Class Period, but the loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the actual loss.  Purchases that were made in order to cover short sales are ineligible and will not be included in the Recognized Loss calculation; however, any aggregate gains with respect to short sales that were covered after February 6, 2019 shall be offset against the Recognized Loss on other transactions.  All purchases and sales of Bristow common stock during the Settlement Class Period shall be matched on a Last-In-First-Out ("LIFO") basis.

57.    A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her, or its Recognized Loss Amounts for all Bristow common stock.

58.    The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims.  Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.  If any Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized Claimant.

59.    Purchases or acquisitions and sales of Bristow common stock that was publicly traded on the NYSE shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.  However, for Bristow common stock that were put to investors pursuant to put options sold by those investors, the purchase of Bristow common stock shall be deemed to have occurred on the date that the put option was sold, rather than the date on which the Bristow common stock was subsequently put to the investor pursuant to that option.  The proceeds of any put option sales shall be offset against any losses from Bristow common stock purchased or otherwise acquired during the Settlement Class Period.  Any shares acquired though the exercise of a call option shall be treated as a purchase on the date of exercise for the exercise price plus the cost of the call option, and any Claim arising from such transaction shall be computed as provided for other purchases of Bristow common stock as set forth herein.

60.    The receipt or grant by gift, devise, inheritance or operation of law of Bristow common stock during the Settlement Class Period shall not be deemed to be a purchase, acquisition or sale of Bristow common stock for the calculation of an Authorized Claimant's Recognized Loss Amount if the Person from which the Bristow common stock was received did not themselves purchase or acquire the common stock during the Settlement Class Period, nor shall it be deemed an assignment of any claim relating to the purchase or acquisition of such Bristow common stock unless specifically provided in the instrument or gift or assignment.

61.    After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks.  To the extent any monies remain in the fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in

10

consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to Investor Protection Trust, to be recommended by Lead Counsel and approved by the Court.

62.     Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Authorized Claimants. No person shall have any claim against Lead Plaintiffs, Lead Counsel, Lead Plaintiffs' damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court.  Lead Plaintiffs, Defendants and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator, the payment or withholding of taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

63.     The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Lead Plaintiffs after consultation with their damages expert. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class. Any Orders regarding any modification of the Plan of Allocation will be posted on the settlement website, www.BristowSecuritiesSettlement.com.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING?  HOW WILL THE LAWYERS BE PAID?

64.     Lead Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Lead Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for Lead Counsel in an amount not to exceed 33% of the Settlement Fund. At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $100,000, and may also seek awards for the Lead Plaintiffs, pursuant to the Private Securities Litigation Reform Act, in an amount not to exceed $5,000 each. The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses, or payment of any awards for the Lead Plaintiffs. Such sums as may be approved by the Court will be paid solely from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

65.     Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *In re Bristow Group Inc. Securities Litigation*, ATTN: EXCLUSION/OBJECTION REQUEST, c/o Angeion Group, P.O. Box 58220, Philadelphia, PA 19102.  The exclusion request must be *received* no later than July 16, 2021.  You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must: (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *In re Bristow Group Inc. Securities Litigation*, Case No.: 4:19-cv-00509 (KPE)"; (c) identify and state the number of Bristow common stock that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between February 8, 2018 and February 12, 2019, inclusive), as well as the dates and prices of each such purchase/acquisition and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

66.     If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

67.     If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

68.     Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiffs and Defendants.

11

| **WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?  DO I HAVE TO COME TO THE HEARING?  MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?** |
|---|

69.     **Settlement Class Members do not need to attend the Settlement Hearing.  The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing.  You can participate in the Settlement without attending the Settlement Hearing**.

70.     The Settlement Hearing will be held on August 6, 2021 at 2:00 p.m., before the Honorable Keith P. Ellison at the United States District Court for Southern District of Texas, Bob Casey United States Courthouse, 515 Rusk Avenue, Houston, TX 77002.  The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

71.     Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

72.     The Court can only approve or deny the settlement, not change its terms. You can ask the Court to deny approval by filing an objection.

73.     Objections must be in writing to the Court.  You must file any written objection, together with copies of all other papers and briefs supporting the objection, either (a) in person at any location of the United States District Court for the Southern District of Texas; or (b) by mail, to the Clerk's Office at the United States District Court for the Southern District of Texas at the address set forth below on or before July 16, 2021.  You must also serve the papers on Lead Counsel and on Defendants' Counsel at the mailed and email addresses set forth below so that the papers are *received* **on or before July 16, 2021.**

| **Clerk's Office** | **Lead Counsel** | **Defendants' Counsel** |
|---|---|---|
| United States District Court | KIRBY MCINERNEY LLP | KING & SPALDING LLP |
| Southern District of Texas | Attn: Ira M. Press | Attn: Paul R. Bessette |
| Clerk of the Court | Thomas W. Elrod | Michael J. Miles |
| United States Courthouse | 250 Park Avenue, Suite 820 | Tyler W. Highful |
| P.O. Box 61010 | New York, NY 10177 | Jessica England |
| Houston, TX 77208 | ipress@kmllp.com | 500 W. 2nd Street, Suite 1800 |
| | telrod@kmllp.com | Austin, TX 78701 |
| | | pbessette@kslaw.com |
| | - and - | mbiles@kslaw.com |
| | | thighful@kslaw.com |
| | SUSMAN GODFREY LLP | jengland@kslaw.com |
| | Attn: Barry Barnett | |
| | Michael C. Kelso | |
| | 1000 Louisiana, Suite 5100 | |
| | Houston, TX 77002 | |
| | bbarnett@susmangodfrey.com | |
| | mkelso@susmangodfrey.com | |

74.     Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) clearly identify the case name and number (*In re Bristow Group Inc. Securities Litigation*, Case No.: 4:19-cv-00509 (KPE); (c) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (d) must include documents sufficient to prove membership in the Settlement Class, including the number of Bristow common stock that the objecting Settlement Class Member purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between February 8, 2018 and February 12, 2019, inclusive), as well as the dates and prices of each such purchase and sale. You may not object to the Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

75.     You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

12

76.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is *received* **on or before July 16, 2021**. Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the Court.

77.    You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court at the address set forth in ¶ 73 above so that the notice is *received* **on or before July 16, 2021**.

78.    The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

79.    **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

80.    If you purchased or otherwise acquired Bristow common stock between February 8, 2018 and February 12, 2019, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either: (a) within seven (7) calendar days of receipt of the Postcard Notice, request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of the Postcard Notice, provide a list of the names and addresses of all such beneficial owners to Claims Administrator, c/o Bristow Group Securities Litigation Settlement, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  If you choose the second option, the Claims Administrator will send a copy of the Postcard Notice to the beneficial owners. Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred, up to a maximum of $0.15 per Postcard Notice plus actual postage if the Postcard Notice is mailed by the broker or nominee; or $ 0.05 per Postcard Notice transmitted by email by the broker or nominee; or $ 0.05 per name, mailing address, and email address (to the extent available), by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Any dispute concerning the reasonableness of reimbursement costs shall be resolved by the Court. Copies of this Notice and the Claim Form may be obtained from the website maintained by the Claims Administrator, www.BristowSecuritiesSettlement.com, by calling the Claims Administrator toll-free at (844) 749-0019, or emailing info@BristowSecuritiesSettlement.com.

## CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

81.    This Notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at www.BristowSecuritiesSettlement.com, by contacting Lead Counsel at (212) 371-6600 or, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the Bob Casey United States Courthouse, 515 Rusk Avenue, Houston, TX 77002, between 8:00 a.m. and 5:00 p.m., Monday through Friday, excluding Court holidays. The Settlement Agreement, any related orders entered by the Court, and other relevant documents also are available on the Settlement website, at www.BristowSecuritiesSettlement.com.

All inquiries concerning the Notice and the Claim Form should be directed to the Claims Administrator or Lead Counsel at:

|  |  |  |
|---|---|---|
| Claims Administrator | | Ira M. Press, Esq. |
| c/o Bristow Group Securities | | Thomas W. Elrod, Esq. |
| Litigation Settlement | | KIRBY McINERNEY LLP |
| 1650 Arch Street, Suite 2210 | and | 250 Park Avenue, Suite 820 |
| Philadelphia, PA 19103 | /or | New York, NY 10177 |
| Telephone: (844) 749-0019 | | (212) 371-6600 |
| www.BristowSecuritiesSettlement.com | | |
| info@BristowSecuritiesSettlement.com | | |

13

Barry Barnett, Esq.
Michael C. Kelso, Esq.
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
(713) 651-9366

**PLEASE DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: February 5, 2021                    **By Order of the Court**
                                           **United States District Court**
                                           **Southern District of Texas**

14

# Exhibit C

*In re Bristow Group Inc. Sec. Litig.*
**Case No. 4:19-CV-00509 (KPE)**
**c/o Angeion Group**
**1650 Arch Street, Suite 2210**
**Philadelphia, PA 19103**

**Toll Free Number: (844) 749-0019**
**Settlement Website: www.BristowSecuritiesSettlement.com**
**Email:  info@BristowSecuritiesSettlement.com**

### PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must be a Class Member and complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the above address, **postmarked no later than July 6, 2021.**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the settling parties or their counsel.  Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| **PART I – CLAIMANT INFORMATION** | **2** |
| **PART II – GENERAL INSTRUCTIONS** | **3** |
| **PART III – SCHEDULE OF TRANSACTIONS IN BRISTOW COMMON STOCK** | **5** |
| **PART IV – RELEASE OF CLAIMS AND SIGNATURE** | **6** |

1

**PART I - CLAIMANT INFORMATION**

(Please read General Instructions below before completing this page.)

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.

Beneficial Owner's Name

Co-Beneficial Owner's Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit or box number)

| City | State | Zip Code |
| --- | --- | --- |
| | | |

Foreign Country (only if not USA)

| Telephone Number (home) | Telephone Number (work) |
| --- | --- |
| | |

Email address (E-mail address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.):

Account Number (account(s) through which the securities were traded)[1]:

Claimant Account Type (check appropriate box):
- ☐ Individual (includes joint owner accounts)   ☐ Pension Plan   ☐ Trust
- ☐ Corporation                                  ☐ Estate
- ☐ IRA/401K                                     ☐ Other _____ (please specify)

---

[1] If the account number is unknown, you may leave blank.  If the same legal entity traded through more than one account you may write "multiple."  Please see paragraph 11 of the General Instructions for more information on when to file separate Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

2

**PART II – GENERAL INSTRUCTIONS**

1.      It is important that you completely read and understand the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice.  The Settlement Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form.  By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.      This Claim Form is directed to all persons or entities who between February 8, 2018, and February 12, 2019, inclusive (the "Settlement Class Period"), purchased or otherwise acquired Bristow common stock, and were damaged thereby.  All persons and entities that are members of the Settlement Class are referred to as "Settlement Class Members."

3.      Excluded from the Settlement Class are the Settling Persons; members of the Settling Persons' Immediate Families; the Settling Persons' legal representatives, heirs, successors or assigns, and any entity in which they have or had a controlling interest; any trust of which any Settling Person is the settlor or which is for the benefit of any Settling Person and/or member(s) of his or her family; Defendants' liability insurance carriers; and the current and former officers and directors of the Company.  Also excluded from the Settlement Class are any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.

4.      If you are not a Settlement Class Member do not submit a Claim Form.  YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER.  THUS, IF YOU ARE EXCLUDED FROM THE CLASS (AS SET FORTH IN PARAGRAPH 3 ABOVE), ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5.      If you are a Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the Action WHETHER OR NOT YOU SUBMIT A CLAIM FORM, unless you submit a request for exclusion from the Class.  Thus, if you are a Class Member, the Judgment will release, and you will be barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum, asserting each and every Released Plaintiffs' Claims (including Unknown Claims) against the Defendants' Releasees.

6.      You are eligible to participate in the distribution of the Net Settlement Fund only if you are a member of the Settlement Class and if you complete and return this form as specified below.  If you fail to submit a timely, properly addressed, and completed Claim Form with the required documentation, your claim may be rejected and you may be precluded from receiving any distribution from the Net Settlement Fund.

7.      Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement.  The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation approved by the Court.

8.      Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) (including free transfers and deliveries) in and holdings of Bristow common stock.  On the Schedule of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions and sales of Bristow common stock, whether such transactions resulted in a profit or a loss.  Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9.      Please note:  Only Bristow common stock purchased or otherwise acquired during the Settlement Class Period (*i.e.*, from February 8, 2018, through February 12, 2019, inclusive) is eligible under the Settlement.  However, because the PSLRA provides for a "90-day look-back period" (described in the Plan of Allocation set forth in the Settlement Notice), your sales of Bristow common stock during the period from February 8, 2018 through May 13, 2019, inclusive, will be used for purposes of calculating your claim under the Plan of Allocation.  Therefore, in order for the Claims Administrator to be able to balance your claim, the requested transaction information during the 90-day look-back period must also be provided.

10.     You are required to submit genuine and sufficient documentation for all of your transactions and holdings of Bristow common stock set forth in the Schedule of Transactions in Part III of this Claim Form.  Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The Parties and the

3

Claims Administrator do not independently have information about your investments in Bristow common stock. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents.**

11. Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made through an account in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

12. All joint beneficial owners must sign this Claim Form. If you purchased or otherwise acquired Bristow common stock during the Settlement Class Period and held the shares in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement. If, however, you purchased or otherwise acquired Bristow common stock during the Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner. The beneficial owner, not the record owner, must sign this Claim Form.

13. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a) expressly state the capacity in which they are acting;

(b) identify the name, account number, address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Bristow common stock; and

(c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

14. By submitting a signed Claim Form, you will be swearing that you:

(a) own(ed) the Bristow common stock you have listed in the Claim Form; or

(b) are expressly authorized to act on behalf of the owner thereof.

15. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

16. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after the completion of all claims processing. This could take substantial time. Please be patient.

17. PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

18. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Settlement Notice, you may contact the Claims Administrator, Angeion Group c/o Bristow Group Securities Litigation Settlement at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, by email at info@BristowSecuritiesSettlement.com, or by toll-free phone at (844) 749-0019, or you may download the documents from the Settlement website, www.BristowSecuritiesSettlement.com.

19. NOTICE REGARDING ELECTRONIC FILES: Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may visit the Settlement website at www.BristowSecuritiesSettlement.com or you may email the Claims Administrator's electronic filing department at info@BristowSecuritiesSettlement.com. Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect after processing your file with your claim numbers

4

and respective account information. Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@BristowSecuritiesSettlement.com to inquire about your file and confirm it was received and acceptable.

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD.  THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL WITHIN 60 DAYS.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CONTACT THE CLAIMS  ADMINISTRATOR BY CALLING TOLL FREE AT (844) 749-0019 OR EMAILING info@BristowSecuritiesSettlement.com.**

**PART III – SCHEDULE OF TRANSACTIONS IN BRISTOW COMMON STOCK**

Complete this Part III if and only if you purchased or otherwise acquired Bristow common stock during the period from February 8, 2018, through February 12, 2019, inclusive.  Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above.  Do not include information in this section regarding securities other than Bristow common stock.

| | | | | |
|---|---|---|---|---|
| **1.  BEGINNING HOLDINGS** – State the total number of shares of Bristow common stock held as of the opening of trading on February 8, 2018.  (Must be documented.)  If none, write "zero" or "0." _____ | | | | |
| **2. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Bristow common stock from after the opening of trading on February 8, 2018, through and including the close of trading on February 12, 2019.  (Must be documented.) | | | | |
| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase Enclosed |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| **3.  PURCHASES/ACQUISITIONS DURING THE 90-DAY LOOK-BACK PERIOD THROUGH MAY 13, 2019** – State the total number of shares of Bristow common stock purchased/acquired (including free receipts) from after the opening of trading on February 13, 2019, through and including the close of trading on May 13, 2019.  If none, write "zero" or "0."[2] _____ | | | | |
| **4.  SALES DURING THE SETTLEMENT CLASS PERIOD THROUGH MAY 13, 2019** – Separately list each and every sale/disposition (including free deliveries) of Bristow common stock from after the opening of trading on February 8, 2018, through and including the close of trading on May 13, 2019. (Must be documented.) | | | | **IF NONE, CHECK HERE** ○ |

---

[2] **Please note**:  Information requested with respect to your purchases/acquisitions of Bristow common stock from after the opening of trading on February 13, 2019, through and including May 13, 2019, is needed in order to balance your claim; purchases/acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Loss pursuant to the Plan of Allocation.

5

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| /    / | | $ | |
| /    / | | $ | |
| /    / | | $ | |
| /    / | | $ | |

**5. HOLDINGS AS OF MAY 13, 2019** – State the total number of shares of Bristow common stock held as of the close of trading on May 13, 2019.  (Must be documented).  If none, write "zero" or "0."

_____

---

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX**  ☐
**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL NOT BE REVIEWED**

---

### PART IV– RELEASE OF CLAIMS AND SIGNATURE

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.**

I (we) hereby acknowledge that as of the Effective Date of the Settlement, pursuant to the terms set forth in the Stipulation, I (we), on behalf of myself (ourselves) and my (our) heirs, executors, administrators, predecessors, successors, and assigns, shall be deemed to have, and by operation of law and of the Judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived, discharged and dismissed each and every Released Plaintiffs' Claim (as defined in the Stipulation and in the Settlement Notice) against the Defendants' Releasees (as defined in the Stipulation and in the Settlement Notice) and shall forever be barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum asserting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

### CERTIFICATION

By signing and submitting this Claim Form, the Claimant(s) or the person(s) who represent(s) the Claimant(s) certifies (certify), as follows:

1.    that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.    that the Claimant(s) is a (are) Settlement Class Member(s), as defined in the Settlement Notice and in paragraph 2 on page 3 of this Claim Form, and is (are) not excluded from the Class by definition or pursuant to request as set forth in the Settlement Notice and in paragraph 3 on page 3 of this Claim Form;

3.    that I (we) own(ed) the Bristow common stock identified in the Claim Form and have not assigned the claim against the Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.    that the Claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions of Bristow common stock and knows (know) of no other person having done so on the Claimant's (Claimants') behalf;

5.    that the Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

6.    that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator or the Court may require;

6

7. that the Claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

8. that I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

9. that the Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it is no longer subject to backup withholding. **If the IRS has notified the Claimant(s) that he, she or it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____
Signature of Claimant                                        Date

_____
Print your name here

_____
Signature of joint Claimant, if any                          Date

_____
Print your name here

*If the Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

_____
Signature of person signing on behalf of Claimant            Date

_____
Print your name here

CAPACITY OF PERSON SIGNING ON BEHALF OF CLAIMANT, IF OTHER THAN AN INDIVIDUAL, *E.G.*, EXECUTOR, PRESIDENT, TRUSTEE, CUSTODIAN, *ETC.* (MUST PROVIDE EVIDENCE OF AUTHORITY TO ACT ON BEHALF OF CLAIMANT – SEE PARAGRAPH 13 ON PAGE 4 OF THIS CLAIM FORM.)

**REMINDER CHECKLIST:**

1. Please sign the above release and certification. If this Claim Form is being made on behalf of joint Claimants, then both must sign.
2. Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.

3. Please do not highlight any portion of the Claim Form or any supporting documents.

4. Do not send original security certificates or documentation. These items cannot be returned to you by the Claims Administrator.
5. Keep copies of the completed Claim Form and documentation for your own records.

6. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at (844) 749-0019 or email info@BristowSecuritiesSettlement.com.**

7. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address. If you change your name, please inform the Claims Administrator.

8. If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@BristowSecuritiesSettlement.com, or toll-free at (844) 749-0019 or visit www.BristowSecuritiesSettlement.com. Please DO NOT call Bristow or any of the other Defendants or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN JULY 6, 2021**, ADDRESSED AS FOLLOWS:

*In re Bristow Group Inc. Sec. Litig.*
Case No. 4:19-cv-00509 (KPE)
c/o Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Toll-Free Number: (844) 749-0019
Email: info@BristowSecuritiesSettlement.com
Settlement Website: www.BristowSecuritiesSettlement.com

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before July 6, 2021 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

# Exhibit D

# Claims Administrator Angeion Group Announces a Proposed Class Action Settlement in In re Bristow Group Inc. Securities Litigation, Case No.: 4:19-cv-00509 (KPE)

SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

---

NEWS PROVIDED BY

**Angeion Group →**
Mar 15, 2021, 08:00 ET

---

PHILADELPHIA, March 15, 2021 /PRNewswire/ -- **To all persons or entities who, between February 8, 2018 and February 12, 2019, inclusive, purchased or otherwise acquired Bristow Group Inc. ("Bristow") Common Stock, and were damaged thereby (the "Settlement Class"):**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class

Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $6,250,000 in cash (the "Settlement"), that, if approved, will resolve all claims, both known and unknown, in the Action.

A hearing will be held on August 6, 2021 at 2:00 p.m., before the Honorable Keith P. Ellison at the United States District Court for the Southern District of Texas, United States Courthouse, Courtroom 3176, 515 Rusk Avenue, Houston, TX 77002, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated January 27, 2021 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and Proof of Claim and Release Form ("Claim Form"), can be downloaded from the website maintained by the Claims Administrator, www.BristowSecuritiesSettlement.com. You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *In re Bristow Group Inc. Sec. Litig.*, Case No. 4:19-cv-00509 (KPE), c/o Angeion Group, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, by emailing info@BristowSecuritiesSettlement.com, or by calling toll free at 844-749-0019.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked or submitted online no later than July 6, 2021*. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is **received no later than July 16, 2021**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are **received no later than July 16, 2021**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Bristow, Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*In re Bristow Group Inc. Sec. Litig.*, Case No. 4:19-cv-00509 (KPE)

c/o Angeion Group 1650 Arch Street, Suite 2210 Philadelphia, PA 19103

844-749-0019

www.BristowSecuritiesSettlement.com

info@BristowSecuritiesSettlement.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

| **SUSMAN GODFREY LLP** | | **KIRBY McINERNEY LLP** |
|---|---|---|
| Barry Barnett | | Ira M. Press |
| Michael C. Kelso | | Thomas W. Elrod |
| 1000 Louisiana, Suite 5100 | and | 250 Park Avenue, Suite 820 |
| Houston, TX 77002 | | New York, NY 10177 |
| Tel: (713) 651-9366 | | Tel: (212) 371-6600 |
| bbarnett@susmangodfrey.com | | ipress@kmllp.com |
| mkelso@susmangodfrey.com | | telrod@kmllp.com |

**BY ORDER OF THE DISTRICT COURT UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**Media Contact:**

Angeion Group

Douglas S. Clauson

Director, Communications

(215) 563-4116

SOURCE Angeion Group

Related Links

http://www.angeiongroup.com

# Exhibit E

INVESTOR'S BUSINESS DAILY

## MACROSCOPE
### India Stock Market Rebound

The National Stock Exchange, established in 1992, is India's largest stock exchange. The Bombay Stock Exchange, launched in 1875, is the oldest. Some top India stocks trading in the U.S. include Tata Motors, Icici Bank and Infosys.



Tata Motors (TTM)



Icici Bank (IBN)



Infosys (INFY)

# INDUSTRY SNAPSHOT

## INDIA-BASED STOCKS

# A Rebounding India Budgets For Growth

## India's markets show strength as Narendra Modi's government launches its amibitious 2021 budget

**BY ALEXIS GARCIA**
INVESTOR'S BUSINESS DAILY

Through a year of harsh civil unrest amid the global battle with the coronavirus pandemic, India's stock market proved resilient.

The country's National Stock Exchange hosted one of the most powerful rebounds from pandemic lows among global markets in 2020, followed by an ambitious budget introduced by the Narendra Modi government on Feb. 1. Shares of the NIFTY 50 index — which tracks the average of the 50 largest stocks listed on the NSE — jumped 4.7% upon the unveiling of the budget plan on Feb. 1. That index climbed more than 13% to a mid-February high, surpassing the 15,000 level for the first time in its 35-year history.

A number of U.S.-traded India stocks have also shown strength. Automaker Tata Motors (TTM) is up nearly 73% since the start of the year, and holding support as it consolidates. HDFC Bank (HDB) and Icici Bank (IBN) are both up around 16%. Software firm Infosys (INFY) has managed a 10% gain in spite of the recent tech sell off, and has in the process formed a neat nine-week cup base.

The gains are also partly reflected in the iShares India 50 ETF (INDY), which rose 9.9% across all of 2020 and hit its highest level since the fund started in 2009. Shares of INDY — which manages nearly $800 million in assets — are up 9.9% so far this year.

### India Stock Market Rally

The market rebound was significant for a country that suffered the worst gross domestic product (GDP) decrease of all major nations as the pandemic surged worldwide. India's GDP shrank more than 23% in early 2020, setting the economy on pace to record its first full-year contraction in four decades. The country entered the pandemic already facing growth headwinds, with annual growth slowed from 7%-8% earlier to roughly 5%.

Still, at the start of 2020, India was one of the world's fastest growing economies. The NIFTY was having its first look above the 12,000 mark. Then the Covid-19 pandemic hit. India's stock market tumbled more than 33% as the country became an early epicenter of the virus.

An October economic outlook from Citi Research forecast zero gains for the NIFTY index in 2020. That report also cited September 2021 as a target month when that index would regain the 11,000 price level.

But the NIFTY 50 and the India stock market recovered much more quickly than analysts anticipated. Nearly $4 billion in reported incoming foreign investment helped boost the market to a strong V-shaped recovery. The index surged 48% from its March lows to emerge as one of the world's more powerful equity rebounds of the year. For the full year, the index gained 14.9%.

### Union Budget Details

But the rebound belied a year riddled with unrest. For months, farmers took to India's capital of New Delhi to protest new agricultural laws that would minimize government support of industry and open the way for more private investment. They also criticized Modi's government for being slow to enact aggressive spending measures as the economy suffered under the ravages of the coronavirus outbreak.

However, at least some of India's hesitancy to assert fiscal policy during the Covid pandemic has been reversed in the new budget proposal. The deal, which outlines half-a-trillion dollars in capital expenditures is spread out over the next five years. It mirrors initiatives in the world's largest countries, which are spending heavily in order to keep their economies afloat amid the pandemic.

President Joe Biden has proposed $1.9 trillion in spending here in the U.S. while the European Union adopted $900 billion in spending measures. Meanwhile, India has a population four times larger, but an economy that is less than one-seventh the size that of the U.S.

"Our government is fully prepared to support and facilitate the economy's reset," India Finance Minister Nirmala Sitharaman said in her speech before the legislators on Feb. 1. "This Budget provides every opportunity for our economy to raise and capture the pace that it needs for sustainable growth."

Highlights of the budget plan include heavy investment in infrastructure and health care. It also creates a "bad bank" that will absorb bad loans from India's public banks.

That will inject much needed liquidity into the financial sector — a key issue for Icici and HDFC banks. The budget plan also pledges to raise limits on foreign investment, another crucial issue for the India stock market and its banks.

### Game Changer

"This budget is in a sense a game changer in terms of the government's thinking," Sonal Varma, managing director and chief economist of Nomura Holdings said in a February presentation to investors. She noted that India's budget outlays were heavily front-loaded to support the economy amid vaccination efforts. Varma projects a 55% to 66% increase in government spending between the March and June quarters, with growth to be realized in the second half of 2021.

The explosion in spending is expected to raise the federal deficit to 6.8% of GDP. Analysts had originally projected a deficit of 5.5%. The government intends to undertake massive borrowing — totaling close to 12 trillion rupees (around $165 billion) — to fund this year's budget proposals.

"I think there is clearly an important shift," Varma said, "if we look back at 2020 as essentially being a lack of fiscal support when monetary policy had basically done the heavy lifting in supporting growth. And we are seeing a transition now with fiscal policy taking up the baton and supporting growth."

In addition to the budget news, automakers like Tata Motors are also getting a boost thanks to a proposal that would phase out the country's aging vehicle fleet. If adopted, the Indian vehicle scrappage policy would retire 6.8 million vehicles off the road. The Modi government also unveiled a $20 billion incentive program to boost auto manufacturing in the country.

Tata — which owns the U.K.-based Jaguar Land Rover luxury brand — has been on a tear in recent weeks thanks to better-than-expected auto sales amid the vaccine rollout and a recent EU trade deal.

### Tata Gets A Stock Bounce

Tata stock rallied both on the India stock market and in the U.S. on Jan. 11 after rumors that the automaker was in talks with Tesla (TSLA) to manufacture and sell vehicles in India. TTM stock gapped another 10% after strong Q3 earnings results on Jan. 29 returned the company to profitability.

Tata Motors reported a 57% rise in earnings on a 3% revenue gain in its December quarter. That included the company's highest sales figures in 33 quarters, thanks to a boost in demand over India's festival season and improvements in the supply chain.

Tata shares are consolidating recent gains, up almost 109% from a cup base breakout in November.

### Jaguar's New EV Approach

Tata's Jaguar Land Rover segment performed even better, with a 13.1% sales increase overall and a 20% jump in China numbers. The Brexit trade deal finalized by the U.K. and the European Union in December lifted auto tariffs, helping to brighten the outlook for the luxury brand.

Tesla has since confirmed it plans to launch its own manufacturing operation in India, and Tata has confirmed there is no dialogue between the two companies.

Tata boosted its environmental appeal by announcing, in February, plans to transition the Jaguar Land Rover unit to a net zero carbon emission business model. It also committed to refocusing Jaguar as an all-electric luxury brand by 2025. The automaker also plans to release six EV models under the Land Rover brand in the next five years.

"We believe Tata Motors is on the right path with a strong focus on decarbonization targets and improved efficiency," Morgan Stanley analysts wrote in a Feb. 15 note to investors.

But analysts noted that Jaguar Land Rover's ambitious plans to reconfigure to an EV model might need the support of production partnerships to meet profitability goals.

One of the bright spots of the Indian economy amid the Covid-19 storm has been its $191 billion tech sector. The agility of firms to adapt to work-from-home arrangements, and to implement and secure distributed networks, has analysts predicting a year of robust growth.

One leader in this segment is engineering consultant Infosys (INFY). The company's transformation from legacy software to digital cloud computing solutions helped lift Infosys stock to all-time highs in February.

Infosys shares are up 13% so far this year, following a 64% rally across 2020. The stock is also poised just below a 19.17 buy point in a nine-week cup base.

Wedbush analyst Moshe Katri says that Infosys' investment in digital infrastructure, employee retention and change in executive management has allowed the firm to reposition itself as an emerging leader in the IT field. This pivot to the software-as-a-service model has also begun to show up in Infosys' bottom line in the form of improved margins and consistent earnings growth.

"Things have really changed for INFY since they've had a new CEO and board," Katri said of Salil Parekh's elevation to CEO in 2018. "What stood out last quarter was the bookings number. I believe they had a record-breaking quarter."

### Indian Banks Bounce

India's financial system was already under a shadow of bad debt prior to the pandemic. The country entered 2020 with approximately $140 billion in bad loans on banks' balance sheets — the highest number in over two decades.

The budget's bad bank proposal would help alleviate some of this stress on Indian banks. The Modi government has yet to detail plans on the bad bank structure, but the formation of such an agency would help to restructure the pile of debt weighing on India's financial system.

While the main beneficiaries of this proposal would be India's publicly-owned banking institutions, private banks have also been lifted by this news. HDFC jumped more than 8% on Feb. 1 after budget details were unveiled.

HDB stock also received a boost from recent Q3 earnings. Profit fell less than expected, and net interest income jumped 26% year over year, thanks to an increase in individual loans.

Despite its bullish momentum, analysts warn that IT outages may slow HDFC's growth. The bank has suffered tech issues on its platforms. As a result, HDFC Bank has ordered an audit on its entire IT infrastructure.

"We believe this step is toward certifying HDFC Bank's IT infrastructure, and RBI," Nomura analysts wrote in a Feb. 2 note to investors. They added resolving platform reliability issues lifts "the embargo on its Digital 2.0 plan as well as sourcing new credit card customers."

### Digitization Efforts

ICICI Bank saw its U.S.-traded shares jump more than 12% after the Feb. 1 budget announcement. Those gains also followed strong Q3 earnings on Jan. 30, topping analyst estimates.

Icici Bank — which is one of India's biggest retail lenders — reported a 5% increase in profit and a 9% revenue gain.

Net deposits increased 22% year over year, thanks to an expansion of loan programs and the reduction of bad debt holdings. Unlike HDFC, IBN stock has dropped back and is working on the fourth week of a consolidation.

"The continued pickup in economic activity and tailwinds from the festive season, combined with the bank's digital initiatives and extensive franchise (were) reflected in an increase in disbursements across retail products during this quarter," Icici Bank CEO Sandeep Bakhshi said on the Jan. 30 earnings call.

He stressed the bank's commitment to building its digital efforts. This includes an expansion of Icici's mobile app and digital payments services, to "decongest service."

"Our aim is to be proactive in provisioning with the objective of ensuring that the balance sheet is robust at all times," Bakhishi continued. "We see optimism in the economy supported by the indicators of resumption of economic activity and continued growth in digitization."



**Prime Minister Narendra Modi greets his Cabinet for the first day of a budget session in New Delhi on Jan. 29.** AP

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE BRISTOW GROUP INC. SECURITIES LITIGATION

Case No. : 4:19-cv-00509 (KPE)

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO:  All persons or entities who, between February 8, 2018 and February 12, 2019, inclusive, purchased or otherwise acquired Bristow Group Inc. ("Bristow") Common Stock, and were damaged thereby (the "Settlement Class"):

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $6,250,000 in cash (the "Settlement"), that, if approved, will resolve all claims, both known and unknown, in the Action.

A hearing will be held on August 6, 2021 at 2:00 p.m., before the Honorable Keith P. Ellison at the United States District Court for the Southern District of Texas, United States Courthouse, Courtroom 3176, 515 Rusk Avenue, Houston, TX 77002, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated January 27, 2021 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund. The Notice and Proof of Claim and Release Form ("Claim Form"), can be downloaded from the website maintained by the Claims Administrator, www.BristowSecuritiesSettlement.com. You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at In re Bristow Group Inc. Sec. Litig., Case No. 4:19-cv-00509 (KPE), c/o Angeion Group, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, by emailing info@BristowSecuritiesSettlement.com, or by calling toll free at 844-749-0019.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form postmarked or submitted online no later than July 6, 2021. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than July 16, 2021, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than July 16, 2021, in accordance with the instructions set forth in the Notice.

Please do not contact the Court, the Clerk's office, Bristow, Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

Requests for the Notice and Claim Form should be made to:

*In re Bristow Group Inc. Sec. Litig.*, Case No. 4:19-cv-00509 (KPE)
c/o Angeion Group 1650 Arch Street, Suite 2210 Philadelphia, PA 19103
844-749-0019
www.BristowSecuritiesSettlement.com
info@BristowSecuritiesSettlement.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

SUSMAN GODFREY LLP
Barry Barnett
Michael C. Kelso
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
bbarnett@susmangodfrey.com
mkelso@susmangodfrey.com

-and-

KIRBY McINERNEY LLP
Ira M. Press
Thomas W. Elrod
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
ipress@kmllp.com
telrod@kmllp.com

DATED: February 5, 2021

BY ORDER OF THE DISTRICT COURT
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Copyright 2021 Investor's Business Daily Inc.

# Exhibit F

In re Bristow Group Inc. Securities Litigation                    4/16/21
Attn: EXCLUSION/OBJECTION REQUEST
c/o Angeion Group
PO BOX 58220
Philadelphia, PA  19102


To Angeion Group,

I, Kimberly Ann Cobb, residing at ███████████████████████ request exclusion from the Settlement
Class in In re Bristow Group Inc. Securities Litigation,
Case No.: 4:19-cv-00509 (KPE).

Bought 100 BRS @ 8.01 on 11/12/2018 09:30:01

Sold 100 BRSWQ @ 0.1489 on 05/22/2019 09:30:02


Thank you,

*Kimberly Ann Cobb*

Kimberly Ann Cobb