# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE BRISTOW GROUP INC.
SECURITIES LITIGATION

Case No. 4:19-cv-00509 (KPE)

**JOINT DECLARATION OF ANDREW ABERNATHEY, JAY ABERNATHEY, AND GUY ABERNATHEY IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF PLAN OF ALLOCATION; (3) AWARD OF ATTORNEYS' FEES AND EXPENSES; AND (4) AWARD TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. § 78u-4(a)(4)**

We, Andrew Abernathey, Jay Abernathey, and Guy Abernathey, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      Together with Meridian Investments I, LLC ("Meridian"), we are the Court-appointed Lead Plaintiffs in the above-captioned securities class action (the "Action").

2.      Andrew Abernathey is the President and sole director of Meridian, an investment fund that is a Minnesota-based limited liability company.  In addition to being related to Andrew Abernathey, Guy and Jay Abernathey (as uncle and father, respectively) also are investors in Meridian.

3.      We submit this declaration in support of: (i) Lead Plaintiffs' motion for final approval of the proposed Settlement; (ii) approval of the proposed Plan of Allocation; (iii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (iv) award to Lead Plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(4).

4.      We are aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, and we have discharged those duties to the best of our abilities.  We individually have personal knowledge of the matters set forth in this Declaration, as we have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and we could and would testify competently to these matters.

## I.      LEAD PLAINTIFFS' OVERSIGHT OF THE LITIGATION

5.      We have been actively involved in the prosecution of this case since we moved to serve as a Lead Plaintiffs in the Action on April 15, 2019.  On May 14, 2019, the Court appointed Andrew Abernathey, Guy Abernathey, Jay Abernathey, and Meridian, to serve as Lead Plaintiffs.

6.      In fulfillment of our responsibilities as Lead Plaintiffs on behalf of all Settlement Class Members in this Action, we have worked closely with Lead Counsel Kirby McInerney LLP ("KM") and Susman Godfrey L.L.P. ("SG") (collectively, "Lead Counsel")to obtain an excellent result in this case.

7.      Throughout the Litigation, we received periodic status reports from Lead Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths and weaknesses of the claims, and potential settlement.  In particular, throughout the course of this Action, we: (a) regularly communicated with Lead Counsel regarding the posture and progress of the case as well as litigation strategy in this Action as well as in the Bristow Bankruptcy; (b) reviewed significant pleadings and briefs filed in the Action; (c) discussed Court orders with Lead Counsel; (d) prepared for the mediation session by, among other things, discussing with Lead Counsel the mediation statements and mediation strategy; (e) consulted with Lead Counsel regarding settlement negotiations during and subsequent to the mediation session; (f) evaluated the Settlement amount, conferred with counsel, and ultimately approved the Settlement; and (g) communicated with Lead Counsel regarding the process of finalizing the Settlement.  In addition, throughout this Litigation, we also discussed this Litigation independently from Lead Counsel to ensure that the Settlement Class was being fairly and adequately represented by Lead Counsel.

## II.      APPROVAL OF THE SETTLEMENT

8.      As detailed in the paragraphs above, through our active participation, we were well-informed of the status and progress of the Litigation, and were kept informed of the progress of the settlement negotiations in this Action.

9.      Specifically, when settlement discussions arose, as part of our duty to act in the best interest of the Settlement Class, we provided input and direction regarding settlement strategy.  In

connection with the October 15, 2020 mediation, we reviewed the mediation submissions and discussed the strengths and weaknesses of the Litigation with Lead Counsel as well as the risks in proceeding forward with the Litigation. Thereafter, following Lead Counsel's vigorous settlement negotiations as well as our efforts in this matter, we provided Lead Counsel with settlement authority to accept the Mediator's proposal to resolve the claims for $6,250,000.00.

10.     Based on our involvement throughout the prosecution and resolution of the claims asserted in the Action, we believe that the Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation, and we respectfully endorse approval of the Settlement by the Court.

## III.     LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

### A.     Attorneys' Fees And Litigation Expenses

11.     We believe that Lead Counsel's request for an award of attorneys' fees in the amount of 33% of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Settlement Class, and attorneys' fees awarded by courts to counsel in similar securities class action lawsuits. We also believe that the litigation expenses for which Plaintiffs' Counsel requests reimbursement are reasonable.

12.     We have evaluated Lead Counsel's fee request by considering the quality and amount of the work performed, the recovery obtained for the Settlement Class, and the risks Plaintiffs' Counsel bore in prosecuting this Action on behalf of ourselves and the Settlement Class on a fully contingent basis in which Plaintiffs' Counsel was not paid during the pendency of this Action and fronted all expenses. We have authorized this attorneys' fee request for the Court's ultimate determination.

13.     We further believe that the out-of-pocket litigation expenses in the amount of $60,618.84 for which Plaintiffs' Counsel requests reimbursement are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action.

14.     Based on the foregoing, and consistent with our obligation to the Settlement Class to obtain the best result in the most cost efficient manner, we fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

**B.      Lead Plaintiffs' Request for Service Awards Pursuant to 15 U.S.C. § 78u-4(a)(4)**

15.     In accordance with our duties as Lead Plaintiff, we have not received, nor have we been promised or offered any financial incentive or compensation for serving as a Lead Plaintiffs in the Litigation.   Nevertheless, we understand that courts may authorize an award to a representative serving on behalf of the Settlement Class directly relating to their representation of the Settlement Class. *See* 15 U.S.C. § 78u-4(a)(4).  While we know that the grant of such an award is entirely in the discretion of the Court, it is also our understanding that the Settlement Class has been given notice of our intention to seek an award of up to $5,000.00 per Lead Plaintiff (or $20,000) in total for our efforts in bringing and prosecuting the Litigation.

16.     We respectfully request an award of $2,500.00 each (or a total of $10,000) in connection with the time and effort we spent representing the Settlement Class in the Litigation. The time that we devoted to the representation of the Settlement Class in this Action was time that we otherwise could have dedicated to other activities, including our professional and personal investment activities and, thus, represented a cost to us.  It is our shared belief that this request for reimbursement is fair and reasonable and that the time and effort we devoted to this Litigation was necessary to help achieve an excellent result for the Settlement Class.

4

**IV.    CONCLUSION**

17.    As set forth herein, we were actively involved in the prosecution and settlement of the claims in this Action, we strongly endorse the Settlement as fair, reasonable, and adequate, and we believe that the Settlement represents a significant recovery for the Settlement Class. Accordingly, we respectfully request that the Court approve: (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and the Plan of Allocation; (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) our request for service awards based on our efforts supporting the prosecution of the Action on behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: Jun 30, 2021
Scottsdale, Arizona.

Andrew J. Abernathey (Jun 30, 2021 16:34 PDT)

Andrew Abernathey
In his Personal Capacity and as President, Meridian Investments, LLC

6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: Jul 1, 2021
Rehoboth Beach, Delaware.

Guy Abernathey (Jul 1, 2021 17:46 EDT)

Guy Abernathey

7

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: Jul 1, 2021
Lansford, North Dakota.

Jay Abernathey (Jul 1, 2021 00:05 CDT)

Jay Abernathey

8