# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE BRISTOW GROUP INC. SECURITIES LITIGATION | Case No. 4:19-cv-00509 (KPE) |

DECLARATION OF BARRY BARNETT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

Pursuant to 28 U.S.C. § 1746, Barry Barnett declares as follows:

1.      I am a partner with Susman Godfrey L.L.P. and a member in good standing of the State Bar of Texas and the Bar of this Court.  Susman Godfrey is co-lead counsel for the class.

2.      I have personal knowledge of the facts in this declaration, could testify competently to them if called as a witness, and each fact is true and correct.

3.      Susman Godfrey expended over 280 hours on this litigation through April 30, 2021. The total lodestar value of Susman Godfrey's professional services, calculated by multiplying each professional's hours by his or her current hourly rates, is $210,122.50.

4.      Lead counsel have been preparing this case for trial since March 2019 in hard-fought litigation against skilled opposing counsel.  We also faced an additional significant obstacle: Bristow's May 2019 bankruptcy.  Lead counsel's efforts are detailed at ¶¶ 21–47 in the joint declaration filed concurrently, and I incorporate that description by reference.  All time spent litigating this matter was reasonably necessary and appropriate to prosecute the action and led to the $6.25 million settlement for the class.  The successful result achieved confirms that the time spent was proportionate to the amounts at stake and the recovery obtained.

5.      Susman Godfrey invested significant attorney time on behalf of the class on a wholly contingent basis.

1

8199203v1/016339

6.      The hourly rates for Susman Godfrey's attorneys and professional support staff are the firm's standard rates for 2021.  Clients regularly engage Susman Godfrey at these rates on an hourly basis for complex civil litigation matters in federal and state court in Houston and elsewhere.  Mr. Kelso's hourly rate is $550.  My hourly rate is $1,350.  The hourly rates of professional staff who worked on this case range from $175 to $225.

7.      Exhibit 1 is a schedule reflecting the amount of time spent through June 25, 2021, by the attorneys and professional support staff of Susman Godfrey who were involved in this litigation.  This schedule was prepared from daily time records regularly prepared and maintained by Susman Godfrey, which are available for in camera review at the Court's request.  Exhibit 1 excludes time spent on Lead Counsel's fee application.

8.      As Exhibit 1 shows, Susman Godfrey's time through June 25, 2021, totaled 282.40 hours for a lodestar of $210,122.50.

9.      Exhibit 2 is a schedule of litigation expenses that Susman Godfrey incurred in this case.  As detailed and categorized in Exhibit 2, Susman Godfrey incurred a total of $8,092.30 in unreimbursed expenses in connection with this case through June 25, 2021.  These expenses were reasonably necessary to the prosecution of this action, and they are of the type normally incurred in litigation and that would be reimbursed by clients paying expenses.  The following schedule was prepared from accounting records regularly prepared and maintained by Susman Godfrey, which are available for in camera review at the Court's request.

10.     Exhibit 3 consists of true and correct copies of Susman Godfrey's class action profile and its securities profile, my professional biography, and Michael Kelso's professional biography.

8199203v1/016339                                  2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2021, in Houston, Texas.

/s/ Barry Barnett
Barry Barnett

# EXHIBIT 1

# (Schedule of Time Spent by Susman Godfrey Through June 25, 2021)

| Time Spent by Susman Godfrey through June 25, 2021 | | | |
|---|---|---|---|
| Attorney | Current Rate | Hours | Value |
| Barry Barnett | $1,350 | 71.60 | $96,660 |
| Michael Kelso | $550 | 203.30 | $111,815 |
| Paralegal | Current Rate | Hours | Value |
| Taylor Biddle | $225 | 6.70 | $1,507.50 |
| Rebecca Beard | $175 | 0.8 | $140 |
| | | | |
| Total | | 282.40 | $210,122.50 |

# EXHIBIT 2

# (Schedule of Expenses Incurred by Susman Godfrey Through June 25, 2021)

| Expenses Incurred by Susman Godfrey through June 25, 2021 | |
|---|---|
| Expense Category | Amount |
| Legal Research Charges | $2,810.75 |
| Copies | $16.60 |
| Messenger/Delivery Services | $14.95 |
| Bankruptcy Counsel (Joseph Epstein) | $5,250 |
| **Total** | **$8,092.30** |

8199203v1/016339

# EXHIBIT 3

# (Susman Godfrey Firm and Attorney Profiles)

8199203v1/016339

# Shareholder & Securities

Securities litigation and shareholder rights disputes are a bedrock practice at Susman Godfrey and have been since the firm's founding. In state courts, federal courts, and arbitrations, our clients come to us from all corners of the securities world: from institutional shareholder plaintiffs to corporate and institutional defendants; from corporate officers and directors to individual minority shareholders; and from plaintiffs' shareholder class actions to institutional defense of class actions.

We bring the nation's most skilled trial lawyers to prosecute and defend claims of securities fraud, shareholder oppression, breach of fiduciary duty, and all manner of corporate governance disputes. And unlike so many securities practitioners, Susman Godfrey lawyers take securities cases to trial. We prepare every one of our securities cases with the clear goal of seeing the case through to trial if necessary.

**CORPORATE GOVERNANCE – SHAREHOLDER RIGHTS AND OPPRESSION**

- ***Brand v. Linton and Promega Corporation.*** Represented a group of minority shareholders against privately held Promega Corporation and its founder, CEO, and majority owner on a claim of shareholder oppression. The team from Susman Godfrey routed the defendants in a four-week bench trial and forced a post-trial settlement and a $300 million+ buyout in one of the largest shareholder oppression recoveries on record.
- ***Langer v. CME Group and CBOT.*** Serving as co-lead counsel for a proposed class of members of the Chicago Mercantile Exchange (CME) and the Chicago Board of Trade (CBOT). The case alleges the exchanges breached numerous obligations to the Class B shareholders by, among other things: depriving them of their exclusive right to trade as members on the new electronic trading floor at the Aurora Data Center that houses the Globex match engine, requiring them to pay fees for colocation services to access and trade from the electronic trading floor, which allows Electronic Corporate Members and other non-member customers to exercise trading rights and privileges without purchasing or leasing seats on the exchange, and by providing preferential fees to certain member and non-member customers. The case is pending in Chicago state court.
- ***Redstone v. National Amusements.*** Represented Brent Redstone in his suit to dissolve the eight-billion-dollar family company controlled by his father, Sumner Redstone. The company, National Amusements, Inc., is the controlling shareholder of Viacom Inc. and CBS Corporation. Susman Godfrey filed suit in state court in Maryland, alleging that the company and Sumner Redstone had oppressed Brent by freezing him out of any meaningful role in management and by denying him his proportionate share of company profits. The case settled for a confidential amount.
- ***Casey v. Simmons and NL Industries.*** Won a $178.7 million verdict against NL Industries, Inc. and other corporate and individual defendants, including Dallas billionaire Harold Simmons, for breach of fiduciary duty claims. The firm's clients had been minority investors in an NL subsidiary that they had also run, greatly increasing the subsidiary's value by managing and decreasing its environmental liabilities. The jury awarded the nine-figure verdict, which included $145 million in punitive damages, after a two-week trial state court in Dallas, Texas. The case settled for a substantial, confidetnial sum while on appeal.
- ***Baks v. Moroun.*** Represented Victoria Baks and Florence McBrien in a high-profile dispute against their brother involving the family's trucking empire, Centra Inc.—one of America's largest privately owned trucking companies. The sisters claimed shareholder oppression and breach of fiduciary duty related to alleged use of complex corporate transactions to dilute their interest in Centra. After eleven weeks of trial in Oakland County, Michigan, Centra agreed to

pay the sisters a huge confidential settlement that was many times greater than what had been offered before trial.

- ***Hussein v. UBS Financial Services.*** Won a $2 million award ($1.2 million net of fees and expenses) after an eight-day arbitration for Ahmed Hussein over claims that UBS breached its contractual and fiduciary obligations in connection with its liquidation of 2.3 million shares of Hussein's stock in Quality Systems, Inc. pursuant to a margin call.
- ***Miller v. Big Ball Sports.*** Scored a victory for the founder of apparel company, Big Ball Sports. After being fired, Miller sued the company and its other co-founders for shareholder oppression and breach of fiduciary duty. After a three- week trial in Houston, the jury found for Miller on all of her claims and valued her interest in the business at $3.3 million, which the judge then ordered the company to pay her for her stock.

## SECURITIES FRAUD

- ***In re Municipal Derivatives Antitrust Litigation.*** Serving as co-lead counsel to a class of municipalities suing 10 large banks and brokers for rigging municipal auctions. To date, over $220 million dollars in settlements have been achieved on behalf of the class.
- ***Titan Management v. Licata.*** Representing Ellington Capital, the hedge fund behind the defendants in a case involving a complex series of commercial real estate loans and allegations of chicanery on all sides in New Jersey State Court. The case includes dozens of involved parties, two separate bankruptcy proceedings, numerous counterclaims, and at least two pending trials. The case hinges on whether a group of loans were arms-length transactions between disinterested parties or were part of a fraud to acquire the properties at issue.
- ***General Electric Capital Corporation v. Nebraska Investment Finance Authority.*** Tried and won a week-long jury trial in SDNY for General Electric against Nebraska Investment Finance Authority related to several Guaranteed Investment Contracts (known as "GICs") and whether interest is owed after the occurrence of different events. After deliberating for two hours, the jury returned with a verdict valued at over $100 million, and later affirmed by the Second Circuit Court of Appeals—a complete victory for General Electric.
- ***Schulein v. Petroleum Development.*** Secured a $37.5 million class action settlement ($24 million after fees and expenses) on behalf of a class of more than 7,000 limited partners who invested in a dozen oil and gas partnerships sponsored by PDC Energy, Inc. The plaintiffs alleged they were not paid fair value for their limited partnership's interests when they were cashed out of their investments as a result of a series of mergers due to material omissions and misstatement in offering documents concerning the value of the wells.
- ***In re Allergan Proxy Violation Derivatives Litigation.*** Recovered $40 million (before fees and expenses)—what is believed to be the largest recovery ever obtained on behalf of derivative securities investors—in an insider trading case. Our team served as co-lead counsel for the plaintiff class, who alleged that Valeant Pharmaceuticals International, Inc. provided non-public information to Pershing Square Capital Management about its impending hostile takeover of Allergan, Inc. so that Pershing Square could secretly buy Allergan stock and commit that stake in support of Valeant's bid. Plaintiffs claimed that Pershing Square then secretly acquired a 10% stake in Allergan and gleaned millions of dollars in profits by selling on the news of the takeover bid. A California federal judge granted final approval of two settlements totaling $290 million to resolve these insider-trading claims shortly before trial was set to commence in the first of the two actions.
- ***In re GreenSky Securities Litigation.*** Represented the individual, independent directors in a Section 11 securities class action concerning statements made in connection with the initial public offering of GreenSky, Inc. Working with the company's counsel, the state-court lawsuit was dismissed at the motion to dismiss stage of the case.

SUSMAN GODFREY

- **OppenheimerFunds Litigation.** Successfully defended Oppenheimer against a multimillion-dollar fraud claim brought by three institutional investors alleging they were fraudulently induced to continue funding a special purpose vehicle intended to enable commercial banks to arbitrage paper interest rates and longer-term AAA bonds. We also successfully represented Oppenheimer mutual funds, along with Pacific Life Funds, as opt-out plaintiffs from a securities fraud class action against American International Group arising from AIG's misstatements and omissions to investors leading up to the 2008 bailout.
- ***Claimants v. Securities America.*** Represented a group of 80 clients who lost millions of dollars they invested in privately placed notes offered by Securities America, in a FINRA arbitration. Using Securities America's brokers, Medical Capital Holdings created a series of special purpose entities that issued more than $2 billion of the notes before Medical Capital was revealed as a Ponzi scheme. Working closely with other law firms who also filed suits against the company, we litigated and negotiated a hard-fought nationwide settlement of all related arbitrations and class actions in the country.
- ***Texas Instruments v. Citigroup Global Markets.*** Settled a securities fraud case against Citigroup, Bank of New York Mellon, and Morgan Stanley on behalf of Texas Instruments (TI). TI sought rescission and monetary damages for $523 million of auction rate securities it purchased from the defendants. Susman Godfrey filed suit in Texas state court and defeated the defendants' attempt to remove the case to federal court. We pursued the case aggressively through the end of fact discovery, at which time all defendants entered into confidential settlements.
- ***Van Roden v. Termeer.*** Served as co-lead counsel to a certified class of shareholders in a securities fraud action against Genzyme Corporation, who challenged the propriety under the federal securities laws related to its elimination of the "tracking stock" in one of its divisions. The case settled with Genzyme agreeing to pay $64 million to the class, which, net of fees and expenses, was $43.4 million.
- ***In re Bristow Group Inc. Securities Litigation***.  Secured a $6.25 million settlement (net award after fees and expenses will exceed $4 million) on behalf of a proposed class of Bristow Group Inc. shareholders, after defeating a Rule 12(b)(6) motion to dismiss under the Private Securities Litigation Reform Act.  The plaintiffs alleged Bristow, an aviation services provider focused on the oil and gas sector, made materially false and misleading statements to its investors about its internal controls related to compliance with important covenants in the company's secured financing agreements.

SUSMAN GODFREY

# Class Actions

From antitrust to copyright, to securities to product liability, Susman Godfrey's trial lawyers have litigated and achieved impressive results for significant nationwide class action lawsuits. While some of these actions are ongoing, others have settled prosperously for our clients. In three cases alone, the firm obtained more than $1 billion in settlements for plaintiffs. The firm has also represented defendants such as Chevron, Walmart, Texas Brine, The Rawlings Co., and Dean Foods in high stakes class actions.

## DEFENSE-SIDE LITIGATION

- *In re Caustic Soda Antitrust Litigation.* Serving as lead counsel for Westlake Chemical Corporation in its defense of a group of nationwide antitrust cases relating to the production and sale of caustic soda.
- **Walmart Employment Class Actions.** As National Trial Counsel, represented Walmart in numerous wage and hour class actions in courts across the country, three of which were tried.
- **Walmart Consumer Class Action.** Represented Walmart in defense of a Pennsylvania consumer class action regarding how grocery coupons are treated for sales tax purposes
- *In re Bayou Corne Sinkhole Litigation.* Represented Texas Brine Corporation in a case pending in Napoleonville, Louisiana, resulting from the Bayou Corne sinkhole that formed in 2012. This case involves complex technical and environmental issues surrounding the collapse of a salt dome. Texas Brine settled with the plaintiff landowners on favorable terms, and then pursued and recovered huge amounts of the costs from other companies responsible for the collapse.
- *Johnston v. Rawlings.* Won a defense-side jury verdict on behalf of The Rawlings Company in a certified class action challenging the company's classification of its employees. After a three-week jury trial in Kentucky state court, the jury decided in favor of the defense.
- *Watts v. Sysco Corp.* Represented Sysco Corp. (SYSCO) and several California subsidiaries in a labor dispute in which the plaintiffs sought to assert class wide claims to recover business expenses and late wage penalties under California law. The firm negotiated a favorable settlement for SYSCO, which was approved months later by the Court.
- *Siebenmorgen v. Hertz.* Represented the Hertz Corporation in a class action case challenging the company's rental car fuel service charges. Susman Godfrey successfully argued and won the appeal in the case. The class consisted of tens of thousands of class members and alleged millions of dollars in damages. The Texas Court of Appeals reversed the trial court's class certification order and decertified the class on all claims.
- *Bates v. Schneider National Carrier.* Defended Georgia-Pacific against claims alleging injuries from exposure to formaldehyde fumes released by various wood products. Of the approximately 200 cases handled by Susman Godfrey, two proceeded to a jury verdict. In one case, the jury returned a verdict for our client and awarded no damages to the plaintiff. In the other, in which the plaintiff was seeking $5 million in damages, the jury returned a verdict of $12,500.
- *ASARCO v. Nueces County TX.* Represented ASARCO Incorporated in defending cases filed by approximately 3,000 plaintiffs alleging arsenic contamination in Commerce, Texas.
- *Coleman v. ABB Lummus Crest.* Represented a German chemical company and its subsidiaries in the defense of claims made by soldiers allegedly exposed to chemical and biological warfare agents in the Persian Gulf war. The case is one of the largest toxic tort cases ever filed. The firm was successful in obtaining dismissals of its clients at an early stage of the litigation.

- ***In re Rio Piedras Explosion Litigation.*** Represented Enron Corporation and San Juan Gas Company in more than 500 cases pending in San Juan, Puerto Rico. The cases, brought by more than 2,000 plaintiffs, arose from a 1996 building explosion. As lead counsel, our team coordinated the activities of the numerous law firms involved in the defense.
- **NYLCare Personal Injury Litigation.** Represented NYLCare, a health maintenance organization, in a number of personal injury claims against NYLCare alleging direct and vicarious liability for medical malpractice by doctors. The plaintiffs in those claims have sued NYLCare alleging theories of negligent credentialing, negligent hiring, and negligent supervision. Susman Godfrey has also represented NYLCare in the defense of various related class action lawsuits.

**PLAINTIFF-SIDE LITIGATION**

- ***In re Automotive Parts Antitrust Litigation.*** Secured, to date, over $1.2 billion in settlements to date as co-lead counsel for a class of end payor plaintiffs in this complex series of antitrust cases brought against dozens of automobile suppliers who engaged in price-fixing and bid-rigging in the multi-billion-dollar automotive parts industry. This massive multi-district litigation is related to a criminal investigation which the US Department of Justice described as the largest price-fixing investigation in history. The litigation continues against the non-settling defendants. Read more.
- ***In re Libor-based Financial Instruments Antitrust Litigation.*** Secured, to date, $590 million in settlements for plaintiffs who allege several banks were involved in setting LIBOR and manipulating it to their advantage. Barclays PLC agreed to pay $120 million, Citigroup agreed to pay $130 million, Deutsche Bank agreed to pay $240 million, and HSBC agreed to pay $100 million. Since that time, a multitude of lawsuits have been consolidated as part of a multidistrict litigation proceeding. These settlements are each combined with breakthrough agreements with the defendant banks to cooperate with plaintiffs in the ongoing litigation.
- ***Flo & Eddie v. Sirius XM*** and ***Flo & Eddie v. Pandora.*** Serving as co-lead counsel representing Flo & Eddie, founding members of 60's music group, The Turtles, along with a class of owners of pre-1972 sound recordings for copyright violations by music provider Sirius XM. Sirius XM agreed to pay at least $25.5 million (over $16 million after fees and expenses) and royalties under a 10-year license that is valued up to $62 million (over $41 million after fees and expenses) as compensation for publicly performing without a license Pre-1972 sound recordings. Flo & Eddie have a similar putative class action pending against Pandora.
- ***In re Qualcomm Antitrust Litigation.*** Appointed by the Court as co-lead counsel in this multi-district litigation on behalf of purchasers impacted by Qualcomm's anti-competitive conduct. Denying Qualcomm's motion to dismiss, the Court granted class certification in a 66-page order finding "substantial," "strong," and "compelling" evidence to support the certification. The certification order is currently subject to an interlocutory appeal in the Ninth Circuit. With damages topping $5 billion, Qualcomm has called it "the largest class action in history."
- ***ODonnell v. Harris County.*** Tried, pro bono, on behalf of the plaintiffs, an extraordinary lawsuit challenging the constitutionality of Harris County's (Houston) system of secured money bail for the release of misdemeanor arrestees. Harris County jailed tens of thousands of people arrested for minor, non-violent misdemeanors, many of which were financially unable to post cash bail. After an 8-day evidentiary hearing, the Southern District of Texas found that Harris County's bail system violated both the due process clause and equal protection clause of the US Constitution and enjoined the County and its judges from further violations. The Supreme Court denied the County's motion for a stay and the injunction was implemented. The 5th Circuit affirmed the constitutional rulings. After just one year in which the injunction relief was in effect, more than 12,000 people were released from jail.

SUSMAN GODFREY

- **Animal Science Products**
  - *In re Vitamin C Antitrust Litigation.* Secured a $54.1 million jury verdict in an antitrust price-fixing class action brought on behalf of direct purchasers of vitamin C against two Chinese vitamin C manufacturers in the first-ever case in which mainland Chinese companies were successfully sued under US antitrust law. The verdict was tripled as required by law and, after adjusting for $32.5 million in settlements with other defendants ($19.5 million net of fees and expenses), a final judgment of $147 million was entered against the defendants. This antitrust price-fixing class action was later reviewed by the United States Supreme Court, which issued a unanimous 9-0 decision in favor of the plaintiffs. In its ruling, the Supreme Court provided clarification as to how much deference US federal courts must show statements made by foreign governments regarding the application of their domestic laws.
  - *Animal Science Products v. Chinook Group.* Obtained a $1.05 billion settlement in a price-fixing case against leading European vitamin manufacturers, including Hoffman-La Roche, BASEF A.G. and Rhone-Poulenc S.A.
- *In re Animators Antitrust Litigation.* Secured more than $168 million in settlements ($147.3 million after fees and expenses) for a class of animation industry employees in this antitrust action against the largest animation companies, including Disney, Pixar, Lucas Films, DreamWorks, and Sony, based on restrictions on their ability to compete against one another for talent.
- *Ferrick v. Spotify USA.* Secured a settlement worth over $100 million to resolve a class-action lawsuit against music streaming service, Spotify, brought on behalf of music copyright owners.
- *In re Allergan Proxy Violation Derivatives Litigation.* Recovered $40 million (before fees and expenses)—what is believed to be the largest recovery ever obtained on behalf of derivative securities investors—in an insider trading case. Our team served as co-lead counsel for the plaintiff class, who alleged that Valeant Pharmaceuticals International, Inc. provided non-public information to Pershing Square Capital Management about its impending hostile takeover of Allergan, Inc. so that Pershing Square could secretly buy Allergan stock and commit that stake in support of Valeant's bid. Plaintiffs claimed that Pershing Square then secretly acquired a 10% stake in Allergan and gleaned millions of dollars in profits by selling on the news of the takeover bid. A California federal judge granted final approval of two settlements totaling $290 million to resolve these insider-trading claims shortly before trial was set to commence in the first of the two actions.
- *Fleisher v. Phoenix Life Insurance.* Secured a landmark settlement on behalf of plaintiffs in a case challenging Phoenix Life Insurance Company's and PHL Variable Insurance Company's decision to raise the cost of insurance ("COI") nationwide on life insurance policy owners. The case settled the day of the final Pretrial Conference. Settlement terms included a $48.5 million cash fund ($34 million after fees and expenses), COI freeze through 2020, and a covenant by Phoenix not to challenge the policies, worth $9 billion in face value, when the policies mature on the grounds of lack of insurable interest or misrepresentations in the application. At the final approval hearing, the Court said: "This may be the best settlement pound for pound for the class that I've ever seen."
- *Behrehnd et al. v. Comcast.* Represented a class of 800,000 Comcast cable subscribers who alleged that between 2003 and 2008, Comcast and other cable companies entered into subscriber swaps and acquisitions that deterred over-builder competition and enabled Comcast to raise prices to supra-competitive levels, in violation of sections 1 and 2 of the Sherman Act. The parties settled for $50 million after remand of the case from the Supreme Court. The class received $35 million after fees and expenses.

SUSMAN GODFREY

- ***In re NYC Bus Tour Antitrust Litigation.*** Secured a $19 million cash settlement for customers of two New York City tour bus companies (approximately $12 million after fees and expenses), Coach USA Inc. and City Sights LLC, and their joint venture, Twin America LLC. The settlement ended an antitrust class action against the joint venture, which plaintiffs said eliminated competition between the two bus companies and artificially raised prices for passengers.
- ***In re Korean Air Lines Antitrust Litigation.*** Secured $86 million in settlements (approximately $62 million after fees and expenses) in this antitrust litigation involving more than 70 class action cases brought on behalf of airline passengers who alleged that between 2000 and 2007, Korean Air Lines and Asiana Airlines conspired to fix the price of air travel between the United States and the Republic of Korea.
- ***In re Toyota Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation.*** Appointed by the Court as co-lead counsel to the plaintiffs, the Susman Godfrey team negotiated a deal with Toyota Motor Corporation in which Toyota agreed to pay benefits worth up to $1.6 billion (approximately $1.4 billion after fees and expenses) to settle multi-district class action litigation pending in federal court in Santa Ana, California. Plaintiffs brought the case over allegations of economic losses as a result of recalls for defects causing unintended acceleration in Toyota, Lexus, and Scion vehicles.
- ***Coady v. IndyMac Bancorp et al.*** Appointed as co-lead counsel for investors who were allegedly defrauded into purchasing securities issued by the parent of mortgage lender IndyMac Bank. Plaintiffs alleged that IndyMac had misrepresented its financial health and the quality of its lending practices. After more than five years of intense, hard-fought litigation, the Court granted final approval of a $6.5 million recovery for the class (approximately $4 million after fees and expenses).
- **Google AdWords Class Action** Obtained a $20 million settlement ($14.8 million net of fees and expenses) for a class against Google for breach of contract, unfair competition, and false advertising relating to Google's AdWords billing practices and related disclosures.
- ***White v. NCAA.*** Served as co-lead counsel in an antitrust class action alleging that the NCAA violated the federal antitrust laws by restricting amounts of athletic based financial aid. The NCAA settled and paid, in addition to fees and expenses, $218 million ($209.4 million net of fees and expenses) for use by current student-athletes to cover the costs of attending college and paid $10 million to cover educational and professional development expenses for former student-athletes.
- ***Powell v. Yates Petroleum.*** Obtained a $27.5 million settlement ($18.9 million after fees and expenses) with ConocoPhillips for alleged underpayment of royalty on natural gas liquids produced from the San Juan Basin of northwestern New Mexico and processed at the New Blanco Plant near Bloomfield, New Mexico on behalf of 4,300 royalty and overriding royalty owners across the United States.
- ***Drayton v. Western Auto.*** Obtained class certification from the Middle District of Florida for a class of Black employees of Western Auto Supply Co. (now owned by Advance Stores Company, Inc.) who were suing the former auto parts retailer for racial discrimination. The defendants immediately appealed the certification decision to the 11th Circuit. The Court affirmed the class certification decision—the first such class action decision the 11th Circuit had upheld in decades. The case settled with the defendants making a substantial payment to the class.

# SUSMAN GODFREY L.L.P.



# Barry Barnett
## Partner

Houston
(713) 653-7891
bbarnett@susmangodfrey.com

## Overview

Clients and colleagues call Barry Barnett an "incredibly gifted lawyer" (Chambers and Partners) who is "magic in the courtroom" (Who's Who Legal). In 2020 and 2021, Lawdragon named him one of the 500 "best of the best" lawyers in the United States. And Best Lawyers honored him as "Lawyer of the Year" in Houston for Bet-the-Company Litigation (2019 and 2017) and Patent Litigation (2020). With offices in Dallas, Houston, and New York, he has successfully navigated complex matters for sophisticated business clients across the United States for more than three decades.

**Trial counsel**

Barnett's credentials match his knowledge and skill. The son of a Texas roughneck and grandson of a Texas sharecropper, he is a Fellow in the American College of Trial Lawyers, an Elected Member of the American Law Institute, and an honors graduate of Yale University and Harvard Law School. With 35 years of trial and appellate work representing both plaintiffs and defendants, he is a master strategist and nimble tactician in complex disputes.

Barnett focuses on enforcement of antitrust laws, the Magna Carta of free enterprise, in Supreme Court Justice Thurgood Marshall's memorable phrase. He is also adept in energyand intellectual property matters and has battled for clients against a Who's Who list of corporate behemoths, including Abbott Labs, Alcoa, Apple, AT&T, BlackBerry, Broadcom, Comcast, Dow, JPMorgan Chase, Samsung, and Visa.

Barnett projects a compelling courtroom presence. His performance before the Supreme Court in *Comcast Corp. v. Behrend* prompted the Court to withdraw the question on which it had granted review. The judge in a trial involving mobile phone technology called him "one of the best" and his opening statement the finest he had ever seen. Another trial judge told Barnett minutes after a jury returned a favorable verdict against the county's most powerful manufacturer that he was one of the two best trial lawyers he'd ever come across—adding that the other one was dead.

**Complete package**

Barnett is versatile and knows how to handle a case all the way from strategic planning to affirmance on appeal. He's tried cases to verdict and then briefed and argued them when they went before appellate courts, including the Third, Fifth, and Tenth Circuits, the Supreme Court of Louisiana, and (in the case of *Comcast Corp. v. Behrend*) the Supreme Court of the United States.

Barnett is a sought-after public speaker, serving on panels and talking on topics like the trial of antitrust class actions and techniques for streamlining complex litigation. He also comments on trends in commercial litigation and the implications of major rulings for outlets such as NPR, Reuters, Law360, Corporate Counsel, and The Dallas Morning News. He's even appeared on Frontline.

**Hard-graders**

Clients and other hard graders have praised Barnett for his courtroom skills and legal acumen.

"Barry Barnett was magnificent in trying this case," said Energy Future Holdings' general counsel after Barnett led a trial team that defeated $500 million claims relating to power plants, a lignite mine, and an aluminum smelter. "We couldn't ask for more able trial counsel."

A client in a $100 million oil and gas case, which Barnett's team won at trial and held on appeal, said Barnett and his team "presented a rare combination of strong legal intellect, common sense about right and wrong, and credibility in the courtroom."

Chambers and Partners calls him "an incredibly gifted lawyer" and "The top antitrust lawyer in Texas," who earns "widespread praise from peers"", "particularly [for] his notable courtroom skills." *Lawdragon* honored him in 2020 and 2021 as one of the 500 "best of the best" lawyers in the United States. Who's Who Legal says he does "a fantastic job for his clients." And Best Lawyers named him the 2019 and 2017 Lawyer   of the Year for Bet-the-Company Litigation and the 2020 Lawyer of the Year for Patent Litigation in Houston.

**Civic Engagement**

Barnett relishes opportunities to collaborate with all kinds of people. At the non-for-profit Center for American and International Law, founded by a former prosecutor at Nuremberg in 1947 and headquartered in the Dallas area, he has served on the Executive Committee, co-chaired the committee that produced CAIL's first-ever strategic plan, supported CAIL's Institute for Law Enforcement Administration and other development efforts, and proposed formation of a new Institute for Social Justice Law. He is also a Trustee of the venerable and vibrant New-York Historical Society, a Sterling Fellow at Yale, and a proud contributor to the Yellow Ribbon Program at Harvard Law. His pro bono work includes leading the trial team representing people who are at greatest risk of severe illness and death as a result of being exposed to the novel coronavirus SARS-CoV-2 while being detained in the Dallas County jail. At Susman Godfrey, Barnett chaired the Practice Development Committee and has served on the firm's Executive Committee, Employment Committee, and ad hoc committees on partner compensation, succession of leadership, and revision of the firm's partnership agreement.

**Keeping perspective**

Barnett appreciates that clients face many pressures. Managing the stress is important, especially in matters that take years to resolve. He encourages clients to call him whenever they have a question or concern and to keep the inevitable ups and downs in perspective. He wants them to know that he will do his level best to help them achieve *their* goals. He also strives to foster trust and to make working with him a pleasure. Winning makes that easier.

**Superb clients**

A wide range of business clients have entrusted their critical matters to Barnett, including the ones you see below.

**Public Companies:**

- Alaska Airlines
- Encana Oil & Gas
- Hinduja Global
- KKR & Co.
- Neiman Marcus
- Trammell Crow Company
- Texas Instruments
- Vistra Energy

**Private Companies:**

- Duane Reade
- Joulon Holdings
- Luminant Generation
- Yale University
- Morris & Dickson Co.
- Oak Hill Capital
- Olympia Minerals
- TXU Energy

**Personal**

Barnett knows how to get along with all sorts of people. A son of a roughneck and a Texas native, he grew   up in Nacogdoches, the oldest town in Texas. A co-captain of his high school varsity football team, he also served as the Editor of Key Club's Texas-Oklahoma District and sang in the East Texas All Region Choir. His wide-ranging experience and down-to-earth approach enable him to connect with clients, judges, jurors, witnesses, and even opposing counsel.

Barnett is steady and loyal. He has practiced at Susman Godfrey his entire career. He and his wife Nancy live in Dallas and enjoy spending time in Houston and New York. Their daughter works for H-E-B in Houston, and their son is a student at Columbia Law School.

As a member of Ivy League championship football teams in his junior and senior years at Yale and a parent  of two Yalies, Barnett has no trouble choosing sides for The Game in November. And he knows how important fighting until the end is. On his last play from scrimmage, during the waning minutes of The Game on Nov. 22, 1980, he recovered a Crimson fumble.

Yale won, 14-0.

## Education

- Yale University (B.A., Economics and History (honors), magna cum laude)
- Harvard Law School (J.D., cum laude).

## Clerkship

Law Clerk to The Honorable Jerre S. Williams, United States Court of Appeals, Fifth Circuit.

## Honors and Distinctions

Academy of American Legal Writers, Board Member (2012-2021).

American College of Trial Lawyers, Fellow (2014-2021).

American Law Institute, Elected Member (2007-2021).

The Best Lawyers in America, Houston Lawyer of the Year in Patent Litigation (2020) and Bet-the-Company Litigation (2017 and 2019), Bet-the-Company Litigation (2010-2021), Class Actions (2015-21), Commercial Litigation (2003-2021), Litigation – Antitrust (2012-2021),  Litigation – Intellectual Property (2012-2021), and Litigation – Patent (2012-2021) (Copyright by Woodward White Inc.).

Chambers USA: America's Leading Lawyers for Business in Antitrust and General Commercial Litigation (2007-2021).

Martindale-Hubbell AV (highest) rating (1995-2021).

Lawdragon, The Lawdragon 500 Leading Lawyers (2020, 2021) and Lawdragon 500 Leading Plaintiff Financial Lawyers (2019, 2020)

## Articles and Speeches

Barry Barnett — NPR "Marketplace" Report

Oral argument in *Comcast Corp. v. Behrend*

## Articles

- Creator and blogger-in-chief, *The Contingency*.

- Interviews by and articles for NPR's "Marketplace" report, Law Blog of The Wall Street Journal, Texas Lawyer, ABA Journal, business torts "Hot Topics" by the Litigation Section of the Texas Bar Association, Global Competition Review, Kansas City Business Journal, The Dallas Morning News, Blawg Review, Texas Cable News, D CEO, and Dallas Business Journal.

- Author and speaker at continuing legal education seminars, including "The Hottest Oil & Gas Claims" at the 66th Annual Oil & Gas Law Conference, Current Issues in Multidistrict Litigation and Class Actions" at the Third Circuit Judicial Conference; "Daubert in Class Certification Hearings: The Standard After Comcast" for ABA Section of Antitrust Law; and "Current Developments in Business Litigation", American Bar Association.

## Professional Associations and Memberships

**Bar Memberships**

State Bar of New York.

State Bar of Texas.

Bar of the Supreme Court of the United States of America.

Bars of the United States Courts of Appeals for the Third, Fifth, and Tenth Circuits.

Bars of the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; the Eastern and Southern Districts of New York; the District of Arizona; and the District of Colorado.

**Professional and Civic Associations**

American Bar Association; Section of Litigation and Section of Antitrust Law; American Association for Justice; Dallas Bar Association; Federal Bar Association Houston Bar Association.

Center for American and International Law, Executive Committee (2016-21) and Trustee (2011-2021). Yale Club of Dallas; Harvard Club of Dallas; Yale Club of New York City.

Greenhill School, Addison, Texas, Trustee (2007-2013).

New-York Historical Society, Trustee (2016-2021) and Chairman's Council (2012-2021).

Life Fellow, American Bar Foundation, Texas Bar Foundation, Dallas Bar Foundation, and Houston Bar Foundation.

# SUSMAN GODFREY L.L.P.



# Michael Kelso
## Associate

Houston
(713) 653-7887
mkelso@susmangodfrey.com

## Overview

Michael Kelso is a skilled trial lawyer who successfully represents plaintiffs and defendants in state court, federal court, and arbitrations across the country.  Michael's practice spans a wide variety of subject matters, including class actions, antitrust cases, securities-fraud cases, the energy industry, commercial breach of contract disputes, the financial industry, and the alcoholic beverage industry.

Michael was recently recognized by the American Antitrust Institute with its award for Outstanding Antitrust Litigation Achievement by a Young Lawyer for his work in *In re LIBOR-Based Financial Instruments Antitrust Litigation*.  To date, the team has recovered over half a billion dollars for the direct-purchaser class in settlements with Barclays, Citibank, Deutsche Bank, and HSBC*, and won class certification* for the plaintiffs they represent on their antitrust claims.  The team continues to pursue claims against the rest of the 16 LIBOR panel banks.  This story has received substantial news coverage including *The New York Times*, NASDAQ, *New York Law Journal*, *Reuters*  and *Law360**  (*subscription required).

Michael's successes are just as prominent on the defense side.  In *PDVSA US Litigation Trust v. Lukoil Pan Americas LLC*, Case No. 18-cv-20818 (S.D. Fla. 2018), a special purpose litigation entity purported to bring Civil RICO and antitrust claims on behalf of Venezuela's state-owned oil company and asked for more than $10 billion in damages against more than 40 defendants.  Michael successfully led the joint defense group's legal briefing challenging the plaintiff's standing to bring the lawsuit.  Less than 9 months after the case was filed, the Magistrate Judge recommended dismissal, and the District Court adopted that recommendation and dismissed the case in its entirety a few months later.  You can read Michael's case-winning brief here.

In another notable matter, Michael serves alongside Neal Manne, Alex Kaplan, Chanler Langham, and Steven Shepard as counsel to Walmart, in *Wal-Mart Stores, Inc. v. Texas Alcoholic Beverage Comm'n*.  The case, tried in June 2017, challenges as unconstitutional Texas's laws banning public companies from selling liquor for off-premises consumption.  You can read Michael's cross examination of the State's expert witness at trial here.

Michael joined Susman Godfrey after clerking for Judge Carolyn D. King of the United States Court of Appeals for the Fifth Circuit and graduating with high honors from the University of Texas School of Law.

## Education

- The University of California, Los Angeles (B.A., cum laude, 2010)
- The University of Texas School of Law (J.D., with high honors, 2014)

## Clerkship

Law Clerk to the Honorable Carolyn Dineen King, United States Court of Appeals for the Fifth Circuit (2014-2015)


## Notable Representations

**CURRENT REPRESENTATIONS**

*In re LIBOR-Based Financial Instruments Antitrust Litigation*, Case No. 11-md-2262 (S.D.N.Y.).   Michael serves as co-lead counsel along with Bill Carmody, Marc Seltzer, Barry Barnett, Karen Oshman, Arun Subramanian, Seth Ard, Matt Berry, Drew Hansen, and Geng Chen to the class of direct purchasers of LIBOR-based financial instruments.  To date, the team has recovered over half a billion dollars for the direct-purchaser class in settlements with Barclays, Citibank, Deutsche Bank, and HSBC*, and recently won class certification* for the plaintiffs they represent on their antitrust claims.  The team continues to pursue claims against the rest of the 16 LIBOR panel banks.  This story has received substantial news coverage including *The New York Times*, NASDAQ, *New York Law Journal*,  *Reuters* and *Law360*\* (*subscription required).  For his work on the case, Michael was awarded the American Antitrust Institute's award for Outstanding Antitrust Litigation Achievement by a Young Lawyer.

*In re Bristow Group Inc. Securities Litigation*, Case No. 19-cv-506 (S.D. Tex. 2019).  Alongside Barry Barnett and Co-Lead Counsel Kirby McInerney LLP, Michael represents a putative class of investors in a securities fraud case against helicopter services company Bristow Group Inc. arising out of Bristow's disclosures beginning February 2019 that it had material weaknesses in its financial controls that had caused it to violate non-financial covenants in its lease agreements.

*Total Petrochemicals & Refining USA, Inc. v. Intercontinental Terminals Company LLC*, Case No. 20-cv-00019 (S.D. Tex.).  Alongside Erica Harris and Shawn Raymond, Michael represents Total Petrochemicals & Refining USA, Inc. on claims against ITC arising from the March 2019 fire at ITC's tank farm in Deer Park, Texas.

*Wal-Mart Stores, Inc. v. Texas Alcoholic Beverage Comm'n*, Case No. 15-CV-00134-RP (W.D. Tex.).  Alongside Neal Manne, Alex Kaplan, Chanler Langham, and Steven Shepard, Michael serves as counsel to Wal-Mart in a case challenging as unconstitutional Texas's laws banning public companies from selling liquor for off-premises consumption.  The case was tried in June 2017.   You can read Michael's cross examination of the State's expert witness at trial here.

*Autoridad de Energia Electrica de Puerto Rico v. Vitol Inc.*, Case No. 19-AP-00453-LTS (Bankr. D.P.R.).  Along with Neal Manne and Alex Kaplan, Michael is currently defending energy-trading companies Vitol Inc. and Vitol S.A. against statutory claims brought by the Puerto Rico Electric Power Authority.

**PREVIOUS REPRESENTATIONS**

*Shrode v. Silverberg*, Case No. 19-cv-657 (W.D. Tex. 2019).—Along with Trey Peacock and Shawn Raymond, Michael represented a motorcycle leasing company in trade-secret misappropriation and breach of fiduciary duty claims against its former Co-President.  The case settled on confidential terms.

*Confidential Arbitration*.—Along with Erica Harris, Michael represented the operator of a gas processing plant in the Permian Basin in a dispute with a working interest owner over gas processing terms.  The case settled on confidential terms.

*Santiago Mendez v. Autoridad de Energia Electrica de Puerto Rico* (Aug. 2016).—Along with Neal Manne, Alex Kaplan, and Weston O'Black, Michael defended energy-trading companies Vitol Inc. and Vitol S.A. against antitrust claims alleging more than $500 million in damages in a putative class action filed in Puerto Rico state court.  The Susman Godfrey team removed the case to federal court under the Class

Action Fairness Act and within a week of removal filed a motion to dismiss under Federal Rule 12(b)(6).  A week later, and before even filing a response, the plaintiffs dismissed with prejudice all of their claims against our client.


## Honors and Distinctions

Recognized for Outstanding Antitrust Litigation Achievement by a Young Lawyer by the American Antitrust Institute (2019) for work on *In re: Libor-based Financial Instruments Antitrust Litigation*

Life Fellow of the Texas Bar Foundation

Advisory Board Member of the Center for American & International Law, Institute for Energy Law

Chancellors Honor Society, *Clerk of the Chancellors* (Third-highest GPA in the class of 2014 at the University of Texas School of Law)

Order of the Coif

Second Highest Score, July 2014 Texas Bar Examination

Articles Editor, *Texas Law Review* (Volume 92)

Thad T. Hutcheson Moot Court Competition Champion

Interscholastic Moot Court


## Professional Associations

State Bar of Texas

United States District Court for the Southern District of Texas

United States District Court for the Northern District of Texas

United States District Court for the Western District of Texas

United States District Court for the Eastern District of Texas

United States Court of Appeals for the First Circuit

United States Court of Appeals for the Second Circuit

United States Court of Appeals for the Fifth Circuit

United States Court of Appeals for the Eleventh Circuit

Houston Young Lawyers Association


## Language

French