# EXHIBIT H

| Hourly Billing Rates Submitted by Lead Plaintiffs' Counsel in Connection with Recent Securities Class Action Settlements | | | | | | |
|---|---|---|---|---|---|---|
| Case Name | Law Firm | Partner/Shareholder/Member Hourly Rates | Of Counsel / Counsel Hourly Rates | Associate Hourly Rates | Analyst Hourly Rates [1] | Paralegal Hourly Rates |
| *In re SCANA Corp. Sec. Litig.* , No. 17 Civ. 2616 (D.S.C. Apr. 23, 2020) (ECF No. 229-5) | Bernstein Litowitz Berger & Grossmann LLP | $850 - $1,300 | $750 - $775 | $475 - $700 | $295 - $600 | $255 - $375 |
| *In re Snap Inc. Sec. Litig.* , No. 17 Civ. 3679 (C.D. Cal. Jan. 11, 2021) (ECF No. 386-9 ) | Kessler Topaz Meltzer & Check, LLP | $780 - $920 | $505 - $690 | $390 - $575 | $250 - $500 | $250 - $305 |
| *In re SCANA Corp. Sec. Litig.* , No. 17 Civ. 2616 (D.S.C. Apr. 23, 2020) (ECF No. 229-6) | Labaton Sucharow LLP | $775 - $1,100 | $725 - $775 | $450 - $625 | $175 - $550 | $325 - $335 |
| *Ronge v. Camping World Holdings,* No. 18 Civ. 7030 (N.D. Il. July 1, 2020) (ECF No. 150-2) | Labaton Sucharow LLP | $775 - $1,100 | $775 | $425 - $500 | $190 - $565 | $325 - $335 |
| *In re Avon Products Inc. Securities Litigation* , No. 19-cv-01420-MKV (S.D.N.Y. Dec. 16, 2020) (ECF No. 79) | Levi & Korsinsky LLP | $975 - $1,050 | $450 - $800 | $650 | N/A | $325 - $375 |
| *Rougier v. Applied Optoelectronics, Inc. et al.* , No. 17 Civ. 2399 (S.D. Tex. Oct. 20, 2020) (ECF No. 150-5) | Levi & Korsinsky LLP | $1,000 - $1,050 | $800 | $450 - $675 | N/A | $265 - $325 |
| *In re SCANA Corp. Sec. Litig.* , No. 17 Civ. 2616 (D.S.C. Apr. 23, 2020) (ECF No. 229-7) | Motley Rice LLC | $775 - $1,100 | $925 | $500 - $600 | N/A | $225 - $375 |
| *In re Blue Apron Holdings, Inc. Securities Litigation* , No. 17 Civ. 4846 (E.D.N.Y. Apr. 12, 2021) (ECF No. 91-3) | Pomerantz LLP | $755 - $1,000 | $630 | $350 - $675 | N/A | $110 - $340 |
| *Glock v. FTS International, Inc. et al.* , No. 20 Civ. 3928 (S.D. Tex. Feb. 17, 2021) (ECF No. 23-1) | Robbins Geller Rudman & Dowd LLP | $760 - $1,325 | $775 | $540 - $630 | $290 - $430 | $275 - $350 |
| *Ronge v. Camping World Holdings,* No. 18 Civ. 7030 (N.D. Il. July 1, 2020) (ECF No. 149-2) | Robbins Geller Rudman & Dowd LLP | $760 - $1,325 | $730 - $1,080 | $250 - $595 | $290 - $430 | $275 - $350 |
| *In re Blue Apron Holdings, Inc. Securities Litigation* , No. 17 Civ. 4846 (E.D.N.Y. Apr. 12, 2021) (ECF No. 91-2) | The Rosen Law Firm, P.A. | $925 - $995 | N/A | $550 - $725 | N/A | $300 |

[1] Different types of analysts include Research Analyst, Financial Analysts, Senior Portfolio Analyst.  Analysts are categorized as professional support staff

| Hourly Billing Rates Submitted by Debtor's Counsel in Connection with Recent Bankruptcy Cases | | | | | |
|---|---|---|---|---|---|
| **Case Name** | **Law Firm** | **Partner Hourly Rates** | **Counsel / Of Counsel Hourly Rates** | **Associate Hourly Rates** | **Paralegal Hourly Rates** |
| *In re Bristow Group Inc.* , No. 19 Bk. 32713 (Bankr. S.D. Tex. Nov. 20, 2019) (ECF No. 909-2) | Baker Botts LLP | $879 - $1,349 | $798 - $922 | $456 - $1,282.50 | $190 - $337 |
| *In re Bestwall LLC.* , No. 17 Bk. 31795 (Bankr. W.D.N.C. Mar. 21, 2021) (ECF No. 1693) | King & Spalding LLP | $840 - $1,215 | $675 - $1,205 | $735 - $910 | $350 |
| *In re Sable Permian Resources* , No. 20 Bk. 33193 (Bankr. S.D. Tex. Mar. 18, 2021) (ECF No. 905-4) | Latham & Watkins LLP | $1,120 - $1,565.38 | 1085.99 - $1,108.21 | $590 - $1,070.49 | $310 - $510 |
| *In re Fieldwood Energy LLC,* No. 20 Bk. 33948 (Bankr. S.D. Tex. Apr. 30, 2021) (ECF No. 1323) | Weil, Gotshal & Manges LLP | $1,125 - $1,795 | $1,100 - $1,225 | $595 - $1,100 | $250 - $460 |
| *In re California Pizza Kitchen, Inc.,* No. 20 Bk. 33752 (Bankr. S.D. Tex. Jan. 4, 2021) (ECF No. 675) | Kirkland & Ellis LLP | $1,045 - $1,635 | N/A | $610 - $1,135 | $255 - $445 |
| *In re Sanchez Energy Corp.* , No. 19 Bk. 34508 (Bankr. S.D. Tex. July 2, 2020) (ECF No. 1426-B2) | Akin Gump Strauss Hauer & Feld LLP | $1,015 - $1,595 | $850 - $1,195 | $535 - $945 | $245 - $415 |
| *In re Sears Holdings Corp.* , No. 28 Bk. 23538 (Bankr. S.D.N.Y. Apr. 15, 2020) (ECF No. 7820) | Paul, Weiss, Rifkind, Wharton & Garrison LLP | $1,265 - $1,650 | $1,200 | $665 - $1,110 | $330 - $380 |
| *In re Covia Holdings Corp.,* No. 20 Bk. 33295 (Bankr. S.D. Tex. Feb. 2, 2021) (ECF No. 1130-B) | Morgan, Lewis & Bockius LLP | $870 - $1,495 | $725 - $845 | $395 - $675 | $250 - $340 |