**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE BRISTOW GROUP INC.
SECURITIES LITIGATION

Case No. 4:19-cv-00509 (KPE)

**SUPPLEMENTAL DECLARATION OF MARKHAM SHERWOOD OF ANGEION**
**GROUP  REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM;**
**(B) REPORT ON RECEIPT OF REQUESTS FOR EXCLUSION AND OBJECTIONS**
**TO DATE; AND (C) REPORT ON RECEIPT OF CLAIMS TO DATE**

I, MARKHAM SHERWOOD, declare, pursuant to 28 U.S.C. § 1746:

1.     I am a Senior Settlement Consultant to Angeion Group ("Angeion").  Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  I submit this supplemental declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with updated information[1] since the filing of my Declaration Regarding: (A) Mailing of the Notice and Proof of Claim; (B) Publication of the Publication Notice; and (C) Report on Requests for Exclusion and Objections Received dated June 30, 2021 (ECF No. 65-3) ("Notice Decl.").  I am over 21 years of age and am not a party to this Action.  I have personal knowledge of the facts stated herein.

**MAILING OF NOTICE TO THE SETTLEMENT CLASS**

2.     Pursuant to ¶ 7 of the Court's Order Preliminarily Approving Settlement and Providing for Notice, entered on February 5, 2021 (ECF 61) (the "Preliminary Approval Order"), Angeion was retained as the Claims Administrator to supervise and administer the notice procedure in connection with the proposed Settlement as well as the processing of Claims.

3.     As a result of the efforts described in ¶¶ 4-7 of the Notice Declaration, Angeion has mailed a total of 13,563 Postcard Notices, directly or indirectly to potential Settlement Class Members and Nominees.  *See* Notice Decl. ¶ 8.  No additional Postcard Notices have been mailed since the Notice Declaration was filed.

4.     A total of 62 copies of the Long Form Notice and Claim Form have been directly mailed to Settlement Class Members that requested copies of those documents to be mailed to

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated January 28, 2021 (ECF 56-1) (the "Stipulation").

them.  *See* Notice Decl. ¶ 10.  No additional Long Form Notice and Claim Forms have been requested since the Notice Declaration was filed.

5.       As an update to ¶ 9 of the Notice Declaration, to date, Angeion has received a total of 271 Postcard Notices returned by the USPS as undeliverable.  Angeion performed skip traces and was able to remail a total of 177 Postcard Notices for whom updated addresses were successfully found.

**REPORT ON RECEIPT OF REQUESTS FOR EXCLUSION
AND OBJECTIONS TO DATE**

6.       Settlement Class Members were notified that written requests for exclusion from the Settlement Class were to be postmarked no later than July 16, 2021, and be addressed to Bristow Group Inc. Securities Litigation, ATTN: Exclusion Requests, P.O. Box 58220, Philadelphia, PA 19102.  To date, Angeion has received one (1) exclusion request, a redacted copy of which was included with the Notice Declaration as Exhibit F.

7.       Settlement Class Members were also notified that any objections to the proposed Settlement, Plan of Allocation, or the application for attorneys' fees and expenses must be submitted in writing to the Court and mailed to the Office of the Clerk, Class Counsel and Defendants' Counsel, such that they were postmarked no later than July 16, 2021.  Angeion also monitors incoming mail to identify any objections submitted by Class Members.  To date, Angeion has not received any objections.

**REPORT ON RECEIPT OF CLAIMS TO DATE**

8.       Settlement Class Members were notified that the deadline to file a claim was July 6, 2021.  As of July 29, 2021, Angeion has received 444 claims from potential Settlement Class Members. Of the claims received, 438 were received as timely filed, and six (6) were received as

2

late claims. Of the 444 claims received to date, 74 claims were filed electronically by, or on behalf of, institutions, and 370 claims were filed by, or on behalf of, individuals.

9.      Now that the claim filing deadline has passed, the claims received, both before and after the deadline, will be subject to a comprehensive review under Angeion's standard claims processing procedures, which will identify any deficiencies in the claims received. Angeion will then institute a deficiency process to communicate with Claimants with deficient, but correctable, claims to give them the opportunity to bring those claims into compliance. Claimants with uncorrectable claims will be notified of the rejection of their claims and given an opportunity to contest the rejection. Thus, at this time, Angeion is unable to report on the number of valid Claims it has received.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 29th day of July, 2021 in San Francisco, California.

Markham Sherwood
Senior Settlement Consultant
ANGEION GROUP

3