**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE BRISTOW GROUP INC.
SECURITIES LITIGATION

Case No. 4:19-cv-00509 (KPE)

**LEAD PLAINTIFFS' MOTION FOR DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Ira M. Press dated February 1, 2023, the Declaration of Charles E. Ferrara of Angeion Group  dated February 1, 2023, each of which is filed concurrently herewith, and all prior proceedings in this action, Lead Plaintiffs Andrew Abernathey, Jay Abernathey, Guy Abernathey, and Meridian Investments I, LLC (collectively, "Lead Plaintiffs") on behalf of themselves and the Settlement Class, hereby move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of an order authorizing the distribution of the Net Settlement Fund (the "Distribution Order"). A proposed Distribution Order is filed herewith for the Court's consideration.

Dated:  February 1, 2023

Respectfully submitted,

**SUSMAN GODFREY LLP**

 /s/ *Barry Barnett*
Barry Barnett
Michael C. Kelso
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
bbarnett@susmangodfrey.com
mkelso@susmangodfrey.com

**KIRBY McINERNEY LLP**

Ira M. Press (admitted *pro hac vice*)
Thomas W. Elrod (admitted *pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
ipress@kmllp.com
telrod@kmllp.com

*Lead Counsel for Lead Plaintiffs*
*and the Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System.

*/s/ Barry Barnett*
Barry Barnett