**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE BRISTOW GROUP INC.
SECURITIES LITIGATION

Case No. 4:19-cv-00509 (KPE)

**DECLARATION OF IRA M. PRESS IN SUPPORT OF**
**LEAD PLAINTIFFS' MOTION FOR DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

I, IRA M. PRESS declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am an attorney of the law firm of Kirby McInerney LLP, the Court-appointed Lead Counsel (along with Susman Godfrey LLP)[1] for the Lead Plaintiffs and the Settlement Class in the above-captioned action ("Action").

2. I was actively involved in the prosecution of this case, am familiar with its proceedings, and have personal knowledge of the matters set forth herein based upon my close supervision and active participation in all material aspects of the Action.

3. I respectfully submit this declaration in support of Lead Plaintiffs' motion for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, authorizing, *inter alia*, the distribution of the Net Settlement Fund established by the settlement of this Action to Authorized Claimants.

4. Defendants caused the gross Settlement Amount to be wire-transferred to an escrow account maintained by Lead Counsel at The Huntington National Bank. Consistent with the Stipulation, Lead Counsel caused the funds to be invested in the Federated Treasury Obligation

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated January 27, 2021 (the "Stipulation") (ECF No. 56-1).

Fund, a treasury money market mutual fund.  The balance of the Settlement Fund as of January 31, 2023, is $4,094,625.67.  The balance of the Settlement Fund continues to accrue daily interest.

5.    Attached as Exhibit A hereto is a true and correct copy of the Declaration of Charles E. Ferrara of Angeion Group in Support of Lead Plaintiffs' Motion for Distribution of Class Action Settlement Funds with Exhibits A through E.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 1, 2023 in New York, New York.

 /s/ *Ira M. Press*     
Ira M. Press

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System.

*/s/ Barry Barnett*
Barry Barnett