**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE BRISTOW GROUP INC. SECURITIES LITIGATION | Case No. 4:19-cv-00509 (KPE) |

**LEAD PLAINTIFFS' MOTION TO MODIFY THE DISTRIBUTION ORDER**

Lead Plaintiffs Meridian Investments I, LLC, Andrew Abernathy, Jay Abernathy, and Guy Abernathy (together, "Lead Plaintiffs") move the Court to modify the Order of March 10, 2023 (ECF 77) to correct an error that resulted in non-payment of claims filed by a nominee of certain Settlement Class Members.[1]

1.     Lead Plaintiffs bring this motion to correct an error in the claims calculation in this case. In December 2023, Angeion Group ("Angeion" or "Claims Administrator") notified Class Counsel that The Bank of New York Mellon ("BNYM"), had raised an issue regarding non-payment of claims it filed as the nominee of certain Settlement Class Members (the "BNYM Claims"). Jt. Decl. ¶ 3. The Claims Administrator told Class Counsel that BNYM had timely submitted the claims, but that Angeion inadvertently failed to input the BNYM Claims into the database of settlement claims used to calculate the distribution amounts. *Id.* Thus, the Claims Administrator erroneously omitted the BNYM claims from the final settlement claims calculations in the February 1, 2023, Declaration of Charles E. Ferrara of Angeion Group in Support of Lead Plaintiffs' Motion for Distribution of Class Action Settlement Funds (ECF No. 74). *Id.*

2.     Before recognizing the error, the Claims Administrator distributed the settlement funds based on the incorrect calculations in the Ferrara Declaration and the Court's Distribution Order. *Id.* The Settlement Class Members for which BNYM filed the BNYM Claims therefore were not paid their *pro rata* share of the Settlement Fund. *Id.* ¶ 8.

3.     After the Claims Administrator informed Class Counsel of this issue, Class Counsel requested information from the Claims Administrator to validate the claims submitted by BNYM

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated January 27, 2021 (the "Stipulation") (ECF No. 56-1). The "Distribution Order" refers to the Order dated March 9, 2023 (ECF No. 77). "Jt. Decl." refers to the "Joint Declaration of Ira M. Press and Michael C. Kelso in Support of Lead Plaintiff's Motion to Modify the Distribution Order," filed contemporaneously herewith. "Supplemental Ferrara Declaration" refers to the Supplemental Declaration of Charles E. Ferrara of Angeion Group in Support of Lead Plaintiffs' Motion for Distribution of Class Action Settlement Funds with Exhibits A through E, which is attached as Exhibit 1 to the Jt. Decl.

1

and to assure that the BNYM Claims would be paid their correct *pro rata* share of the Settlement Fund, despite the prior distribution based on calculations that erroneously omitted BNYM's claims, without prejudice to any other member of the class. *Id.* ¶ 4. Prior to the filing of this motion, BNYM confirmed that it did not object to Angeion's claim calculations for the BNYM Claims. *Id.* ¶ 5. The Supplemental Ferrara Declaration corrects the prior omission of the BNYM Claims, which consist of 87 valid claims that have a total Recognized Loss of $13,742,943.18. *See* Supplemental Ferrara Declaration ¶ 18(j).

4.      Angeion has represented to Class Counsel that, upon entry of an Amended Distribution Order, Angeion will pay the Settlement Class Members for which BNYM filed the BNYM Claims their *pro rata* share of the Settlement Fund with the Claims Administrator's own funds.

For these reasons, Lead Plaintiffs respectfully request that the Court enter the proposed Amended Distribution Order.

Dated: June 6, 2024

Respectfully submitted,

SUSMAN GODFREY LLP

*/s/ Micheal C. Kelso*
Barry Barnett
Texas Bar No. 01778700
S.D. Tex. Bar No. 02607
Michael C. Kelso
Texas Bar No. 24092617
S.D. Tex. Bar No. 3394505
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
bbarnett@susmangodfrey.com
mkelso@susmangodfrey.com

2

Ira M. Press (admitted *pro hac vice*)
Thomas W. Elrod (admitted *pro hac vice*)
KIRBY McINERNEY LLP
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
ipress@kmllp.com
telrod@kmllp.com

*Counsel for Lead Plaintiffs
and the Settlement Class*

3

**CERTIFICATE OF SERVICE**

I certify that on June 7, 2024, a true and correct copy of this document was served on all counsel of record via CM/ECF.

<u>*/s/ Michael C. Kelso*</u>
Michael C. Kelso

4