**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE BRISTOW GROUP INC. SECURITIES LITIGATION | Case No. 4:19-cv-00509 (KPE) |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS'**
**MOTION TO MODIFY THE DISTRIBUTION ORDER**P

The Court has considered Lead Plaintiffs Meridian Investments I, LLC, Andrew Abernathy, Jay Abernathy, and Guy Abernathy (together, "Lead Plaintiffs") June 7, 2024, Motion to Modify the Distribution Order (the "Motion"),[1] the accompanying declarations and exhibits, the pleadings, the record, and the applicable law. The Court GRANTS the Motion.

The Court modifies the March 10, 2023, Order (ECF 77) as follows.

The following paragraph is deleted in its entirety and replaced as follows:

Deleted

ORDERED, that the administrative determinations of Angeion to accept the Timely Authorized Claimants, as set forth in Exhibit C, part one of the Angeion Declaration, and the Late But Otherwise Authorized Claimants, as set forth in Exhibit C, part two of the Angeion Declaration, are adopted and said claims are hereby accepted; and it is further

Replaced With:

ORDERED, that the administrative determinations of Angeion to accept the Timely Authorized Claimants, as set forth in Exhibit C, part one of the Supplemental Declaration of Charles E. Ferrara of Angeion Group in Support of Lead Plaintiffs' Motion for Distribution of Class Action Settlement Funds, and the Late But

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated January 27, 2021 (the "Stipulation") (ECF No. 56-1). The "Distribution Order" refers to the Order dated March 9, 2023 (ECF No. 77). "Jt. Decl." refers to the "Joint Declaration of Ira M. Press and Michael C. Kelso in Support of Lead Plaintiff's Motion to Modify the Distribution Order," filed contemporaneously herewith. "Supplemental Ferrara Declaration" refers to the Supplemental Declaration of Charles E. Ferrara of Angeion Group in Support of Lead Plaintiffs' Motion for Distribution of Class Action Settlement Funds with Exhibits A through E, which is attached as Exhibit 1 to the Jt. Decl.

1

Otherwise Authorized Claimants, as set forth in Exhibit C, part two of the Supplemental Ferrara Declaration are adopted and said claims are hereby accepted; and it is further

The following paragraph is deleted in its entirety and replaced as follows:

<u>Deleted</u>:

ORDERED, that the administrative determinations of Angeion to reject the claims on the list of Rejected or Ineligible Claimants, as set forth in Exhibit C, parts three and four of the Angeion Declaration, are adopted and said claims are hereby rejected; and it is further

<u>Replaced With</u>:

ORDERED, that the administrative determinations of Angeion to reject the claims on the list of Rejected or Ineligible Claimants, as set forth in Exhibit C, parts three and four of the Supplemental Ferrara Declaration, are adopted and said claims are hereby rejected; and it is further

The following paragraph is deleted in its entirety and replaced as follows:

<u>Deleted</u>:

ORDERED, that the balance of the Settlement Fund, after deducting payments previously allowed or set forth herein, shall be distributed to the Authorized Claimants listed on Exhibits C, parts one and two of the Angeion Declaration who would receive at least $10.00 under the court approved Plan of Allocation in proportion to each Authorized Claimant's Recognized Loss as compared to the total Recognized Loss of all accepted claimants as shown on such printout; and it is further

<u>Replaced With</u>:

ORDERED, that the balance of the Settlement Fund, after deducting payments previously allowed or set forth herein, shall be distributed to the Authorized Claimants listed on Exhibits C, parts one and two of the Supplemental Ferrara Declaration who would receive at least $10.00 under the court approved Plan of Allocation in proportion to each Authorized Claimant's Recognized Loss as compared to the total Recognized Loss of all accepted claimants as shown on such printout; and it is further

Except as modified in this Order, the Court's March 9, 2023, Order (ECF 77) remains in full force and effect.

The Court further ORDERS that Angeion Group, LLC, pay, or cause payment of, the BNYM Claims in the full amount set forth in the Supplemental Ferrara Declaration using non-Settlement Funds in the event that the remaining balance of the Settlement Fund is insufficient to make such payment.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this __ day of June, 2023.

_____
Hon. Keith P. Ellison
United States District Judge